H. Michael Soroy, Esq. (SBN 153 944)
Peter C. Ver Halen, Esq. (SBN 041 609)
Kristin A. Ingulsrud, Esq. (SBN 294532)
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 270
Los Angeles, California  90025-6547
Telephone: (310) 444-7750
Facsimile: (310) 312-1034
Email:     office@soroylaw.com

Attorneys for
THE ATTORNEY GENERAL OF CANADA

FILED

AUG 1 4 2015

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SUSAN J. MULLEY,<br><br>Debtor.<br><br>_____<br><br>THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN J. MULLEY,<br><br>Defendant. | Case No.  2:15-bk-17484-RK<br>Chapter 7<br><br>**COMPLAINT FOR:**<br><br>**NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §523(a)(8)** |

The ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE

QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL

REVENUE, a Canadian governmental entity ("Attorney General" or "Plaintiff"), complains of

Debtor and Defendant SUSAN J. MULLEY ("Debtor") as follows:

JURISDICTION AND VENUE

1.      This Court has jurisdiction over the subject matter of this adversary proceeding

pursuant to the provisions of 28 U.S.C. § 1334 and the reference order of the United States

District Court for the Central District of California.

2.      This adversary proceeding relates to the Chapter 7 case of Susan J. Mulley, Case

No. 2:15-bk-17484-RK, now pending in the United States Bankruptcy Court for the Central

District of California.  The matter is a core proceeding pursuant to 28 U.S.C. § 157.

3.      Venue lies in the Central District of California, pursuant to 28 U.S.C. § 1409.

GENERAL ALLEGATIONS

4.      The Complaint concerns Canada Guaranteed student loans made pursuant to the

*Canada Student Loans Act*, R.S.C. 1985, c. s-23, as amended (hereinafter "*CSLA*"), and its

Regulations, as amended (hereinafter "*CSLRs*").

5.      Debtor entered into a series of Guaranteed Canada student loan agreements with

the Canadian Imperial Bank of Commerce (hereinafter the "Lender") under which the Lender

dispersed to Debtor student loans totaling $56,140.  Attached hereto and marked as Exhibit "A"

are true and correct copies of the Guaranteed Canada student loan agreements.

6.      After Debtor ceased to be a full time student, Debtor became liable to pay

interest accruing on the Guaranteed Canada student loans.

7.      As Debtor opted to not pay or failed to pay the interest accrued in this period, it

was added to and became part of the principal amount of the Guaranteed Canada student loan.

8.      The Lender prepared a student loan consolidation agreement form (hereinafter a

Consolidation Agreement) in anticipation of the Defendant complying with the requirement to

consolidate all loans within six months after ceasing to be a full-time student. The

Consolidation Agreement is a document prepared by the Lender in the ordinary course of

business with respect to Guaranteed Canada student loans which consolidates all Guaranteed

- 2 -
COMPLAINT

Canada student loan agreements made to a borrower and sets out the terms and conditions for repayment of the consolidated loans. In breach of section 7 of the *CSLRs*, the Defendant failed to enter into (i.e., sign) the Consolidation Agreement with the Lender. Pursuant to the subsection 9 (1) of the *CSLRs* and the terms of each Guaranteed Canada student loan agreement, the principal amount of the Guaranteed Canada student loan and interest accrued thereon became due and payable on the first day of the seventh month after the month in which the Defendant ceased to be a full-time student. Attached hereto and marked as Exhibit "B" is a true copy of the unsigned Consolidation Agreement.

9.      Because the Defendant did not enter into a Consolidation Agreement, the Lender sent a formal demand by certified mail to the Defendant for payment in full of her Federal Student loan in the amount of $65,328.70, plus interest at the rate of prime plus 2.5% from November 1, 2004.

10.     The Defendant failed to maintain payments and comply with the formal demand sent by the Lender, thus causing the Lender to sustain a loss. Therefore, Lender submitted a Claim for Loss (Schedule 6) to Human Resources and Skills Development Canada (previously Social Development Canada and Human Resources and Social Development Canada) dated April 14, 2005, with respect to the Guaranteed student loans disbursed to the Debtor. On or about May 12, 2005, the Crown paid the Lender the sum of $51,680.91, which consisted of the principal amount of $49,885.41, plus interest in the sum of $1,780.50 and costs of $15.00.

11.     By virtue of the Crown's payment and section 30 of the *CSLRs*, Her Majesty became subrogated in and to all the rights of the Lender in respect of the outstanding Guaranteed Canada student loan referred to herein. Accordingly, the Defendant's outstanding Canada student loan became a debt owing to the Crown.

12.     Her Majesty tasked the Attorney General of Canada with collecting the Defendant's unpaid guaranteed Student Loan.

13.     On or about January 23, 2008, Judgment was entered by the Ontario Superior Court of Justice in favor of Attorney General and against Susan J. Mulley aka Susan J.

Ledingham, in the amount of $62,577.89 and costs of $1,411.00 in Canadian Dollars. Attached hereto and marked as Exhibit "C" is a true copy of the Default Judgment.

14.    The Attorney General engaged the Law Offices of H. Michael Soroy to obtain a judgment enforceable against Debtor in the State of California.

15.    On September 2, 2010, the Law Offices of H. Michael Soroy obtained a default judgment in the amount of $71,830.16 in the Los Angeles Superior Court, case number BC432993 against Debtor on behalf of the Attorney General. Attached hereto and marked as Exhibit "D" is a true copy of the Judgment.

16.    Debtor's wages were garnished and the balance due has been reduced to $59,051.49.

17.    Debtor filed a voluntary petition for relief under the provisions of chapter 7 of the United States Bankruptcy Code on May 11, 2015, staying the garnishment of Debtor's wages.

## FIRST CLAIM FOR RELIEF

(Nondischargeability against the Debtor Pursuant to 11 U.S.C. § 523(a)(8))

18.    Plaintiff adopts, incorporates by reference, and alleges herein all of the allegations set forth in paragraphs 1 through 17, inclusive, as if set forth individually in this First Claim for Relief.

19.    Pursuant to 11 U.S.C. § 523(a)(8), this bankruptcy does not discharge Debtor from any debts incurred for an educational benefit loan made, insured, or guaranteed by a governmental unit, or an obligation to repay funds received as an educational benefit, scholarship, or stipend.

20.    Absent an affirmative showing of undue hardship, student loans are not dischargeable.

21.    Debtor's outstanding student loan balance in the amount of $59,051.49 is nondischargeable.

## PRAYER FOR RELIEF

COMPLAINT

1    WHEREFORE, Plaintiff prays for judgment as follows:

2    <u>On the First Cause of Action</u>:

3    1.    For judgment against Debtor determining that the debt owed by the Debtor to

4    Plaintiff is not dischargeable in her bankruptcy case and for judgment according to proof;

5    2.    For such other and further relief as the Court considers proper.

7    DATED: August 13, 2015        LAW OFFICES OF H. MICHAEL SOROY

9    BY: _____

10                  H. Michael Soroy, Esq.

11                  Kristin A. Ingulsrud, Esq.
                      Attorneys for Plaintiff

COMPLAINT

CERTIFICATE OF ELIGIBILITY
SCHEDULE 1

PROVINCIAL USE
1504 32023U1

SOCIAL INSURANCE NO
ON

PLEASE TYPE OR PRINT CLEARLY

**LOAN AUTHORIZATION – TO BE COMPLETED BY ISSUING AUTHORITY**

C. I. B. C. University

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N   J |

NAME AND MAILING ADDRESS
SUSAN J MULLEY
50 ST GEORGE ST
BRANTFORD        ONT
N3R 1V4

| DATE OF BIRTH | DAY | MONTH | YEAR | SEX MALE OR FEMALE | MARRIED-M SINGLE-S OTHER-O MARITAL STATUS |
|---|---|---|---|---|---|
| | | | | F | S |

PERMANENT ADDRESS (IF DIFFERENT FROM ABOVE)
MULLEY              JACK F
50 ST GEORGE ST
BRANTFORD        ONT

| INST. CODE | FIELD OF STUDY CODE | YR OF STUDY YR. YRS. | SEMI/ACAD YR END DATE 5 OR Y | DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|
| 1 5 0 4 | 1 2 | 1 6 | Y | 0 4 | 7 6 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
GUELPH
ONTARIO   N1G 2W1

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 1 7 | 0 9 | 7 5 | $800 ºº |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | xx |

NAME AND ADDRESS OF ISSUING AGENCY
MINISTRY OF COLLEGES AND UNIVERSITIES
STUDENT AWARDS BRANCH, PARLIAMENT BLDGS
QUEENS PARK, TORONTO, ONTARIO

| PREVIOUS LOANS DISCHARGED | TOTAL AMOUNT OF LOAN | $800 ºº |
|---|---|---|

| NAME OF OFFICIAL | TELEPHONE NO |
|---|---|
| RG DAVIDSON | 824-4120 |

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 7 | 0 9 | 7 5 |

TITLE
ASST. REGISTRAR

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

R. G. Davidson /ay
ISSUING OFFICER'S SIGNATURE

**CONFIRMATION OF ENROLMENT – TO BE COMPLETED BY EDUCATIONAL INSTITUTION**

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| RG DAVIDSON | 824-4120 |

INSTRUCTIONS, IF ANY, TO BANK
REMIT 687 TO INSTITUTION SHOWN

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE SEMESTER/ACADEMIC YEAR ENDING IN THE MONTH INDICATED ABOVE.

University of Guelph

| | DAY | MONTH | YEAR |
|---|---|---|---|
| R. G. Davidson /ay SIGNATURE OF OFFICIAL | 26 | 09 | 75 |

Susan J Mulley
STUDENT'S SIGNATURE

TITLE
ASST. REGISTRAR

VALID ONLY FOR 30 DAYS AFTER THIS DATE

**LOAN APPLICATION AND AGREEMENT – TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF**

I HEREBY APPLY FOR THE LOAN SHOWN OF ''AMOUNT, IF ANY, NOW BEING DISBURSED'' AND CERTIFY THAT THE AMOUNT SHOWN AS ''TOTAL PRINCIPAL CARRIED FORWARD'' TRULY REPRESENTS MY TOTAL PRINCIPAL OUTSTANDING UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN AND THAT I HAVE READ, UNDERSTAND AND AGREE TO COMPLY WITH THE CONDITIONS AND TERMS SUMMARIZED OVERLEAF, AND THAT I SHALL REPAY MY TOTAL INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS.

I HAVE ASKED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS TOTAL PRINCIPAL CARRIED FORWARD TRULY REPRESENTS THE ABOVE NAMED STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

J. Bailey
NAME AND SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME AND ADDRESS OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
University of Guelph
GUELPH, ONT.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 30 | 09 | 75 |

| AMOUNT IF ANY, NOW BEING DISBURSED | $800 xx |
|---|---|
| AMOUNT IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $NIL |
| TOTAL PRINCIPAL CARRIED FORWARD | $800 — |

Susan J Mulley
STUDENT'S SIGNATURE

| M.I.C.R. BANK TRANSIT NUMBER | 0645 010 |
|---|---|

COPY 1-BANK

DISTRIBUTION  COPY 1 IS RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 2 TO BE SENT BY ISSUING AGENCY TO DEPT. OF FINANCE AT TIME OF ISSUE (ONTARIO, TO THE INSTITUTION)
COPY 3 TO BE GIVEN TO BE GIVEN TO STUDENT AT BANK
COPY 4 TO STUDENT TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 5 BY ISSUING TO BE SENT BY BANK TO R.S.L.A.
COPY 6 AUTHORITY TO BE RETAINED BY BANK

623625

CROWN COPYRIGHTS RESERVED

## INSTRUCTIONS TO STUDENT

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender for negotiation (all Canadian chartered banks and designated credit unions, hereinafter referred to as "bank" or "lender"). NOTE: this certificate must be negotiated within thirty days of having been signed by the educational institution.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement you must obtain a Schedule 2 from a bank at the beginning of your second term and follow the instructions on that form.

5. If you withdraw early, your academic year end shown overleaf will be adjusted to the date of withdrawal.

6. If you do not enroll in the course and full period for which this certificate is issued it must be returned to the issuing agency with an explanatory note.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, legal proceedings may be instituted.

2. You hereby agree to provide the necessary documents as required in instructions above.

3. You hereby agree to notify the bank of any changes in your address or name as they occur.

4. You hereby agree to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with the bank within six months of the date upon which you ceased to be a full-time student as supported by your Schedule 1 or 2. NOTE: the interest charged to you on this and subsequent loans is determined at the time you complete the Consolidated Guaranteed Student Loan Agreement or become liable for repayment, whichever is the earlier date.

5. You hereby agree to attend as required by the lender, the Federal Government or its agents any meeting called for the purpose of discussing your loans.

6. You hereby authorize any educational institution that you may have attended to release to the lender holding your loans or the Federal Government or its agents such pertinent information as they may require, from time to time.

7. You hereby authorize the educational institution to apply any refund of fees which have been paid with the proceeds of a Canada Student Loan, towards that Canada Student Loan.

CANADIAN IMPERIAL BANK OF COMMERCE
University of Guelph
Guelph, Ont.

IMPORTANT TO YOU OVERLEAF

Finance    Finances
CANADA STUDENT LOANS PLAN
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

3194

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO |
|---|---|---|
| EUAK 3154281 | ON | |

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**   C.I.B.C   U. of G.

SURNAME OF STUDENT     GIVEN NAMES OF STUDENT

M U L L E Y          S U S A N, J.

NAME AND MAILING ADDRESS
☐ SUSAN J MULLEY
50 ST GEORGE ST
BRANTFORD    ONT
N3R 1V4

251 TUNDRA
PRAIRIE HALL
U. of G.

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | F | | | S |

PERMANENT ADDRESS (IF DIFFERENT FROM ABOVE)
MULLEY         JACK F
50 ST GEORGE ST
BRANTFORD    ONT

| INST. CODE | FIELD OF STUDY | CODE | YR. OF STUDY | | SEMESTAR OR END DATE | | |
|---|---|---|---|---|---|---|---|
| | | | 1R | YRS | S OR F | MONTH | YEAR |
| E U A K | 5.0 | | 2 6 | | Y | 0.4 | 7 7 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
GUELPH
ONTARIO   N1G 2N1

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 0 1 | 0 9 | 7 6 | $1000 xx |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | .xx |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Award Branch,
8th Floor, Mowat Block,
Toronto, Ontario, M7A 2B4

| PREVIOUS LOANS DECLARED | TOTAL AMOUNT OF LOAN $ $1000 xx |
|---|---|
| ☐ | DATE OF ISSUE OF THIS CERTIFICATE   DAY MONTH YEAR   1 7 0 7 7 6 |

NAME OF OFFICIAL          TELEPHONE NO.
W.H. Clarkson            965-5241

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE
Director of Student Awards

W.H. Clarkson
ISSUING OFFICER'S SIGNATURE

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY EDUCATIONAL INSTITUTION**

NAME OF OFFICIAL          TELEPHONE NO.
RG DAVIDSON             824-4120

INSTRUCTIONS, IF ANY, TO BANK
REMIT   TO INSTITUTION SHOWN
1000.00

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE SEMESTER/ACADEMIC YEAR ENDING IN THE MONTH INDICATED ABOVE.

RG Davidson /SE

| DAY | MONTH | YEAR |
|---|---|---|
| 0 7 | 0 9 | 76 |

VALID ONLY FOR 30 DAYS AFTER THIS DATE

Bursar University of Guelph.

Susan J. Mulley
STUDENT'S SIGNATURE

TITLE
ASST. REGISTRAR

**LOAN APPLICATION AND AGREEMENT — TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF**

I HEREBY APPLY FOR THE LOAN SHOWN AS "AMOUNT, IF ANY, NOW BEING DISBURSED" AND CERTIFY THAT THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE TOTAL PRINCIPAL OUTSTANDING ON THE EFFECTIVE DATE SHOWN UNDER THE CANADA STUDENT LOANS ACT. I FURTHER CERTIFY THAT I HAVE READ AND UNDERSTOOD THE TERMS AND CONDITIONS OF SUCH LOANS SUMMARIZED ON THE REVERSE OF THIS FORM AND AGREE TO COMPLY WITH THEM AND TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT

I HAVE ASKED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY TO THE BEST OF MY KNOWLEDGE THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE ABOVE NAMED STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

J Clarkson

FULL NAME AND ADDRESS OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
UNIVERSITY OF GUELPH
GUELPH, ONT.

| EFFECTIVE DATE OF THIS TRANSACTION   DAY MONTH YEAR | 150976 |
|---|---|
| AMOUNT, IF ANY, NOW BEING DISBURSED $ | 1000 xx |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS $ | 800 — |
| TOTAL PRINCIPAL CARRIED FORWARD | 1800 — |
| M.I.C.R. BANK TRANSIT NUMBER | ⑆06452⑈010⑆ |

Susan J. Mulley
STUDENT'S SIGNATURE

COPY 1–BANK

DISTRIBUTION
COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO DEPT. OF FINANCE AT TIME OF ISSUE (ONTARIO, TO THE INSTITUTION)
COPY 4 TO BE SENT TO BANK BY STUDENT
COPY 3 STUDENT   TO BE SENT TO BANK TO EDUCATIONAL INSTITUTION
COPY 2 AT ISSUING   TO BE SENT BY BANK TO C.S.L.A.
COPY 1 AUTHORITY   TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

FIN 370 1E (REV. 2/76)

874719

the Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to your authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

NOTE: This certificate must be negotiated within thirty days of having been signed by the educational institution.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your bank at the beginning of the semester for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your semester/academic year end date shown overleaf will be adjusted to the date of withdrawal and your interest free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that, if you continue full-time study in a succeeding semester/academic year, you will lodge with your bank within six months before the end of your current semester/academic year either:

   (a) ... for a new loan or;

   (b) a Schedule 2 (obtainable from any bank) if application for a new loan has been made but you have not received a ... Schedule 2 within the period shown or;

   (c) a Schedule 2 (obtainable from any bank) if you have not applied for a new loan for the semester/academic year ... enrolled.

NOTE: Failure to lodge a Schedule by the required date will result in the loss of your interest-free status and you will become liable for payment of interest due on any earlier loan to the date on which you do provide to the bank evidence of your continuing enrolment as a full-time student.

3. You hereby agree to notify the bank of any changes in your name or address as they occur.

4. You hereby agree, where there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

NOTE: The interest charged to you on your Canada Student Loans is determined by the date on which you complete the required Consolidated Guaranteed Student Loan Agreement or on the date you became liable for repayment, whichever is the earlier.

5. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

6. You hereby authorize any educational institution that you may have attended to release to the bank holding your loans, or to the Federal Government or its agents, ... information as they may require, from time to time.

7. You hereby authorize the educational institution ... GUARANTEE IS VALIDATED, which have been paid by the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

IMPORTANT — READ OVERLEAF

of State    d'État

**CANADA STUDENT LOANS ACT**
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT 9 751369800    EUAK 300692 F1    ON
PLEASE TYPE OR PRINT CLEARLY

PROVINCIAL USE    SOCIAL INSURANCE NO.

(R) 4 972058

► **LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N   J |

NAME AND MAILING ADDRESS
SUSAN J.    MULLEY
13 FRANKLIN AVE
GUELPH
ONT    N1G-4H8

110-252 Stone Rd
Wellington Wood
N1G-2N

USE
PERM

DAY    MONTH    YEAR
MALE OR FEMALE    F    SEX
MARRIED — SINGLE-3    OTHER-0    MARITAL STATUS

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H    SENIOR
UPPER MT ALBION RD
STONEY CREEK    ONT

POST. CODE    CODE    P.D.S.    PR. OF STUDY    NO. OF YRS. PROG.    PERIOD OF STUDY END DATE
E U A K    3 1    2 0    4    P  0 9 8 4

CSE 0100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF INSTITUTION
GUELPH, ONTARIO    N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NAME OF OFFICIAL
W.H. Clarkson
TITLE
Director of Student Awards

TELEPHONE NO.
965-5241

NOT NEGOTIABLE AFTER THIS DATE

| | | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|---|
| FIRST DISBURSEMENT | NOT BEFORE | 0 1 | 0 5 | 8 4 | 1600.xx |
| SECOND DISBURSEMENT | NOT BEFORE | | | | .xx |

| PREVIOUS LOANS | | TOTAL AMOUNT OF LOAN | 1600.xx |
|---|---|---|---|
| Yes | No 9 | | |

DATE OF ISSUE OF THIS CERTIFICATE
DAY    MONTH    YEAR
2 8    0 3    8 4

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

ISSUING OFFICIAL'S SIGNATURE
(W.H. Clarkson)

► **CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY SHOWN IN THE MONTH INDICATED ABOVE.

NAME OF OFFICIAL
LANDONI, P.V.
TITLE
Bursar

TELEPHONE NO.
824-4120

INSTRUCTIONS, IF ANY, TO BANK
REMIT TO INSTITUTION SHOWN
Univ. of Guelph $652.05

DATE SIGNED
DAY    MONTH    YEAR
0 2   0 5   8 4

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL
P.V. Landoni    BURSAR

STUDENT'S SIGNATURE
Susan J Mulley

► **LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CER-TIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STU-DENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF AUTHORIZED OFFICIAL OF THE BANK

STUDENT'S SIGNATURE
Susan J Mulley

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO N1G 1R7
TELEPHONE 824-0930

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 04 | 05 | 84 |

AMOUNT, IF ANY, NOW BEING DISBURSED    $ 1600 .xx
AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS    $ 576.29
TOTAL PRINCIPAL CARRIED FORWARD    $ 2176.29

M.I.C.R. BANK TRANSIT NUMBER    09952 010

CROWN COPYRIGHT RESERVED

COPY 1 - BANK

DISTRIBUTION    COPY 1 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 1 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)

COPY 1 - TO BE GIVEN TO STUDENT BY BANK
COPY 1 - TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 1 - TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE
COPY 1 - P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 5C5
COPY 1 - TO BE RETAINED BY BANK

751368800

2702084

The Canada Student Loans Act _ _ _ulations set forth the definitive legal rig_ _ _ obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT** — **READ OVERLEAF**

Secretary   Secrétariat
of State   d'État

CANADA STUDENT LOANS ACT 4972,
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT # 751368800    EUAK: 301941/81

PROVINCIAL USE    SOCIAL INSURANCE NO

1    ON

PLEASE TYPE OR PRINT CLEARLY

## LOAN AUTHORIZATION – TO BE COMPLETED BY ISSUING AUTHORITY

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN JI |

NAME AND MAILING ADDRESS
SUSAN JI    MULLEY
110-252 STONEIRD W.
GUELPH
ONT.    N1G-2V7    Perm.

| | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH | | | | FEMALE | F | | 0 |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H    SENIOR
MT. ALBION RD. RR#1
STONEY CREEK    ONT.    N1...

| INST CODE | F.O.S CODE | YR OF STUDY | NO. OF YRS. OF STUDY | PERIOD OF STUDY END DATE |
|---|---|---|---|---|
| EUAK 3 | 1 | 3 4 | | P 0 4 8 5 |

CSB# 0100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario  M7A 2B4

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W. H. Clarkson | 965-5241 |

TITLE
Director of Student Awards

NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 0 1 | 9 | 84 | 3200.xx |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | .xx |
| PREVIOUS LOANS | | TOTAL AMOUNT OF LOAN | | 3200.xx |

Yes ☐    No ☐

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 0 1 | 0 | 84 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

ISSUING OFFICER'S SIGNATURE
W. H. Clarkson

## CONFIRMATION OF ENROLMENT – TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
REMIT TO: INSTITUTION SHOWN

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 824-4120 |

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 14 | 09 | 84 |

SIGNATURE OF OFFICIAL
P. V. Landoni

VALID ONLY FOR 15 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

BURSAR

SIGNATURE OF OFFICIAL    STUDENT'S SIGNATURE

## LOAN APPLICATION AND AGREEMENT – FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
13 COLLEGE AVENUE WEST
GUELPH, ONTARIO  N1G 1R7
TELEPHONE 824-0030

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 26 | 09 | 84 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $3200.xx |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $2176.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $5376.29 |

M.I.C.R. BANK TRANSIT NUMBER
09950-010

STUDENT'S SIGNATURE
Susan J. Mulley

COPY 1 - BANK

DISTRIBUTION – COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 1 : TO BE GIVEN TO STUDENT    TO BE GIVEN TO STUDENT BY BANK
COPY 1 : TO STUDENT    TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 1 : TO ISSUING    TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 1 : AUTHORITY    P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 9C8
TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

SEC 4/16 REV 12-84
751368800.

3038176

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO YS**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT—CLEARLY

| | PROVINCIAL USE | |
|---|---|---|
| | | 11 |

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

REASSESSMENT

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

NAME AND MAILING ADDRESS
SUSAN J    MULLEY
113-252 STONEROD W
GUELPH
ONT    N1G-2U7    836-5596
PERM

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES M    SENIOR
RT ALTON RD RR1
STONEY CREEK    ONT    N1-

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

GUELPH, ONTARIO    N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario  M7A 2B4

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W. H. Clarkson | 965-5241 |

TITLE
Director of Student Awards

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| Landoni, P.V. | 826-8120 |

TITLE
BURSAR

DATE SIGNED  08/01/85

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO  N1G 1R7
TELEPHONE 824-9258

Susan J Mulley
STUDENT SIGNATURE

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 23 | 01 | 85 |

| AMOUNT, IF ANY, BEING DISBURSED | $ 160 . XX |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 5376 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 5536 29 |
| M.I.C.R. BANK TRANSIT NUMBER | 89952  010 |

### DATE OF BIRTH / SEX / STATUS (right panel)

| DATE OF BIRTH | | | SEX | MARITAL STATUS |
|---|---|---|---|---|
| DAY | MONTH | YEAR | F | S |

| INST. CODE | POS CODE | YR OF STUDY | NO OF YRS | PERIOD OF STUDY END DATE |
|---|---|---|---|---|
| GUAR | 31 | 3  6 | 32 | MONTH / YEAR |

CSE 3109:

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | | | | $ 160 XX |

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | $ .XX |

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | $ . XX |
|---|---|---|
| Yes  No | | |

DATE OF ISSUE OF THIS CERTIFICATE   DAY  MONTH  YEAR

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

W. H. Clarkson
ISSUING OFFICER'S SIGNATURE

INSTRUCTIONS, IF ANY, TO BANK
CREDIT NIL TO INSTITUTION SHOWN

DISTRIBUTION — COPY 6 RETAINED BY ISSUING AGENCY DATE OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
COPY 1 BANK
COPY 2 TO BE GIVEN TO STUDENT BY BANK
COPY 3 TO STUDENT
COPY 4 BY ISSUING AUTHORITY

CROWN COPYRIGHTS RESERVED

3103752

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end, six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

    (a) a Schedule 1 for a new loan or;

    (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

    (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest from the date of commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO YOU - READ OVERLEAF**

Secretary   Secrétariat
of State   d'État

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1   STUDENT # 751368800   EUAK: 800641 C3
PLEASE TYPE OR PRINT CLEARLY

*#972158*

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO |
|---|---|---|
| | 1 | ON |

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY    REASSESSMENT

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

NAME AND MAILING ADDRESS
SUSAN J. MULLEY
110-262 STONEIRD W
GUELPH
ONT.   N1G-2W7
836-5596

| | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH | | | | | F | | O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H   SENIOR
MT ALBION RD RR#1
STONEY CREEK   ONT.   N1   #1

| INST. CODE | F.O.S. CODE | PR. OF STUDY | NO. OF MOS. OF STUDY | | PERIOD OF STUDY END DATE |
| | | PR. | PRS. | S/P | MONTH | YEAR |
|---|---|---|---|---|---|---|
| EUAK | 31 | 3 0 | 4 | P | 08 | 85 |

CSE: $100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO   N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NOT NEGOTIABLE AFTER THIS DATE

| | | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|---|
| FIRST DISBURSEMENT | NOT BEFORE | 2 2 | 0 3 | 85 | 1680.XX |
| SECOND DISBURSEMENT | NOT BEFORE | | | | .XX |

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | $ 1680.XX |
| Yes | No | | |

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 2 2 | 0 3 | 85 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W.H. Clarkson | 965-5241 |

TITLE
Director of Student Awards

ISSUING OFFICIAL'S SIGNATURE
W.H. Clarkson

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THE INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
REMIT   TO INSTITUTION SHOWN

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 824-4120 |

TITLE
BURSAR

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE SIGNED | | 00 | 58 |

△ VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

NIL

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK

CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO N1G 1R2
TELEPHONE 824-9939

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 07 | 05 | 85 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1680.XX |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 5536.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 7216.29 |

| M.I.C.R. BANK TRANSIT NUMBER | 08852 010 |

STUDENT'S SIGNATURE
Susan J. Mulley

COPY 1 - BANK

MEC 4-48 (REV. 83-04)

751368800

DISTRIBUTION —
COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD, ONT., MAN., ALTA., B.C. SASK.)
COPY 4   TO BE GIVEN TO STUDENT BY BANK
COPY 3   TO STUDENT TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 2   BY ISSUING TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE, P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 5C8
COPY 1   AUTHORITY   TO BE RETAINED BY BANK

CROWN COPYRIGHT RESERVED

3373349

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.  On presentation of the completed Schedule 2 form, your bank may release funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

    (a) a Schedule 1 for a new loan or;

    (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

    (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address if they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.  Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is the later.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority or any employer to release to the person having your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO Y... READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

4972155

STUDENT #. 751368800

EUAK. 303521 01

PROVINCE: ON

CIBC - College Ave

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

SURNAME OF STUDENT: M U L L E Y

GIVEN NAMES OF STUDENT: S U S A N   J

NAME AND MAILING ADDRESS:
SUSAN J   MULLEY
110-252 STONE RD. W.
GUELPH
ONT   N1G-2V7

836-5596

MARITAL STATUS: O
SEX: F

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES H   SENIOR
INT. ALBION RD. RR #1
STONEY CREEK.   ONT

EUAK. 3.1   -3 .4 18   P  0 4 8 6
CSE.2100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE:
GUELPH, ONTARIO   N1G-2W1

NOT NEGOTIABLE AFTER THIS DATE

FIRST DISBURSEMENT
NOT BEFORE   1 5 0 1 8 6   1680.XX

SECOND DISBURSEMENT
NOT BEFORE   XX

NAME AND ADDRESS OF ISSUING AGENCY:
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario  M7A 2B4

PREVIOUS LOANS   Yes / No

TOTAL AMOUNT OF LOAN $ 1680.XX

DATE OF ISSUE OF THIS CERTIFICATE   1 5 0 1 8 6

NAME OF OFFICIAL:
W. H. Clarkson

TELEPHONE NO.:
965-5241

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE:
Director of Student Awards

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
REMIT   TO INSTITUTION SHOWN
491.70
UNIVERSITY OF GUELPH

NAME OF OFFICIAL:
LANDONI, P.V.

TELEPHONE NO.:
824-4120

TITLE:
BURSAR

DATE SIGNED:
0 6 0 2 8 6

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

## LOAN APPLICATION AND AGREEMENT FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THE CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

EFFECTIVE DATE OF THIS TRANSACTION   0 7 0 2 8 6

AMOUNT, IF ANY, NOW BEING DISBURSED   $ 1680 XX

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS   $ 7216 29

TOTAL PRINCIPAL CARRIED FORWARD   $ 8896 29

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK:
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE. W.
P.O. BOX 786.
GUELPH, ONTARIO
N1H 6M2

M.I.C.R. BANK TRANSIT NUMBER   09952  010

X Susan J Mulley
STUDENT'S SIGNATURE

DISTRIBUTION — COPY 1 IS RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 1 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD, ONT., MAN., ALTA., B.C., SASK.)
COPY 1 TO BE GIVEN TO STUDENT BY BANK
COPY 1 TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 1 TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE
COPY 1 P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 5C9
COPY 1 TO BE RETAINED BY BANK
COPY 1 : BANK

CROWN COPYRIGHTS RESERVED

751368800

3631640

The Canada Student Loans Act and regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

    (a) a Schedule 1 for a new loan or;

    (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

    (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction, shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT — READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1          STUDENT # 751368800     EUAK 302272 31
PLEASE, TYPE OR PRINT CLEARLY

4972   58

# 67-25562

| LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY |
|---|

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J |

NAME AND MAILING ADDRESS
SUSAN J. MULLEY
110-252 STONE RD. W
GUELPH
ONT.     N1G-2V7

| DATE OF BIRTH | MALE OR FEMALE F | SEX | MARRIED-M SINGLE-S OTHER-O U | MARITAL STATUS |
|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H          SENIOR
MT ALBION RD RR#1
STONEY CREEK          ONT

| INST CODE | FOS CODE | YR OF STUDY | NO OF YRS OF STUDY | PERIOD OF STUDY END DATE |
|---|---|---|---|---|
| E U A K 3 2 | 3 4 | 3 2 | P | 0 4 87 |

CSE 9100.

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH.
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE

GUELPH, ONTARIO          N1G-2W1

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 0 1 | 0 9 | 8 6 | 3360.xx |

| SECOND DISBURSEMENT | | | | |
|---|---|---|---|---|
| NOT BEFORE | | | | .XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| PREVIOUS LOANS | | TOTAL AMOUNT OF LOAN | 3360.xx |
|---|---|---|---|
| Yes | No X | | |

| | DATE OF ISSUE OF THIS CERTIFICATE | DAY 27 | MONTH 0 8 | YEAR 8 6 |
|---|---|---|---|---|

NAME OF OFFICIAL
W.H. Clarkson

TELEPHONE NO.
965-5241

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE
Director of Student Awards

W.H. Clarkson
ISSUING OFFICER'S SIGNATURE

| CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION |
|---|

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY SHOWN IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED:
THIRTY-FOUR HUNDRED DOLLARS
REMIT $          TO INSTITUTION SHOWN

NAME OF OFFICIAL
LANDONI, P.V.

TELEPHONE NO.
824-4120.

TITLE
BURSAR

| DATE SIGNED | DAY 12 | MONTH 0 9 | YEAR 8 6 |
|---|---|---|---|

NIL

P.V. Landoni per CM.
SIGNATURE OF OFFICIAL

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND STUDY END DATE

BURSAR
SIGNATURE OF OFFICIAL

STUDENT'S SIGNATURE

| LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN |
|---|

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOAN ACT ON THE EFFECTIVE DATE SHOWN.

B. Pahic
SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 15 | 09 | 86 |
| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 3360.xx | | |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 8896.29 | | |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 12256.29 | | |

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0632)
23 COLLEGE AVE. W.
P.O. BOX 785,
GUELPH, ONTARIO
N1H 6M2

| M.I.C.R. BANK TRANSIT NUMBER | 0790 | 010 |
|---|---|---|

Susan J. Mulley
STUDENT'S SIGNATURE

COPY 1 - BANK

SEC 4-10 (REV 13-04)

751368800

DISTRIBUTION — COPY 0 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 0 TO BE SENT BY ISSUING AGENCY TO STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD, ONT, MAN, ALTA, B.C. SASK.)
COPY 1          TO BE GIVEN TO STUDENT BY BANK
COPY 2          TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 3          TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 4          P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 5G9
COPY 1          TO BE RETAINED BY BANK
CROWN COPYRIGHTS RESERVED

3883574

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form.  KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.  On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

    (a)  a Schedule 1 for a new loan or;

    (b)  a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

    (c)  a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.  Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT** — **READ OVERLEAF**

US Secretary Secrétaire
of State d'État

497202 NR

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT # 751368800    EUAK 303002 B1

| PROVINCIAL USE | | SOCIAL INSURANCE NO. |
|---|---|---|
| 1 | ON | |

PLEASE TYPE OR PRINT CLEARLY

acct # 67095501

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY** C IBC - College, Guelph

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J. |

NAME AND MAILING ADDRESS
SUSAN J    MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT    N1M-7N9

836-5596

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES M  SENIOR
RR#1 MCALBION RD.
STONEY CREEK    ONT:

| | DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED - M SINGLE - S OTHER - O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | F | | O |

| | INST. CODE | FOS. CODE | PR. OF STUDY | NO. OF WKS. OF STUDY | PERIOD OF STUDY END DATE |
| | | | PR. | PRS. | | S/P | MONTH | YEAR |
| | E U A K | 4 7 | 1 | 2 | 34 | P | 0 4 | 8 8 |

CSEI X1.0.0

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 1 3 | 1 1 | 8 7 | 3360.XX |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | .XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| PREVIOUS LOANS | | TOTAL AMOUNT OF LOAN | | 3360.XX |
|---|---|---|---|---|
| Yes ☑ | No | | | |

NAME OF OFFICIAL
W.H. Clarkson

TELEPHONE NO.
965-5241

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 3 | 1 1 | 8 7 |

TITLE
Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

W.H. Clarkson
ISSUING OFFICER'S SIGNATURE

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMIT's  TO INSTITUTION

NAME OF OFFICIAL
LANDONI, R.V.

TELEPHONE NO.
824-4120

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 2 7 | 1 1 | 8 7 |

524.50
Univ of Guelph

P.V. Landoni B.B.
SIGNATURE OF OFFICIAL

VALID ONLY FOR 35 DAYS AFTER THE DATE BUT NOT BEFORE PERIOD OF STUDY END DATE

R.V. Landoni B.B.    Susan J Mulley
STUDENT'S SIGNATURE

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 2 7 | 1 1 | 8 7 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 3360.XX |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 12256 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 15616 29 |

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVE. W.,
P. O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

| M.I.C.R. BANK TRANSIT NUMBER | 09952 001 |
|---|---|

X  Susan J Mulley
STUDENT'S SIGNATURE

CROWN COPYRIGHTS RESERVED
4444324

COPY 1 - BANK

DISTRIBUTION — COPY 1 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 1 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT ONT., MAN., ALTA., B.C., SASK.)
COPY 2 TO BE GIVEN TO STUDENT BY BANK
COPY 3 TO BE GIVEN TO STUDENT BY BANK
COPY 3 TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 1 TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE
P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO. K1P 5C8
TO BE RETAINED BY BANK

SEC 4-89 (REV. 65-56)
75136880.0

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the bank holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

IMPORTANT — READ OVERLEAF

Secretary of State / Coordonnées d'État

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY   STUDENT # 751368800   EUAK 801181 C2

497058 09   PROVINCIAL USE   ON   SOCIAL INSURANCE NO.

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

672562   REASSESSMENT

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J. |

NAME AND MAILING ADDRESS
SUSAN J.   MULLEY
240 WESTWOOD UNIT 165C
GUELPH
ONT.   N1H-7W9.
836-5596

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES M   SENIOR
RR#1 MTALBION RD
STONEY CREEK   ONT.

| INST. CODE | F.O.S. CODE | YR. OF STUDY PR. | NO. OF WKS. PRS. | NO. OF STUDY | | PERIOD OF STUDY END DATE | | |
|---|---|---|---|---|---|---|---|---|
| E U A K | 4:7 | 1 | 2 | 48 | P | 0 | 8 | 8 |

OSE $100.0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE:
GUELPH ONTARIO   N1G-2W1

NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 1 | 20 | 5 8 8 | 1680 XX |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

PREVIOUS LOANS   Yes ☒   No

| TOTAL AMOUNT OF LOAN | 1680 XX |
|---|---|

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 1 | 20 | 5 8 8 |

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W.H. Clarkson | 965-6241 |

TITLE
Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

ISSUING OFFICER'S SIGNATURE   W.H. Clarkson

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
SEVENTEEN HUNDRED DOLLARS
REMITS   TO INSTITUTION SHOWN
596.50
U. OF GUELPH

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, R.V. | 824-4120 |

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 3 | 005 | 88 |

VALID ONLY FOR 30 DAYS FROM THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL

STUDENT'S SIGNATURE

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE. W.,
P.O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 30 | 05 | 88 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1680 XX |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 15616 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 17296 29 |

| M.I.C.R. BANK TRANSIT NUMBER | 09952 010 |
|---|---|

STUDENT'S SIGNATURE   X Susan J. Mulley

COPY 1 — BANK

DISTRIBUTION:
COPY 1 TO BE RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 2 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C. LOANS)
COPY 2 — TO BE GIVEN TO STUDENT BY BANK
COPY 3 — TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 4 — TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE, P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 9C6
COPY 4 — TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

4501823

SEC 4-50 (REV. 83-04)

751368800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

IMPORTANT TO → READ OVERLEAF

Department of the Secretary of State of Canada
Secrétariat d'État du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

STUDENT N 751368800

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK 303282 B1 | 1 ON | |

a/c 67·25562

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**

SURNAME OF STUDENT: MULLEY
GIVEN NAMES OF STUDENT: SUSAN J

NAME AND MAILING ADDRESS
SUSAN J MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT N1H7W9

836-5568

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H SENIOR
RR#1 MOUNT ALBION RD
STONEY CREEK ONT

| INST. CODE | F.O.S. CODE | PR. OF STUDY PR. PRS. | NO. OF WKS OF STUDY | B/P | PERIOD OF STUDY END DATE MONTH YEAR |
| EUAK | 6 2 | 12 4 | 32 | 1P | 04 8 9 |

CSEI X100

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
| NOT BEFORE | 14 12 88 | 3360X |
| SECOND DISBURSEMENT | | XX |
| NOT BEFORE | | |

NAME OF COURSE
GUELPH, ONTARIO N1G 2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

PREVIOUS LOANS
TOTAL AMOUNT OF LOAN $ 3360X

DATE OF ISSUE OF THIS CERTIFICATE 14 12 88

NAME OF OFFICIAL: F.R. Kleimen
TELEPHONE NO. 965-5241
TITLE: Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THE INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMITS TO INSTITUTION SHOWN

NAME OF OFFICIAL: LANDONI, R.V.
TELEPHONE NO. 824-4120
TITLE: BURSAR

P.V. Landoni    MD.

| DATE SIGNED | DAY | MONTH | YEAR |
| | 09 01 89 |

VALID ONLY FOR 28 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

$ 587.75
Univ of Guelph

P.V. Landoni MD.  Susan J Mulley

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| EFFECTIVE DATE OF THIS TRANSACTION | DAY | MONTH | YEAR |
| | 16 01 89 |
| AMOUNT, IF ANY, NOW BEING DISBURSED | $3360 XX |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $17,296·29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $20,656·29 |

Susan J Mulley
STUDENT SIGNATURE

FULL NAME AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0930)
23 COLLEGE AVE. W.
P. O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

M.I.C.R. BANK TRANSIT NUMBER: 00952 010

COPY 1 - BANK

DISTRIBUTION
COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 4 TO BE GIVEN TO STUDENT BY BANK
COPY 3 TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 2 TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE, P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C6
COPY 1 TO BE RETAINED BY BANK

4858222

751368800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO YOU - READ OVERLEAF**

Department of the Secretary   Secrétariat d'État
of State of Canada   du Canada

CANADA STUDENT LOANS ACT   497a
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1   STUDENT # 751368800   EUAK 800883 C2
PLEASE TYPE OR PRINT CLEARLY

PROVINCIAL USE   PROVINCE   SOCIAL INSURANCE NO.
1 1   ON

▶ LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY   67-25362   REASSESSMENT:

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N   J. |

NAME AND MAILING ADDRESS
SUSAN J. - MULLEY
240 WESTWOOD UNIT 165C
GUELPH
ONT   N1H-7N9

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H   SENIOR   APT.
RR#1 MOUNT ALBION RD
STONEY CREEK   ONT.

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO   N1G=2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NAME OF OFFICIAL   TELEPHONE NO.
F.R. Kleiman   965-5241

TITLE
Director of Student Awards

DATE OF BIRTH   DAY   MONTH   YEAR   MALE OR FEMALE   SEX   MARRIED-M   MARITAL STATUS
   F   SINGLE-S   O   OTHER-O

INST. CODE   F.O.S. CODE   PR. OF STUDY   NO. OF WKS OF STUDY   PERIOD OF STUDY END DATE
EUAK   62   29 4   49   S/P   MONTH   YEAR
   P   0 8 9

CSE: X100   NOT NEGOTIABLE AFTER THIS DATE

FIRST DISBURSEMENT
NOT BEFORE   DAY   MONTH   YEAR   AMOUNT
   1 2 0 4 89   1680X

SECOND DISBURSEMENT
NOT BEFORE   DAY   MONTH   YEAR
   XX

PREVIOUS LOANS   Yes   No   TOTAL AMOUNT OF LOAN   1680X
DATE OF ISSUE OF THIS CERTIFICATE   1 2 0 4 89

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT

ISSUING OFFICER'S SIGNATURE

▶ CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF OFFICIAL   TELEPHONE NO.
LANDONI, P.V.   D   824-4120

TITLE
BURSAR

DATE SIGNED   DAY   MONTH   YEAR
05 05 89

PV Landoni   SIGNATURE OF OFFICIAL

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
SEVENTEEN HUNDRED DOLLARS
REMIT $   TO INSTITUTION SHOWN

NIL.

VALID ONLY FOR 31 DAYS AFTER THIS DATE BUT NOT BEYOND THE PERIOD OF STUDY END DATE   SIGNATURE OF OFFICIAL   STUDENT'S SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE MADE THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF AUTHORIZED OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (00032)
23 COLLEGE AVE. W.,
P. O. BOX 788,
GUELPH, ONTARIO
N1H 6M2

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

EFFECTIVE DATE OF THIS TRANSACTION   DAY   MONTH   YEAR
05 05 89

AMOUNT, IF ANY, NOW BEING DISBURSED   1680 00

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS   20,656.29

TOTAL PRINCIPAL CARRIED FORWARD   22336 29

M.I.C.R. BANK TRANSIT NUMBER   09952 010

SIGNATURE OF STUDENT BORROWER

COPY 1 - BANK

DISTRIBUTION
COPY 1 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 2 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C.)
COPY 3 - TO BE GIVEN   TO BE GIVEN TO STUDENT BY BANK
COPY 4 - TO STUDENT   TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 5 - TO ISSUING   TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 6 - AUTHORITY   P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 5G4
COPY 1 - TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

4875500

751368800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time; therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form.  **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.   On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate, valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.  Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO YOU — READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1   STUDENT # 751368800
PLEASE TYPE OR PRINT CLEARLY

Department of the Secretary of State of Canada

PROVINCIAL USE   EUAK 302881 B1   PROVINCE 1   ON   SOCIAL INSURANCE NO.

497258

61-25562

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**   N/A   09

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

NAME AND MAILING ADDRESS
SUSAN J   MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT:   N1H-7W9

DATE OF BIRTH

MALE OR FEMALE   SEX   F

MARRIED-M SINGLE-S OTHER-O   MARITAL STATUS   M

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H   SENIOR
2 CHERRY BLOSSOM LANE   ART,
BOX 175 VINELAND   ONT   L0R-2C0

INST. CODE   F.O.S. CODE   PR. OF STUDY   NO. OF WKS OF STUDY   PERIOD OF STUDY END DATE
E U A K   17   20   S   34   S/P   P   04 91

C8E.  X100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NOT NEGOTIABLE AFTER THIS DATE

NAME OF COURSE
GUELPH, ONTARIO   N1G-2W1

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 05 | 09 | 90 | 3576 X |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | $ .XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
P.O. Box 4500
Thunder Bay, Ontario
P7B 6G9

PREVIOUS LOANS   Yes   No   05   TOTAL AMOUNT OF LOAN   3576 X

DATE OF ISSUE OF THIS CERTIFICATE   DAY 05   MONTH 09   YEAR 90

NAME OF OFFICIAL
Jan Donio

TELEPHONE NO
807 - 345 - 4830

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE
Director of Student Awards

ISSUING OFFICER'S SIGNATURE

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED STUDENT IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST-SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
THIRTY-SIX HUNDRED DOLLARS
REMIT $   NIL   TO INSTITUTION SHOWN

NAME OF OFFICIAL
LANDONI, R.V.

TELEPHONE NO.
824-4120

TITLE
BURSAR

DATE SIGNED   DAY 28   MONTH 09   YEAR 90

VALID ONLY FOR 28 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL

STUDENT'S SIGNATURE

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTOOD THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 30 | 09 | 90 |
| AMOUNT, IF ANY, NOW BEING DISBURSED | $3570.80 | | |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $22336.29 | | |
| TOTAL PRINCIPAL CARRIED FORWARD | $25906.29 | | |

SIGNATURE AND RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE W.,
GUELPH, ONTARIO
N1H 6M2

TRANSIT NUMBER   09952 010

STUDENT'S SIGNATURE

COPY 1 - BANK

DISTRIBUTION

751368800

CROWN COPYRIGHTS RESERVED

5569560

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree, where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus any interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO — READ OVERLEAF**

497

Department of the Secretary
of State of Canada    du Cana

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT #: 791367800
PLEASE TYPE OR PRINT CLEARLY

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK 800861 C2 | 11 ON | |

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**

REASSESSMENT  67-25562

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

NAME AND MAILING ADDRESS
SUSAN J    MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT    N1H-7W9

836-5596

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES M    SENIOR
2 CHERRY BLOSSOM LANE    APT
BOX 175 VINELAND    ONT    L0R-2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
P.O. Box 4500
Thunder Bay, Ontario
P7B 6G9

NAME OF OFFICIAL
Jan Donio

TELEPHONE NO.
807 - 345 - 4830

TITLE
Director of Student Awards

| | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH | | | | | F | | M |

| INST. CODE | P.O.S. CODE | PR. OF STUDY | NO. OF WKS OF STUDY | | PERIOD OF STUDY END DATE |
|---|---|---|---|---|---|
| E U A K | 147 | 28 5 | PRE | S/P | P 0 8 9 1 |

CSEI X100

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 10 | 04 | 91 | 1785 x |

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | $ .XX |

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | | | 1785 x |
|---|---|---|---|---|
| Yes  No | | | | |

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 10 | 04 | 91 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

Donio
ISSUING OFFICER'S SIGNATURE

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST-SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE

NAME OF OFFICIAL
LANDONI, P.V.

TITLE
BURSAR

TELEPHONE NO.
824-4120

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE SIGNED | 27 | 05 | 91 |

SIGNATURE OF OFFICIAL    BURSAR

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
EIGHTEEN HUNDRED DOLLARS
REMIT $ NIL TO INSTITUTION SHOWN

P.V. Landoni    BURSAR
SIGNATURE OF OFFICIAL    STUDENT'S SIGNATURE

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE. W.
GUELPH, ONTARIO

STUDENT SIGNATURE

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 27 | 05 | 91 |

| | | |
|---|---|---|
| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1785 | 00 |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | 25906 | 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | 27691 | 29 |
| TRANSIT NUMBER | 09852 010 | |

CROWN COPYRIGHTS RESERVED

COPY 1 - BANK

DISTRIBUTION
COPY 1 IS RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 1 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 1 — TO BE GIVEN TO STUDENT BY BANK
COPY 1 — TO BE GIVEN TO STUDENT BY BANK
COPY 1 — TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 1 — TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C6
COPY 1 — TO BE RETAINED BY BANK

5642578

791367800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.  On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:
   (a) a Schedule 1 for a new loan or;
   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;
   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the day you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.  Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, with interest at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO** — **READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

STUDENT: # 751368800    EUAK 30271A 81

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| | ON | 497215 (1) |

**▶ LOAN AUTHORIZATION — TO BE COMPLETED BY APPROPRIATE AUTHORITY**

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN    J. |

CURRENT ADDRESS
SUSAN    J. MULLEY
240 WESTWOOD    APT. 20-C
GUELPH
ON    N1H-7W9    836-5596

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES    H SENIOR
2 CHERRY BLOSSOM LANE    APT.
VINELAND    ON    L0R-2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

NAME OF OFFICIAL    TELEPHONE NO.
Jan Donio    807-343-7260

TITLE
Director of Student Support

| DATE OF BIRTH | DAY | MONTH | YEAR |
|---|---|---|---|

MALE OR FEMALE: F    MARRIED-M SINGLE-S OTHER-O: 0

| INST. CODE | P.O.S. CODE | PR. OF STUDY PR. | PRS. | NO. OF WKS. OF STUDY | S/P | PERIOD OF STUDY END DATE MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| E U A K | 6 2 | 39 | 4 | 33 | P | 04 | 92 |

CSE X100.0

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 16 | 09 | 1 | 3465 xx |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | xx |

PREVIOUS AUTHORIZED LOANS

| TOTAL AMOUNT OF LOAN | | | 3465 xx |
|---|---|---|---|

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 16 | 09 | 1 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

**▶ CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THE INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF AUTHORIZED OFFICER    TELEPHONE NO.
LANDONI, P.V.

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 11 | 09 | 91 |

VALID ONLY FOR 30 DAYS AFTER THE DATE SIGNED BUT NOT BEYOND END OF STUDY PERIOD

P.V. Landoni per CWW
SIGNATURE OF AUTHORIZED OFFICER

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
THIRTY-FIVE HUNDRED DOLLARS
REMIT $    TO INSTITUTION SHOWN
Univ. of Guelph
$552.14

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER    STUDENT'S SIGNATURE

**▶ LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**    TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENTS" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN.

STUDENT'S SIGNATURE

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE IF ANY PREVIOUS CANADA STUDENT LOANS, AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME, ADDRESS AND TELEPHONE NO. OF LENDER
CANADIAN IMPERIAL BANK OF COMMERCE (824-0832)
23 COLLEGE AVE. W.,
GUELPH, ONTARIO
N1H 6M2

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 13 | 11 | 91 |

| CSL GUARANTEE FEE (5% OF NEW LOAN AMOUNT) (ATTACH REMITTANCE TO REQUEST) | 103.95 xx |
|---|---|
| NEW LOAN AMOUNT DISBURSED | $3465.00 xx |
| AMOUNT OF ANY BROUGHT FORWARD FROM PREVIOUS LOANS | $27691.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $31,156.29 |
| TRANSIT NUMBER | 09952 010 |

DISTRIBUTION — COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE BRANCH
COPY 4 — TO BE GIVEN TO STUDENT BY LENDER
COPY 3 — TO BE GIVEN TO STUDENT BY ISSUING AUTHORITY — TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 2 — TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH WITH REMITTANCE TO GUARANTEE FEE
P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 5C8
COPY 1 — TO BE RETAINED BY LENDER.

COPY 1 - LENDER

751368800

CROWN COPYRIGHTS RESERVED

6084503

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans go to the lender branch where they are held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the issuing authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loan Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or

   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.

   Within six months of the end of your current period of study or before your subsequent period of study

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular Scheduled repayments as well as a default will affect your credit rating.

11. A payment of a claim for loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

**IMPORTANT TO** — **READ OVERLEAF**

Department of the Secretary of State of Canada / Secrétariat d'État du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
*PLEASE TYPE OR PRINT CLEARLY*

STUDENT # 751260200

PROVINCIAL USE: EUAK 800932 C2

1

ON

SOCIAL INSURANCE NO.

REASSESSMENT

▶ LOAN AUTHORIZATION - TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT: MULLEY

GIVEN NAMES OF STUDENT: SUSAN J

CURRENT ADDRESS:
SUSAN J MULLEY
240 WESTWOOD APT. 20-C
GUELPH
ON N1H-7H9
8365596

DATE OF BIRTH — SEX F — MARRIED-M SINGLE-S OTHER-O

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES M SENIOR
2 CHERRY BLOSSOM LANE APT.
VINELAND ON L0R-2C0

RATE CODE — FOS CODE — YR OF STUDY FR PRL 39 4 — AGE OF STUDY 50 — S/P P — PERIOD OF STUDY END DATE 0892

CSE 8100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
GUELPH, ONTARIO N1G-2W1

NOT NEGOTIABLE AFTER THIS DATE

FIRST DISBURSEMENT — NOT BEFORE — DAY 30 MONTH 04 YEAR 92 AMOUNT 1785

SECOND DISBURSEMENT — NOT BEFORE

PREVIOUS AUTHORIZED LOANS

TOTAL AMOUNT OF LOAN 1785

DATE OF ISSUE OF THE CERTIFICATE — DAY 30 MONTH 04 YEAR 92

NAME AND ADDRESS OF APPROPRIATE AUTHORITY:
Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario P7B 6G9

NAME OF OFFICIAL: Jan Donio
TELEPHONE NO. 807-343-7260
TITLE: Director of Student Support

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

INSTRUCTIONS, IF ANY, TO LENDER:
LOAN NOT TO EXCEED
EIGHTEEN HUNDRED DOLLARS
REMIT $ 666.81 TO INSTITUTION SHOWN

NAME OF AUTHORIZED OFFICER: LANDONI, P.V.
TELEPHONE NO. A24-6120
TITLE: BURSAR

SIGNATURE OF AUTHORIZED OFFICER: P.V. Landoni/Bursar
22 05 92

SIGNATURE OF AUTHORIZED OFFICER / STUDENT SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER READING OVERLEAF

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

CANADA IMPERIAL BANK OF COMMERCE
23 COLLEGE AVE. W.,
GUELPH, ONTARIO
N1H 6N2

DATE OF THE TRANSACTION: DAY 27 MONTH 05 YEAR 92
OR GUARANTEED LOAN
LESS INTEREST ASSISTANCE TO SCHEDULE: 53.55
NEW LOAN AMOUNT: 1285.00
PRINCIPAL CARRIED FORWARD FROM ENROLLMENT: 31656.29
TOTAL PRINCIPAL CARRIED FORWARD: 32941.29
TRANSIT NUMBER: 03952 01

STUDENT'S SIGNATURE

COPY 1 - LENDER
CROWN COPYRIGHTS RESERVED
COPY 1-
751260200

8011999

### INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the issuing authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

### SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loan Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or

   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.

   Within six months of the end of your current period of study or before the end of your subsequent period of study.

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular Scheduled repayments as well as a default will affect your credit rating.

11. A payment of a claim for loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

**IMPORTANT — READ OVERLEAF**

Department of the Secretary of State of Canada / Secrétariat d'État du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1 — STUDENT # 751366500

**SOCIAL INSURANCE NO.** ON

### LOAN AUTHORIZATION — TO BE COMPLETED BY APPROPRIATE AUTHORITY

67-25562

**SURNAME OF STUDENT**
M U L L E Y

**GIVEN NAMES OF STUDENT**
S U S A N                    J

**CURRENT ADDRESS**
SUSAN    J MULLEY
240 WESTWOOD UNIT 20-C
GUELPH
ON    N1H-7V9
836-5596

SEX: F    MARITAL STATUS: 0

**NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)**
FRANCES    H    SENIOR
2 CHERRY BLOSSOM LANE
VINELAND    ON    L0R-2C0

CSE 1100

**NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION**
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
GUELPH, ONTARIO    N1G-2W1

FIRST DISBURSEMENT: 1 4 0 9 2   3570
TOTAL AMOUNT OF LOAN   3570

**NAME AND ADDRESS OF APPROPRIATE AUTHORITY**
Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario    P7B 6G9

DATE OF ISSUE OF THIS CERTIFICATE   1 4 0 9 2

**NAME OF OFFICIAL**    Marilyn Fejrak
**TELEPHONE NO.**    807-343-7260
**TITLE**    Director of Student Support

### CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

**NAME OF AUTHORIZED OFFICER**    LANDONI, P.V.
**TITLE**    BURSAR

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
THIRTY-SIX HUNDRED DOLLARS
REMIT $86 TO INSTITUTION SHOWN

### LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

CHANGE DATE: 13 11 92
107.10
NEW LOAN AMOUNT: 3570
TOTAL: 32 941.29
TOTAL PRINCIPAL: 136 511.29

9434521

COPY 1 - LENDER
751366500

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where it is held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. **KEEP THIS COPY SAFE FOR REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

### SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a)  a Schedule 1 for a new loan; or

   (b)  a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

   (c)  a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.

   Within six months of the end of your current period of study or before the end of your subsequent period of study

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular scheduled repayments with as a default will affect your credit rating.

11. A payment of a claim or loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

**IMPORTANT! — YOU · READ OVERLEAF**

Department of the Secretary of State of Canada / Secrétariat d'État du Canada

**CANADA STUDENT LOANS ACT**
CERTIFICATE OF ELIGIBILITY    STUDENT Q 751368303
SCHEDULE 1 (Version française disponible sur demande)
PLEASE TYPE OR PRINT CLEARLY

PROVINCIAL USE: BUAX 11    PROVINCE: ON    SOCIAL INSURANCE NO.

▶ LOAN AUTHORIZATION - TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT: MULLEY
GIVEN NAMES OF STUDENT: SUSAN J

CURRENT ADDRESS:
SUSAN MULLEY
250 WESTWOOD UNIT 2C-C
GUELPH
ON N1H7J6

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES SENIOR
6 CHERRY BLOSSOM LANE  APT. BX179
VINELAND  ON L0R2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
STUDENT FINANCIAL AWARDS
GUELPH, ONTARIO  N1G2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY:
Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

NAME OF OFFICIAL: B. James MacKay
TELEPHONE NO.: 807-343-7260
TITLE: Director of Student Support

TOTAL AMOUNT OF LOAN: 3465

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

NAME OF AUTHORIZED OFFICER: LANDSIT, P.J.
TITLE: BURSAR

LOAN NOT TO EXCEED THIRTY-FIVE HUNDRED DOLLARS
REMIT $ 0 TO INSTITUTION SHOWN

▶ LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

NEW LOAN: $3466.xx
AMOUNT IF ANY FROM PREVIOUS: $36,974.29
TOTAL PRINCIPAL CARRIED FORWARD: $39,976.29

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER:
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVE. W.
GUELPH, ON  N1G 4P7

TRANSIT NUMBER: 01962-010

COPY 1 — LENDER
SEC 4-80 (REV. 10/08)

CROWN COPYRIGHT RESERVED
9863699

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdraw.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies,

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993 and which have not been consolidated after that date, and then to any remaining loans.

**IMPORTANT - PLEASE READ OVERLEAF**

Department of the Secretary of State of Canada — Secrétariat d'État du Canada

**CANADA STUDENT LOANS ACT**
CERTIFICATE OF ELIGIBILITY
**SCHEDULE 1** (Version française disponible sur demande)
PLEASE TYPE OR PRINT CLEARLY

STUDENT # 751358800

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK C1 | 1 ON | |

▶ **LOAN AUTHORIZATION** - TO BE COMPLETED BY APPROPRIATE AUTHORITY

67-25562

SURNAME OF STUDENT: M U L L E Y I

GIVEN NAMES OF STUDENT: S U S A N

CURRENT ADDRESS:
SUSAN        MULLEY
240 WESTWOOD UNIT 20-C
GUELPH
ON      N1H7N9

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARRIED - M SINGLE - S OTHER - O | MARITAL STATUS O |
|---|---|---|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES       SENIOR
2 CHERRY BLOSSOM LANE   APT. BX175
VINELAND          ON   L0R2C0

| INST. CODE | F.O.S. CODE | YR OF STUDY PR. PRS. | NO. OF MOS OF STUDY | PERIOD OF STUDY END DATE MONTH YEAR |
|---|---|---|---|---|
| E U A K | 6 2 | 2 8 | 48 | P 0 8 9 4 |

CSE 3  100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
NATIONAL FINANCE & AWARDS
GUELPH, ONTARIO        N1G2W1

NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 1 1 | 0 4 | 9 4 | $1575.xx |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | $.xx |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY:
Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

| PREVIOUS AUTHORIZED LOANS | TOTAL AMOUNT OF LOAN | $1575.xx |
|---|---|---|
| ☐ YES  ☐ NO | DATE OF ISSUE OF THIS CERTIFICATE | DAY 1 1  MONTH 0 4  YEAR 9 4 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

NAME OF OFFICIAL: B. James MacKay
TELEPHONE NO.: 807-343-7260
TITLE: Director of Student Support

_B J MacKay_
SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

▶ **CONFIRMATION OF ENROLMENT** - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS AND REGULATIONS AT THIS INSTITUTION IN A PROGRAM OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO LENDER

LOAN NOT TO EXCEED
SIXTEEN HUNDRED DOLLARS
REMIT $773.90 TO INSTITUTION SHOWN

NAME OF AUTHORIZED OFFICER: LANDONI, P.V.
TELEPHONE NO.: 5198244120
TITLE: BURSAR

DATE 1 0 0 5 9 4
VALID ONLY FOR 30 DAYS FROM THIS DATE BUT NOT BEYOND EXPIRY DATE END DATE

_P V Landoni_
SIGNATURE OF AUTHORIZED OFFICER

_P V Landoni_
SIGNATURE OF AUTHORIZED OFFICER

_S J Mulley_
STUDENT'S SIGNATURE

▶ **LOAN APPLICATION AND AGREEMENT** - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN FOR THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENTS" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN. IN THE EVENT THAT I DEFAULT ON THE LOAN, I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR ANY EMPLOYER, TO RELEASE TO THE LENDER, HOLDING MY LOAN, OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

_S J Mulley_
STUDENT'S SIGNATURE

I HAVE ASSESSED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOAN ACT ON THE EFFECTIVE DATE SHOWN.

_Haines_
SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
**CANADIAN IMPERIAL BANK OF COMMERCE**
23 COLLEGE AVE. W.
GUELPH, ON  N1G 1R7

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 2 7 | 0 5 | 9 4 |

| NEW LOAN AMOUNT DISBURSED | $1575.xx |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $39 976.00 |
| TOTAL PRINCIPAL CARRIED FORWARD | $41 551.90 |

TRANSIT NUMBER: 09952-010

CROWN COPYRIGHTS RESERVED

COPY 1 - LENDER
COPY 6 - RETAINED BY APPROPRIATE AUTHORITY AT TIME OF ISSUE
COPY 4 - TO BE SENT BY APPROPRIATE AUTHORITY TO THE STUDENT ASSISTANCE BRANCH
COPY 5 - TO BE GIVEN TO STUDENT BY LENDER
COPY 3 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 2 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER
SEC 4-60 (REV 93/05)

FED207812

9846789

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdrew.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies,

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993 and which have not been consolidated after that date, and then to any remaining loans.

IMPORTANT TO YOU - READ OVERLEAF

Government    Gouvernement
of Canada    du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY    STUDENT # 751368800
SCHEDULE 1 (Version française disponible sur demande.)
PLEASE TYPE OR PRINT CLEARLY

| | PROVINCIAL USE | | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|---|---|
| | EUAK E1 | 1 | ON | |

▶ LOAN AUTHORIZATION - TO BE COMPLETED BY APPROPRIATE AUTHORITY    09952·010    68·25562

SURNAME OF STUDENT    GIVEN NAMES OF STUDENT

MULLEY    SUSAN

CURRENT ADDRESS

SUSAN        MULLEY
240 WESTWOOD RD        APT. UN 20C
GUELPH
ON    N1H7W9

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)

FRANCES    SENIOR
2 CHERRY BLOSSOM L
VINELAND        ON    L0R2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
FINANCE & AWARDS
GUELPH, ONTARIO    N1G2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY

Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

NAME OF OFFICIAL    TELEPHONE NO.
B. James MacKay    807-343-7260

TITLE
Director of Student Support

| | DATE OF BIRTH | MALE OR FEMALE | SEX F | MARRIED - M SINGLE - S OTHER - O | MARITAL STATUS O |
|---|---|---|---|---|---|

| INST. CODE | F.O.S. CODE | YR OF STUDY PR. | PRS. | NO. OF STUDY | SP | PERIOD OF STUDY END MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| EUAK | 612 | 2 | 2 | 33 | P | 04 | 95 |
| CSE % 100 | | | | | | | |

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|---|
| NOT BEFORE | | 02 | 09 | 94 | $5445.xx |
| SECOND DISBURSEMENT | | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | | $ .xx |
| PREVIOUS AUTHORIZED LOANS | | TOTAL AMOUNT OF LOAN | | | $5445.xx |

☐ YES  ☐ NO

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 25 | 07 | 94 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

SIGNATURE OF APPROPRIATE AUTHORITY/OFFICIAL    B J Mackay

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AND REGULATIONS AT THE INSTITUTION IN A PROGRAM OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF AUTHORIZED OFFICER    TELEPHONE NO.
LANDONI, P.V.    5198244120

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 17 | 09 | 09 |

VALID ONLY FOR 30 DAYS FROM THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF AUTHORIZED OFFICER

INSTRUCTIONS, IF ANY, TO LENDER

LOAN NOT TO EXCEED
FIFTY-FIVE HUNDRED DOLLARS
REMIT $921.20 TO INSTITUTION SHOWN

SIGNATURE OF AUTHORIZED OFFICER    STUDENT'S SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THE CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENTS" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN. IN THE EVENT THAT I DEFAULT ON THIS LOAN, I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR ANY EMPLOYER, TO RELEASE TO THE LENDER HOLDING MY LOAN, OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

STUDENT'S SIGNATURE

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS TOTAL PRINCIPAL CARRIED FORWARD TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CIBC National Student Loan Centre
Centre national de prêts étudiants CIBC
Postal Address  Adresse postale
P. O. Box 5055

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 08 | 09 | 94 |

| NEW LOAN AMOUNT DISBURSED | $5445.xx |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $41,551.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $46,996.29 |

| TRANSIT NUMBER | 03112-0110 |
|---|---|

CROWN COPYRIGHTS RESERVED

COPY 1 - RETURN TO APPROPRIATE AUTHORITY AT END OF PANEL 7B 4P3
COPY 5 - TO BE SENT BY APPROPRIATE AUTHORITY TO STUDENT ASSISTANCE BRANCH
COPY 4 - TO BE GIVEN TO STUDENT BY LENDER
COPY 3 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 2 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER

COPY 1 - LENDER

SDE 0001 (05/94) E

Canada    0283999

000284395    FED037199

# INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your specified educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the specified educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY IN A SAFE PLACE FOR FUTURE REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your specified educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdraw.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or specified educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

# SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your specified educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your specified educational institution or lender) if you have not applied for a new loan for your continued studies,

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any specified educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the specified educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993, and which have not been consolidated after that date, and then to any remaining loans.

**DOCUMENT UNCLEAR**
**DOCUMENT NON LISIBLE**

Government  Gouvernement
of Canada  du Canada

IMPORTANT TO . . . READ OVERLEAF

| | | PROVINCIAL USE | | PROVINCE | SOCIAL INSURANCE NO |
|---|---|---|---|---|---|
| CANADA STUDENT LOAN CERTIFICATE OF ELIGIBILITY SCHEDULE 1 (Year) PLEASE TYPE OR PRINT | STUDENT # 751366R00 | EUAK 01 | 11 | ON | |

▶ LOAN AUTHORIZATION

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

CURRENT ADDRESS

SUSAN    MULLEY
240 WESTWOOD RD    APT. UN 20C
GUELPH
UN    N1H7N9

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES    SENIOR
2 CHERRY BLOSSOM L
VINELAND    ON   L0R2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
STUDENT FINANCE & AWARDS
GUELPH, ONTARIO    N1G2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| B. James MacKay | 807-343-7260 |

TITLE
Director of Student Support

| | DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | | F | | MARRIED-M SINGLE-S OTHER-O  0 |

| INST. CODE | FOS CODE | YR OF STUDY | NO OF WKS OF STUDY | PERIOD OF STUDY |
|---|---|---|---|---|
| E U A K | 6 2 | 2 - 2 | 48 | P 0 8 9 5 |
| CSE X 100 | | | | |

NOT NEGOTIABLE AFTER THIS DATE:

| FIRST DISBURSEMENT | DATE | DAY | MONTH | YEAR | $ |
|---|---|---|---|---|---|
| NOT BEFORE : | | 1 9 | 04 | 95 | 2475 .XX |

| SECOND DISBURSEMENT | DATE | DAY | MONTH | YEAR | $ |
|---|---|---|---|---|---|
| NOT BEFORE : | | | | | .XX |

| PREVIOUS AUTHORIZED LOANS | TOTAL AMOUNT OF LOAN | $ 2475 .XX |
|---|---|---|
| ☐ YES  ☐ NO | DATE OF ISSUE OF THIS CERTIFICATE  19 04 95 | |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

SIGNATURE OF APPROPRIATE AUTHORITY/OFFICIAL
B.J MacKay

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AND REGULATIONS AT THIS INSTITUTION IN A PROGRAM OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

| NAME OF AUTHORIZED OFFICER | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 5190244120 |

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
TWENTY-FIVE HUNDRED DOLLARS
REMIT $ 0    TO INSTITUTION SHOWN

TITLE
ASSISTANT REGISTRAR

| | DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|---|
| | | 09 | 05 | 95 |

SIGNATURE OF AUTHORIZED OFFICER

VALID ONLY IF 30 DAYS FROM THIS DATE BUT NOT BEYOND END DATE OF STUDY
END DATE

SIGNATURE OF AUTHORIZED OFFICER
P V Landoni

STUDENT'S SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND INSTRUCTIONS TO STUDENT OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN IN THE EVENT THAT I DEFAULT ON THIS LOAN. I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR ANY EMPLOYER, TO RELEASE TO THE LENDER HOLDING MY LOAN OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS TOTAL PRINCIPAL CARRIED FORWARD TRULY REPRESENTS THE STUDENTS TOTAL INDEBTEDNESS UNDER PREVIOUS CANADA STUDENT LOANS NOT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER
R. Hodge

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CIBC National Student Centre
Centre national CIBC pour étudiants
Postal Address  Adresse postale
Box 5065

| EFFECTIVE DATE OF THIS TRANSACTION | DAY | MONTH | YEAR |
|---|---|---|---|
| | 12 | 05 | 95 |

| NEW LOAN AMOUNT DISBURSED | $2475 .XX |
|---|---|
| AMOUNT IF ANY STUDENT FORWARD FROM PREVIOUS LOANS | $46,996.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $49,471.29 |

| TRANSIT NUMBER | 03112010 |
|---|---|

STUDENT'S SIGNATURE
Susan J. Mulley

COPY 1 - LENDER

COPY 1 - RETAINED BY APPROPRIATE AUTHORITY AT THE TIME OF ISSUE
COPY 1 - TO BE SENT BY APPROPRIATE AUTHORITY TO THE STUDENT WITH SCHEDULE 2
COPY 1 - TO BE GIVEN TO STUDENT BY LENDER
COPY 1 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 1 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER

90F 0001 (05/84) E

CROWN COPYRIGHTS RESERVED

Canada    0250707

000284395    FED251955

**IMPORTANT** ... **DU - READ OVERLEAF**

Human Resources
Development Canada

**DOCUMENT UNCLEAR**
**DOCUMENT NON LISIBLE**

CANADA STUDENT LOANS PROGRAM
SCHEDULE 1
(Version française disponible sur ...)
TYPE OR PRINT CLEARLY

| | FICIAL USE | | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|---|---|
| | R1 | 1 2 | ON | |

**CERTIFICATE OF ELIGIBILITY**

SURNAME OF STUDENT: M U L L E Y
GIVEN NAMES OF STUDENT: S U S A N

CURRENT ADDRESS:
SUSAN       MULLEY
240 WESTWOOD RD
GUELPH
ON   N1H7W3

| DATE OF BIRTH | | | MALE F / FEMALE | MARRIED - M / SINGLE - S / OTHER - O |
|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES      SENIOR
2 CHERRY BLOSSOM      APT. BOX175
VINELAND        ON   L0R2C0

| INST CODE | POS CODE | PR OF STUDIES | | SP | PERIOD OF STUDIES END DATE |
|---|---|---|---|---|---|
| S U A K | 4 7 | | 3 3 | P | 0 4 9 6 |
| CSE 4 | 150 | | | | |

NAME AND ADDRESS OF APPROPRIATE EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
ADMINISTRATIVE FINANCE & AWARDS
GUELPH, ONTARIO      N1G2W1

FIRST DISBURSEMENT

| NOT BEFORE | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| | 0 3 | 0 9 | 9 5 | $ 5445 xx |

SECOND DISBURSEMENT

| NOT BEFORE | DAY | MONTH | YEAR | $ .x |
|---|---|---|---|---|

NAME AND ADDRESS OF APPROPRIATE AUTHORITY:
Ministry of Education and Training
Student Affairs
P.O. Box 4500
Thunder Bay, ON P7B 6G9

TOTAL AMOUNT OF LOAN  $ 5445 .xx

| ☐ YES ☐ NO | DATE OF ISSUE OF THIS CERTIFICATE | DAY 2 6 | MONTH 0 7 | YEAR 9 5 |
|---|---|---|---|---|

NAME OF OFFICER: B. James MacKay
TELEPHONE NO.: 807-343-7280

TITLE: Director, Student Affairs

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

**CONFIRMATION OF ENROLMENT** - TO BE COMPLETED BY DESIGNATED EDUCATIONAL INSTITUTION

This is to confirm that the above named is enrolled as a full-time student as required by the CSFAA & CSFAR in respect of CSFALs and CSLA & CSLR in respect of CSLs at the institution shown above in a program of studies ending in the month indicated above.

NAME OF AUTHORIZED OFFICER: LANDONI, P.V.
TELEPHONE NO.: 5198244120

TITLE: ASSISTANT REGISTRAR

| | DAY 0 | MONTH 5 0 9 | YEAR 9 5 |
|---|---|---|---|

PERIOD OF STUDIES

| Commencement Date |
|---|
| MONTH | YEAR |

LOAN NOT TO EXCEED
FIFTY-FIVE HUNDRED DOLLARS
REMIT $5282 TO INSTITUTION SHOWN

SIGNATURE OF AUTHORIZED OFFICER      STUDENT'S SIGNATURE

**CONSENT AND CERTIFICATION** - TO BE COMPLETED BY STUDENT

**LENDER'S SUMMARY**

| EFFECTIVE DATE OF TRANSACTION | DAY 1 4 | MONTH 0 9 | YEAR 9 5 |
|---|---|---|---|

NEW LOAN AMOUNT DISBURSED  $ 5445 xx

AMOUNT, IF ANY, INCLUDE REPAID FROM PREVIOUS LOANS  $49471.29

TOTAL CAPITALIZED  $54916.29

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER:
CIBC NATIONAL STUDENT
3 ROBERT SPECK PARKW
MISSISSAUGA ONT
L4Z 1N8
010 03113

TRANSIT NUMBER  93113-010

**Canada** 1200361

COPY 1 - RETAINED BY APPROPRIATE AUTHORITY AT TIME OF ISSUE
COPY 4 - TO BE SENT BY APPROPRIATE AUTHORITY TO THE EDUCATION SUPPORT/STUDENT ASSISTANCE BRANCH
COPY 5 - TO BE SENT BY LENDER TO STUDENT BY LENDER
COPY 6 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 7 - TO BE SENT BY LENDER TO THE EDUCATION SUPPORT/STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER

S04 0081 (06-95) E ON

# STUDENT LOAN CONSOLIDATION AGREEMENT
## CANADA STUDENT LOANS PROGRAM

**CIBC**
IC National Student Centre
800-563-2422

Postal Address
P.O. Box 8055
Burlington, ON
L7R 4P3

LN#1-286735

### CUSTOMER/BORROWER INFORMATION

Mr, Mrs, Ms, Mc | Legal First Name | Legal Middle Name | Legal Last Name | S.I.N. | Date of Birth

Susan | Mulley | 458 749 443 | 07 08 1957

Present Address (Street number, Street, Line/Concession) | Apt number | Town/City Province | Postal Code | Home telephone number | Work telephone number

20 C - 240 Westwood Road  Guelph On  N1H 7W9

I, AGREE to pay CIBC the OUTSTANDING LOAN BALANCE (line 4) with interest calculated monthly on the daily balance of my loan. I will pay CIBC interest at a rate equal to:

**Floating Rate**  The Prime Rate plus 2.5 % per year. (The interest rate as of today's date is disclosed in line 5.) The rate of interest on my loan will change when the Prime Rate changes.

**Fixed Rate**  ___ % per year (line 5.) This rate is fixed for the entire amortization period of my loan.

| | | |
|---|---|---|
| Principal Balance of all loans granted prior to August 1, 1993 | $ 36511.29 | 1 |
| Principal Balance of all loans granted on/after August 1, 1993 | $ 26490.00 | 2 |
| Interest accrued and unpaid during the 6 month grace period for loans on line 2 | $ 846.44 | 3 |
| Outstanding Loan Balance (lines 1+2+3) | $63847.73 | 4 |
| Annual Percentage Rate at time of consolidation | 6.75 % | 5 |
| Amortization Period | 174 months | 6 |
| Amount of each Monthly Payment | $ 576.30 | 7 |
| Date of First Payment | 11-30-04 | 8 |
| Maturity Date at time of consolidation | 4-30-19 | 9 |

I will make monthly payments, beginning on the Date of First Payment (line 8), and continuing on the same day each month until the Maturity Date (line 9), when I will ALSO pay the remaining balance, if any. I certify that I have read and understood the Additional Terms and Conditions on the reverse of this form, which form a part of this Agreement, and I agree to comply with them.

(Quebec only) I declare that I have required that this Agreement be drawn up in the English language. / (Québec seulement) Je déclare avoir exigé que ce contrat soit rédigé en langue anglaise.

DOCUMENT UNCLEAR
DOCUMENT NON LISIBLE

### PRE-AUTHORIZED PAYMENT

I authorize the Canadian Imperial Bank of Commerce to debit (charge) my regular loan payments to my Bank Account as follows:

Name of Financial Institution | Branch Address

Transit number and bank identification | | | | Account number | | | | |

Transit Number | Bank ID | (Refer to the bottom of your Personal Cheque)

Signature(s) of Account holder(s):  My personal cheque marked VOID as attached.

CIBC may disclose to and obtain from consumer credit grantors, credit bureau or credit reporting agencies all particulars and information relevant to my Student Loans. If I am in default, for the purposes of locating me, CIBC may obtain information from my employer (past or present). CIBC may exchange information obtained from any source with any of: the appropriate authority, my educational institution and the federal government, but solely for the purposes of the administration or enforcement of the Old Act and/or the New Act.

Disclosure is made to the borrower by CANADIAN IMPERIAL BANK OF COMMERCE, per CIBC National Student Centre.

Signature of CIBC Representative X _____

I have received a copy of this statement with all of the applicable blanks filled.

Signed at _____ this _____ day of _____ 199___

Borrower X _____

**SEE REVERSE FOR ADDITIONAL TERMS AND CONDITIONS**

**Prepayment.** I may prepay at any time, without penalty, all or any part of my Outstanding Loan Balance.

**Application Of Payments.** CIBC will apply all loan payments first against outstanding interest and against outstanding principal.

**Outstanding Loan Balance due.** My Outstanding Loan Balance will become due and payable on the earliest of:

(a) the day after the date as of which I have failed to pay any regularly scheduled installment for two consecutive months;

(b) The Date of Insolvency; and

(c) if CIBC has contacted me following my failure to pay an installment, and has confirmed that I have not returned to full time studies, and if I have demonstrably and unequivocally refused to pay my Student Loans, the day after the date of that refusal.

1. **Interest Relief.** If I am granted a special interest-free period ("Interest relief") under the New Act, the amortization period of my loan is extended by the length of the interest relief period.

5. **Return To Full Time Studies.** If at any time after the date of this Agreement I again become a full-time student (as defined in the New Act) and advise CIBC in the proper manner, CIBC will suspend my obligation to pay principal and interest as provided under the New Act. (I will sign a promissory note for outstanding interest, if any, up to date of my return to full time studies.)

6. **Old Act loans.** If my Student Loans include loans made under the Old Act, I irrevocably agree that any payments I make on my Student Loans (including any prepayments) will be applied pro rata between loans made under the New Act and those made under the Old Act.

7. **Miscellaneous.** (a) I acknowledge that my Student Loans were made for the purpose of providing "necessaries" for my education and maintenance. (b) I acknowledge that I have disclosed to CIBC all the particulars and information relating to my Student Loans. (c) I acknowledge that CIBC's records (and, if I have previously received Student Loans from any other lender, the records of that lender) will be conclusive evidence as to all Student Loan amounts advanced to me. (d) Interest under this Agreement is payable before and after default, acceleration and judgment. (e) I will notify CIBC promptly of any change in my name or address. (f) The Regulations made under the New Act may affect my rights and obligations under this Agreement. Those Regulations may be changed from time to time by the federal government.

8. **Pre-Authorized Payment.** If the account identified on the front of this form is a joint account which requires more that one signature to authorize withdrawals, I warrant that all account holders have signed on the front of this form.

   If I wish to cancel the Pre-Authorized Payment authorization, I must give CIBC prior written notice. This notice must be mailed to CIBC's National Student Centre, 2 Robert Speck Parkway, Mississauga Ontario  L4Z 1H8 in sufficient time so that it will be received at least 10 days before the next payment date. My loan obligations will not be cancelled or reduced if I revoke this authorization.

   If my account is with a financial institution other than CIBC, that other institution has no duty to determine whether the payments it debits to my account comply with my authorization.

   I will notify CIBC's National Student Centre promptly of change in my account information.

9. **Definitions.** In this Agreement the following words have the following meanings:

"CIBC" means Canadian Imperial Bank of Commerce.

(a) "Date of Insolvency" means the earliest of the day that
   (i) I attain the status of a bankrupt, (ii) I file a proposal, or a notice of intention to file a proposal, in bankruptcy, (iii) I file a consumer proposal; and (iv) I file an application for a consolidation order or any other document seeking relief under the applicable provincial law relating to the orderly payment of debts that has not been withdrawn.

(b) "New Act" means the Canada Student Financial Assistance Act, and the Regulations made under that Act, as they are each changed from time to time.

(d) "Old Act" means the Canada Student Loans Act and the Regulations made under that Act, as they are each changed from time to time.

(e) "Outstanding Loan Balance" means the principal amount of my Student Loans outstanding at any time, together with all interest (owing and accrued) on that amount.

(f) "Prime Rate" means the variable reference rate of interest per year declared by CIBC from time to time to be its prime rate for Canadian dollar loans made by CIBC in Canada. (This is the rate that CIBC uses to determine floating rate Canadian dollar demand consumer and commercial loans.)

(g) "Student Loan" means any loan made to me under either or both of the Old Act and the New Act.

C

# ONTARIO SUPERIOR COURT OF JUSTICE

BETWEEN:



### THE ATTORNEY GENERAL OF CANADA, ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA, AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE,

Plaintiff,

- and -

### SUSAN J. MULLEY aka SUSAN J. LEDINGHAM

Defendant

## JUDGMENT

ON READING THE Statement of Claim in this action and the proof of service of the statement of claim on the defendant filed, and the defendant having been noted in default,

1.       IT IS ORDERED AND ADJUDGED that the defendant, SUSAN J. MULLEY aka SUSAN J. LEDINGHAM, pay to the plaintiff the sum of $62,577.89 and the sum of $ 1,411.00 for the costs of this action as assessed by the court.

This judgment bears interest at the contractual rate of prime plus 2.5% per cent per year from its date.

Date: January 23, 2008

Signed by _____
Local registrar

ENTERED AT GUELPH

in Book No 1

as Document No 107

on January 23/08

by TP

Address of court office:
74 Woolwich Street,
GUELPH, Ontario. N1H 3T9.

ATTORNEY GENERAL OF CANADA

and

MULLEY AKA LEDINGHAM

Court file no. 880/07 SR

SUPERIOR COURT OF JUSTICE
Proceeding commenced at GUELPH

JUDGMENT

Name, address and telephone
number of solicitor or party

**DIANE KENNEDY SQUIRES,**
**Smith-VALERIOTE LAW FIRM.** (LS# 28496H)
Barristers and Solicitors.)
100-105 Silvercreek Parkway North,
P.O. Box 1240,
GUELPH, Ontario.
N1H 6N6.
(519) 837-2100
Solicitors for the Plaintiff.

JUD-100

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>H. Michael Soroy, Esq. (SBN 153 944)<br>Colin Northcutt, Esq. (SBN 251 073)<br>LAW OFFICES OF H. MICHAEL SOROY<br>11766 Wilshire Boulevard, Suite 460<br>Los Angeles, California 90025<br>TELEPHONE NO. (310) 444-7750    FAX NO. *(Optional)* (310) 312-1034<br>E-MAIL ADDRESS *(Optional)*: office@soroylaw.com<br>ATTORNEY FOR *(Name):* Attorney General of Canada | FOR COURT USE ONLY<br><br>ORIGINAL FILED<br><br>SEP 2 2010<br><br>LOS ANGELES<br>SUPERIOR COURT |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS 111 North Hill Street
MAILING ADDRESS 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME Central District - Stanley Mosk Courthouse

PLAINTIFF: THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA
DEFENDANT: SUSAN J. MULLEY, also known as SUSAN J. LEDINGHAM

| JUDGMENT | | | CASE NUMBER |
|---|---|---|---|
| ___ By Clerk    X_ By Default    ___ After Court Trial<br>X_ By Court    ___ On Stipulation    ___ Defendant Did Not Appear at Trial | | | BC 432 993 |

## JUDGMENT

1.  **X** **BY DEFAULT**
    a.  Defendant was properly served with a copy of the summons and complaint.
    b.  Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
    c.  Defendant's default was entered by the clerk upon plaintiff's application.
    d.  ____ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
    e.  **X** **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
        (1)  ____ plaintiff's testimony and other evidence.
        (2)  **X** plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2.  ____ **ON STIPULATION**
    a.  Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
    b.  ____ the signed written stipulation was filed in the case.
    c.  ____ the stipulation was stated in open court    ____ the stipulation was stated on the record.

3.  ____ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
    a.  The case was tried on *(date and time):*
        before *(name of judicial officer):*
    b.  Appearances by:

    ____ Plaintiff *(name each):*                    ____ Plaintiff's attorney *(name each):*
        (1)                                              (1)

        (2)                                              (2)

    ____ Continued on Attachment 3b.

    ____ Defendant *(name each):*                    ____ Defendant 's attorney *(name each):*
        (1)                                              (1)

        (2)                                              (2)

    ____ Continued on Attachment 3b.

    c.  ____ Defendant did not appear at trial. Defendant was properly served with notice of trial.

    d.  ____ A statement of decision (Code Civ. Proc., § 632)    ____ was not    ____ was    requested.

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]    **JUDGMENT**    Legal Solutions Plus    Code of Civil Procedure, §§ 585, 664.6

PLAINTIFF: THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER
MAJESTY THE QUEEN IN RIGHT OF CANADA

DEFENDANT: SUSAN J. MULLEY, also known as SUSAN J. LEDINGHAM

| CASE NUMBER: |
| --- |
| BC 432 993 |

JUDGMENT IS ENTERED AS FOLLOWS BY:   [ X ] THE COURT   [ ___ ] THE CLERK

4. [ ___ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [ X ] for plaintiff (name each): THE ATTORNEY GENERAL OF
      CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN
      RIGHT OF CANADA
      and against defendant (names):  SUSAN J.
      MULLEY, also known as SUSAN J.
      LEDINGHAM
      [ ___ ] Continued on Attachment 5a.

   b. [ ___ ] for defendant (name each):

   c. [ ___ ] for cross-complainant (name each):

      and against cross-defendant (name each):

      [ ___ ] Continued on Attachment 5c.

   d. [ ___ ] for cross-defendant (name each):

6. **Amount.**
   a. [ X ] Defendant named in item 5a above must
      pay plaintiff on the complaint:

| | | |
| --- | --- | --- |
| (1) [ X ] | Damages | $ 62,233.89 |
| (2) [ X ] | Prejudgment interest at the annual rate of  prime +2.5% | $ 9,051.43 |
| (3) [ ___ ] | Attorney fees | $ |
| (4) [ X ] | Costs | $    544.84 |
| (5) [ ___ ] | Other (specify): | $ |
| (6) | TOTAL | $ 71,830.16 |

   c. [ ___ ] Cross-defendant named in item 5c above must pay
      cross-complainant on the cross-complaint:

| | | |
| --- | --- | --- |
| (1) [ ___ ] | Damages | $ |
| (2) [ ___ ] | Prejudgment interest at the annual rate of        % | $ |
| (3) [ ___ ] | Attorney fees | $ |
| (4) [ ___ ] | Costs | $ |
| (5) [ ___ ] | Other (specify): | $ |
| (6) | TOTAL | $ |

   b. [ ___ ] Plaintiff to receive nothing from defendant
      named in item 5b.
      [ ___ ] Defendant named in item 5b to recover
      costs $
      [ ___ ] and attorney fees $

   d. [ ___ ] Cross-complainant to receive nothing from
      cross-defendant named in item 5d.
      [ ___ ] Cross-defendant named in item 5d to recover
      costs $
      [ ___ ] and attorney fees $

7. [ ___ ] Other (specify):

Date: SEP - 2 2010

_____
Mol Red Recana          JUDICIAL OFFICER

Date: _____   [ ___ ] Clerk, by _____, Deputy

**CLERK'S CERTIFICATE** (Optional)

(SEAL)

I certify that this is a true copy of the original judgment on file in the court.

Date: _____

Clerk, by _____, Deputy

Page 2 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd. #270
Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*):  COMPLAINT FOR: NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. 523(a)(8); ADVERSARY PROCEEDING COVER SHEET

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) __08/14/2015___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Attorney for Debtor:
David S. Hagen
16830 Ventura Blvd., Suite 500
Encino, CA 91436-1795

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __08/14/2015___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/14/2015 | Kristin Ingulsrud | *(signature)* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## Service List Continued
### In re: Susan J. Mulley

## Served by United States Mail:

*Trustee:*
Brad Krasnoff
1900 Avenue of the Stars Floor 11
Los Angeles, CA 90067

*Creditors:*
American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Bancorpsouth
PO Box 3370
Tupelo, MS 38803

Calvary Portfolio Services
Attention: Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Sears/Citibank
PO Box 6189
Sioux Falls, SD 57117

Shell Oil / Citibank
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

Chase BP Prvt Label
PO Box 15298
Wilmington, DE 19850

*Creditors:*
Legal Recovery Law Offices, Inc.
Attn: Andrew P Rundquist
5030 Camino De La Siesta #340
San Diego, CA 92108

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Professional Collection
c/o Clark Garen
6700 S. Centinela Ave, 3rd Floor
Culver City, CA 90230

2007 USBC, Central District of California

FORM B104  (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

RECEIVED

AUG 14 2015

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| PLAINTIFFS<br>The Attorney General of Canada on Behalf of Her Majesty the Queen in Right of Canada | DEFENDANTS<br>Susan J. Mulley |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Law Offices of H. Michael Soroy<br>11766 Wilshire Blvd. #270<br>Los Angeles, CA 90025 | ATTORNEYS (If Known)<br>David S. Hagen<br>16830 Ventura Blvd. Suite 500<br>Encino, CA 91436 |
| PARTY (Check One Box Only)<br>☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☑ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Nondischargeability of student loans pursuant to 11 U.S.C. section 523(a)(8)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property

☐ 12-Recovery of money/property - §547 preference

☐ 13-Recovery of money/property - §548 fraudulent transfer

☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**

☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**

☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims

☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud

☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support

☐ 68-Dischargeability - §523(a)(6), willful and malicious injury

☒ 63-Dischargeability - §523(a)(8), student loan

☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)

☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**

☐ 71-Injunctive relief – imposition of stay

☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**

☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**

☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**

☐ 01-Determination of removed claim or cause

**Other**

☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.

☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 59,051.49 |

Other Relief Sought
attorney's fees

FORM B104 (08/07), page 2                                                                    2007 USBC, Central District of California

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| Susan J. Mulley | 2:15-bk17484-RK |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| Central | Los Angeles | Kwan |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|
| |

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| 8/14/15 | Kristin Ingulsrud |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.