H. Michael Soroy, Esq. (SBN 153 944)
Peter C. Ver Halen, Esq. (SBN 041 609)
Kristin A. Ingulsrud, Esq. (SBN 294532)
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 270
Los Angeles, California 90025-6547
Telephone: (310) 444-7750
Facsimile: (310) 312-1034
Email:    office@soroylaw.com

FILED
AUG 27 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Attorneys for
THE ATTORNEY GENERAL OF CANADA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

2:15-ap-01446-RK

In re:

SUSAN J. MULLEY,

               Debtor.

THE ATTORNEY GENERAL OF CANADA
ON BEHALF OF HER MAJESTY THE
QUEEN IN RIGHT OF CANADA AS
REPRESENTED BY THE MINISTER OF
NATIONAL REVENUE, a Canadian
governmental entity,

               Plaintiff,

v.

SUSAN J. MULLEY,

               Defendant.

Case No. 2:15-bk-17484-RK
Chapter 7

NOTICE OF FILING OF PROOF OF SERVICE

STATUS CONFERENCE:

DATE:    October 20, 2015
TIME:    1:30 p.m.
PLACE:   Courtroom 1675
         Roybal Federal Building
         255 East Temple Street
         Los Angeles, CA 90012

THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE

QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL

- 1 -
NOTICE

ORIGINAL

- 2 -

REVENUE HEREBY GIVES NOTICE that Defendant/Debtor SUSAN J. MULLEY was served with 1) this Court's Order Setting Initial Status Conference in Adversary Proceeding; 2) Summons and Complaint; and, 3) Notice of Required Compliance with Local Bankruptcy Rule 7026—1.

Said documents were served on August 24, 2015 by U.S. mail.  Proofs of service are attached hereto as Exhibit A.

DATED:  August 26, 2015        LAW OFFICES OF H. MICHAEL SOROY


BY: _____
    H. Michael Soroy, Esq.
    Kristin A. Ingulsrud, Esq.
    Attorneys for Plaintiff

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd. #270
Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF REQUIRED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1; ORDER SETTING INITIAL STATUS CONFERENCE IN ADVERSARY PROCEEDING; COMPLAINT FOR NONDISCHARGEABILITY OF DEBT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __08/24/2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Law Offices of David S. Hagen
16830 Ventura Blvd., Suite 500
Encino, CA 91436-1795

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/24/2015 | Kristin Ingulsrud | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         **F 9013-3.1.PROOF.SERVICE**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kristin A Ingulsrud<br>Law Offices of H Michael Soroy<br>11766 Wilshire Blvd #270<br>Los Angeles, CA 90025<br><br>310-444-7750<br><br><br><br>Plaintiff or Attorney for Plaintiff | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES** ||
| In re:<br><br>Susan J Mulley<br><br><br>Debtor(s). | CASE NO.: 2:15-bk-17484-RK<br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:15-ap-01446-RK |
| The Attorney General Of Canada On Behalf Of Her Majesty The Queen In Right Of Canada As Represented By The Minister Of National Revenue, A Canadiangovernmental entity<br><br>Plaintiff(s)<br>Versus<br>Susan J Mulley<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is <u>09/16/2015.</u> If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

    Date:              October 20, 2015
    Time:            01:30 PM
    Hearing Judge:  Robert N. Kwan
    Location:       255 E Temple St., Crtrm 1675, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>August 17, 2015</u>

By: <u>"s/" Mary Bakchellian</u>

Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                             Page 2                              F 7004-1.SUMMONS.ADV.PROC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _8-24-2015_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Law Offices of David S. Hagen
16430 Ventura Blvd. Suite 500
Encino, CA 91436

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_8-24-2015_   _____   _/s/ signature_
Date         Printed Name        Signature

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                     **F 7004-1.SUMMONS.ADV.PROC**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd. #270
Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF FILING OF PROOF OF SERVICE</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>08/26/2015</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Law Offices of David S. Hagen
16830 Ventura Blvd., Suite 500
Encino, CA 91436-1795

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>08/26/2015</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

JUDGE ROBERT KWAN
255 E. Temple Street SUITE 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/26/2015 | Kristin Ingulsrud | /s/ (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**