| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| H. Michael Soroy, Esq. (SBN 153944)<br>Kristin A. Ingulsrud, Esq. (SBN 294532)<br>Law Offices of H. Michael Soroy<br>11766 Wilshire Blvd. Suite 270<br>Los Angeles, CA 90025<br><br>Phone: 310-444-7750<br>Fax: 310-312-1034<br>Email: office@soroylaw.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: The Attorney General of Canada | FILED<br>OCT 06 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SUSAN J. MULLEY<br><br>Debtor(s). | CASE NO.: 2:15-bk-17484-RK<br><br>ADVERSARY CASE NO.: 2:15-ap-01446-RK<br><br>CHAPTER: 7 |
|---|---|
| THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity<br>Plaintiff(s).<br>vs.<br>SUSAN J. MULLEY<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>DATE: 10/20/2015<br>TIME: 1:30 pm<br>COURTROOM: 1675<br>PLACE: Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: Robert N. Kwan

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

1. Have all parties been served? ☒ Yes ☐ No
2. Have all parties filed and served answers to the complaint/counter-complaints/etc.? ☒ Yes ☐ No
3. Have all motions addressed to the pleadings been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below (or on attached page):

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   Plaintiff                                              Defendant

   02/01/2016                                             02/01/2016

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   Plaintiff                                              Defendant
   Filing Motion for Summary Judgment                     Issue may be resolved by summary judgment as there are no disputes as to basic facts.

3. When do you expect to complete your discovery efforts?

   Plaintiff                                              Defendant
   complete                                               None contemplated

4. What additional discovery do you require to prepare for trial?

   Plaintiff                                              Defendant
   none                                                   None

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   Plaintiff                                              Defendant
   half day                                               Unknown but not more than 1/2 day

2. How many witnesses do you intend to call at trial (including opposing parties)?

   Plaintiff                                              Defendant
   3                                                      1

3. How many exhibits do you anticipate using at trial?

   Plaintiff                                              Defendant
   30                                                     Unknown

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 2                          F 7016-1.STATUS.REPORT

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 01/05/2016 | (date) 01/05/2016 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   no efforts to settle made

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☒ Yes  ☐ No |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                       Page 3                          F 7016-1.STATUS.REPORT

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 10/05/2015

Law Offices of H. Michael Soroy
Printed name of law firm

_____
Signature

Kristin Ingulsrud
Printed name

Attorney for: Attorney General of Canada

Date: 10/02/2015

Law Offices of David S Hagen
Printed name of law firm

_____
Signature

David S. Hagen
Printed name

Attorney for: Defendant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 4                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd. #270
Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): JOINT STATUS REPORT LBR 7016-1(a)(2)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/05/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Law Offices of David S. Hagen
16830 Ventura Blvd., Suite 500
Encino, CA 91436-1795

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/06/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE ROBERT KWAN
255 E. Temple Street SUITE 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/05/2015 | Kristin Ingulsrud | _signature_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               F 9013-3.1.PROOF.SERVICE