H. Michael Soroy, Esq. (SBN 153 944)
Kristin A. Ingulsrud, Esq. (SBN 294 532)
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 270
Los Angeles, California 90025-6537
Telephone: (310) 444-7750
Facsimile: (310) 312-1034
E-mail: office@soroylaw.com

Attorneys for Plaintiff,
THE ATTORNEY GENERAL OF CANADA



FILED
DEC 14 2015
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SUSAN J. MULLEY,<br><br>Debtor.<br><br>THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN J. MULLEY,<br><br>Defendant. | Case No.: 2:15-bk-17484-RK<br>Chapter 7<br><br>Adv. Case No.: 2:15-ap-01446-RK<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ATTORNEY GENERAL OF CANADA'S MOTION FOR SUMMARY JUDGMENT**<br><br>[NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; STATEMENT OF UNDISPUTED FACTS FILED CONCURRENTLY HEREWITH; [PROPOSED] ORDER FOR ENTRY OF SUMMARY JUDGMENT LODGED CONCURRENTLY HEREWITH]<br><br>Date:         January 26, 2016<br>Time:        3:00 p.m.<br>Court:       1675<br>Judge:       Hon. Robert Kwan |

Plaintiff ATTORNEY GENERAL OF CANADA hereby requests that this Court take judicial notice of the following facts and documents pursuant to *Federal Rules of Evidence* §201:

1

REQUEST FOR JUDICIAL NOTICE

1.     Plaintiff's civil action for Registration and For Entry of Judgment Based on a Foreign Judgment; filed in the Superior Court of California, County of Los Angeles, case number BC432993 and all documents filed therein. The documents referenced in the concurrently-filed Statement of Disputed Facts are attached thereto as Exhibits.

2.     Schedule F filed by Debtor in the underlying bankruptcy case, no. 2:15-bk-17484-RK, which seeks the discharge of a Canadian student loan obligation incurred in the amount of $73,449.98.

DATED: December 14, 2015        LAW OFFICES OF H. MICHAEL SOROY

By: _____
H. Michael Soroy, Esq.
Kristin A. Ingulsrud, Esq.
Attorneys for Plaintiff
ATTORNEY GENERAL OF CANADA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd. #270
Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST FOR JUDICIAL NOTICE; STATEMENT OF UNDISPUTED FACTS; PROPOSED ORDER

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __12/14/2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Law Offices of David S. Hagen
16830 Ventura Blvd., Suite 500
Encino, CA 91436-1795

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __12/14/2015__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE ROBERT KWAN
255 E. Temple Street
SUITE 1682, Courtroom 1675
Los Angeles, CA 90012

Brad D. Krasnoff, Trustee
jmcdaniel@dgdk.com; bkrasnoff@ecf.epiqsystems.com

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/14/2015 | Kristin Ingulsrud | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE