H. Michael Soroy, Esq. (SBN 153 944)
Kristin A. Ingulsrud, Esq. (SBN 294 532)
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 270
Los Angeles, California 90025-6537
Telephone: (310) 444-7750
Facsimile: (310) 312-1034
E-mail: office@soroylaw.com

Attorneys for Plaintiff,
THE ATTORNEY GENERAL OF CANADA

FILED

DEC 14 2015

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                          Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SUSAN J. MULLEY,<br><br>Debtor.<br><br>THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN J. MULLEY,<br><br>Defendant. | Case No.: 2:15-bk-17484-RK<br>Chapter 7<br><br>Adv. Case No.: 2:15-ap-01446-RK<br><br>**STATEMENT OF UNDISPUTED FACTS**<br><br>[NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY HEREWITH; [PROPOSED] ORDER FOR ENTRY OF SUMMARY JUDGMENT LODGED CONCURRENTLY HEREWITH]<br><br>Date:         January 26, 2016<br>Time:         3:00 p.m.<br>Court:         1675<br>Judge:         Hon. Robert Kwan |

Plaintiff ATTORNEY GENERAL OF CANADA ("Plaintiff", "Her Majesty", or "the Crown") submits the following Statement of Undisputed Material Facts pursuant to *Code of Civil Procedure* §437(b)1:

1

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1. The underlying Complaint concerns Canada Guaranteed student loans made pursuant to the *Canada Student Loans Act*, R.S.C. 1985, c. s-23, as amended (hereinafter "*CSLA*"), and its Regulations, as amended (hereinafter "*CSLRs*"). | Complaint for Nondischargeability of Debt Pursuant to 11 U.S.C. §523(a)(8) (hereinafter "Complaint") at ¶4, attached hereto as **Exhibit 1**; Defendants Answer to Complaint Objecting to Dischargeability of Debt (523(a)(8) (hereinafter "Answer") at ¶1, attached hereto as **Exhibit 2**; Declaration of Jennifer Lee Trottier in Support of Default Judgment (hereinafter "Declaration of Trottier") at ¶1, attached hereto as **Exhibit 3**. |
| 2. Debtor Susan J. Mulley (hereinafter "Debtor") entered into a series of Guaranteed Canada student loan agreements with the Canadian Imperial Bank of Commerce (hereinafter the "Lender") under which the Lender disbursed to Debtor student loans totaling $56,140.  Attached hereto and marked as Exhibit "A" are true and correct copies of the Guaranteed Canada student loan agreements. | Complaint at ¶5; Answer at ¶1; Exhibit A to the Complaint. |
| 3. After Debtor ceased to be a full time student, Debtor became liable to pay interest accruing on the Guaranteed Canada student loans. | Complaint at ¶6; Answer at ¶1. |
| 4. As Debtor opted to not pay or failed to pay the interest accrued in this period, it was added to and became part of the principal amount of the Guaranteed Canada student loan. | Complaint at ¶7; Answer at ¶1. |

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 5. The Lender prepared a student loan consolidation agreement form (hereinafter a "Consolidation Agreement") in anticipation of Debtor complying with the requirement to consolidate all loans within six months of ceasing to be a full-time student.  The Consolidation Agreement is a document prepared by the Lender in the ordinary course of business with respect to Guaranteed Canada student loans which consolidated all Guaranteed Canada student loan agreements made to a borrower and sets out the terms and conditions for repayment of the consolidated loans.  In breach of section 7 of the *CSLRs*, Debtor failed to enter into the Consolidation Agreement with the Lender.  Pursuant to subsection 9(1) of the *CSLRs* and the terms of each Guaranteed Canada student loan agreement, the principal amount of the Guaranteed Canada student loan and interest accrued thereon became due and payable on the first day of the seventh month after the month in which the Debtor ceased to be a full-time student. | Complaint at ¶8; Exhibit B to the Complaint; Declaration of Trottier at ¶9. |
| 6. Because Debtor did not enter into a Consolidation Agreement, the Lender sent a formal demand by certified mail to the Defendant for payment in full of her Federal Student loan in the amount of $65,328.70, plus interest at the rate of prime plus 2.5% from November 1, 2004. | Complaint at ¶9; Declaration of Trottier at ¶10. |

STATEMENT OF UNDISPUTED FACTS

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 7. Debtor failed to maintain payments and comply with the formal demand sent by Lender, thus causing Lender to sustain a loss. Therefore, Lender submitted a Claim for Loss (Schedule 6) to Human Resources and Skills Development Canada (previously Social Development Canada and Human Resources and Social Development Canada) dated April 14, 2005, with respect to the Guaranteed student loans disbursed to the Debtor. On or about May 12, 2005, the Crown paid the Lender the sum of $51,680.91, which consisted of the principal amount of $49,885.41, plus interest in the sum of $1,780.50 and costs of $15.00. | Complaint at ¶10; Declaration of Trottier at ¶11. |
| 8. By virtue of the Crown's payment and section 30 of the *CSLRs*, Her Majesty became subrogated in and to all the rights of the Lender in respect of the outstanding Guaranteed Canada student loan referred to herein. Accordingly, Debtor's outstanding Canada student loan became a debt owing to the Crown. | Complaint at ¶11; Declaration of Trottier at ¶12. |
| 9. Her Majesty tasked the Attorney General of Canada with collecting the Debtor's unpaid guaranteed Student Loan. | Complaint at ¶12; Answer at ¶1. |
| 10. On or about January 23, 2008, Judgment was entered by the Ontario Superior Court of Justice in favor of Attorney General and against Debtor in the amount of $62,577.89 and costs of $1,411.00 in | Complaint at ¶13; Answer at ¶1; Exhibit C to the Complaint. |

STATEMENT OF UNDISPUTED FACTS

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| Canadian Dollars. | |
| 11. The Attorney General engaged the Law Offices of H. Michael Soroy to obtain a judgment enforceable against Debtor in the State of California. | Complaint at ¶14; Answer at ¶1. |
| 12. On September 2, 2010, the Law Offices of H. Michael Soroy obtained a default judgment in the amount of $71,830.16 in the Los Angeles Superior Court, case number BC432993 against Debtor on behalf of the Attorney General. | Complaint at ¶15; Answer at ¶1; Exhibit D to the Complaint. |
| 13. Debtor's wages were garnished and the balance due has been reduced to $59,051.49. | Complaint at ¶16; Answer at ¶1. |
| 14. Debtor filed a voluntary petition for relief under the provisions of chapter 7 of the United States Bankruptcy Code on May 11, 2015, staying the garnishment of Debtor's wages. | Complaint at ¶17; Answer at ¶1. |
| 15. Debtor's only affirmative defenses to Plaintiff's Complaint is failure to state a cause of action and that foreign student loans are outside the scope of Section 523(a)(8). | Answer at ¶5–6. |

DATED: December 14, 2015          LAW OFFICES OF H. MICHAEL SOROY


By: _____
    H. Michael Soroy, Esq.
    Kristin A. Ingulsrud, Esq.
    Attorneys for Plaintiff
    ATTORNEY GENERAL OF CANADA

5

STATEMENT OF UNDISPUTED FACTS

H. Michael Soroy, Esq. (SBN 153 944)
Peter C. Ver Halen, Esq. (SBN 041 609)
Kristin A. Ingulsrud, Esq. (SBN 294532)
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 270
Los Angeles, California 90025-6547
Telephone: (310) 444-7750
Facsimile: (310) 312-1034
Email:      office@soroylaw.com

Attorneys for
THE ATTORNEY GENERAL OF CANADA

**FILED**

**AUG 1 4 2015**

CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>SUSAN J. MULLEY,<br><br><br>       Debtor.<br>_____<br>THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity,<br><br>       Plaintiff,<br><br>v.<br><br>SUSAN J. MULLEY,<br><br>       Defendant.<br>_____ | Case No.  2:15-bk-17484-RK<br>Chapter 7<br><br>**COMPLAINT FOR:**<br><br>**NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §523(a)(8)**<br><br>*15-AP-01446 RK* |

The ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE

QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL

- 1 -
COMPLAINT

*Exhibit 1*

REVENUE, a Canadian governmental entity ("Attorney General" or "Plaintiff"), complains of

Debtor and Defendant SUSAN J. MULLEY ("Debtor") as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over the subject matter of this adversary proceeding

pursuant to the provisions of 28 U.S.C. § 1334 and the reference order of the United States

District Court for the Central District of California.

2.      This adversary proceeding relates to the Chapter 7 case of Susan J. Mulley, Case

No. 2:15-bk-17484-RK, now pending in the United States Bankruptcy Court for the Central

District of California.  The matter is a core proceeding pursuant to 28 U.S.C. § 157.

3.      Venue lies in the Central District of California, pursuant to 28 U.S.C. § 1409.

## GENERAL ALLEGATIONS

4.      The Complaint concerns Canada Guaranteed student loans made pursuant to the

*Canada Student Loans Act*, R.S.C. 1985, c. s-23, as amended (hereinafter "*CSLA*"), and its

Regulations, as amended (hereinafter "*CSLRs*").

5.      Debtor entered into a series of Guaranteed Canada student loan agreements with

the Canadian Imperial Bank of Commerce (hereinafter the "Lender") under which the Lender

dispersed to Debtor student loans totaling $56,140.  Attached hereto and marked as Exhibit "A"

are true and correct copies of the Guaranteed Canada student loan agreements.

6.      After Debtor ceased to be a full time student, Debtor became liable to pay

interest accruing on the Guaranteed Canada student loans.

7.      As Debtor opted to not pay or failed to pay the interest accrued in this period, it

was added to and became part of the principal amount of the Guaranteed Canada student loan.

8.      The Lender prepared a student loan consolidation agreement form (hereinafter a

Consolidation Agreement) in anticipation of the Defendant complying with the requirement to

consolidate all loans within six months after ceasing to be a full-time student. The

Consolidation Agreement is a document prepared by the Lender in the ordinary course of

business with respect to Guaranteed Canada student loans which consolidates all Guaranteed

COMPLAINT

Canada student loan agreements made to a borrower and sets out the terms and conditions for repayment of the consolidated loans. In breach of section 7 of the *CSLRs*, the Defendant failed to enter into (i.e., sign) the Consolidation Agreement with the Lender. Pursuant to the subsection 9 (1) of the *CSLRs* and the terms of each Guaranteed Canada student loan agreement, the principal amount of the Guaranteed Canada student loan and interest accrued thereon became due and payable on the first day of the seventh month after the month in which the Defendant ceased to be a full-time student. Attached hereto and marked as Exhibit "B" is a true copy of the unsigned Consolidation Agreement.

9.      Because the Defendant did not enter into a Consolidation Agreement, the Lender sent a formal demand by certified mail to the Defendant for payment in full of her Federal Student loan in the amount of $65,328.70, plus interest at the rate of prime plus 2.5% from November 1, 2004.

10.      The Defendant failed to maintain payments and comply with the formal demand sent by the Lender, thus causing the Lender to sustain a loss. Therefore, Lender submitted a Claim for Loss (Schedule 6) to Human Resources and Skills Development Canada (previously Social Development Canada and Human Resources and Social Development Canada) dated April 14, 2005, with respect to the Guaranteed student loans disbursed to the Debtor. On or about May 12, 2005, the Crown paid the Lender the sum of $51,680.91, which consisted of the principal amount of $49,885.41, plus interest in the sum of $1,780.50 and costs of $15.00.

11.      By virtue of the Crown's payment and section 30 of the *CSLRs*, Her Majesty became subrogated in and to all the rights of the Lender in respect of the outstanding Guaranteed Canada student loan referred to herein. Accordingly, the Defendant's outstanding Canada student loan became a debt owing to the Crown.

12.      Her Majesty tasked the Attorney General of Canada with collecting the Defendant's unpaid guaranteed Student Loan.

13.      On or about January 23, 2008, Judgment was entered by the Ontario Superior Court of Justice in favor of Attorney General and against Susan J. Mulley aka Susan J.

1    Ledingham, in the amount of $62,577.89 and costs of $1,411.00 in Canadian Dollars.  Attached

2    hereto and marked as Exhibit "C" is a true copy of the Default Judgment.

3        14.    The Attorney General engaged the Law Offices of H. Michael Soroy to obtain a

4    judgment enforceable against Debtor in the State of California.

5        15.    On September 2, 2010, the Law Offices of H. Michael Soroy obtained a default

6    judgment in the amount of $71,830.16 in the Los Angeles Superior Court, case number

7    BC432993 against Debtor on behalf of the Attorney General.  Attached hereto and marked as

8    Exhibit "D" is a true copy of the Judgment.

9        16.    Debtor's wages were garnished and the balance due has been reduced to

10   $59,051.49.

11       17.    Debtor filed a voluntary petition for relief under the provisions of chapter 7 of

12   the United States Bankruptcy Code on May 11, 2015, staying the garnishment of Debtor's

13   wages.

14

15                            FIRST CLAIM FOR RELIEF

16           (Nondischargeability against the Debtor Pursuant to 11 U.S.C. § 523(a)(8))

17       18.    Plaintiff adopts, incorporates by reference, and alleges herein all of the

18   allegations set forth in paragraphs 1 through 17, inclusive, as if set forth individually in this

19   First Claim for Relief.

20       19.    Pursuant to 11 U.S.C. § 523(a)(8), this bankruptcy does not discharge Debtor

21   from any debts incurred for an educational benefit loan made, insured, or guaranteed by a

22   governmental unit, or an obligation to repay funds received as an educational benefit,

23   scholarship, or stipend.

24       20.    Absent an affirmative showing of undue hardship, student loans are not

25   dischargeable.

26       21.    Debtor's outstanding student loan balance in the amount of $59,051.49 is

27   nondischargeable.

28                            PRAYER FOR RELIEF

COMPLAINT

1    WHEREFORE, Plaintiff prays for judgment as follows:

2    On the First Cause of Action:

3    1.      For judgment against Debtor determining that the debt owed by the Debtor to

4    Plaintiff is not dischargeable in her bankruptcy case and for judgment according to proof;

5    2.      For such other and further relief as the Court considers proper.

6

7    DATED:  August 13 2015            LAW OFFICES OF H. MICHAEL SOROY

8

9

10                                     BY: _____

11                                            H. Michael Soroy, Esq.
                                              Kristin A. Ingulsrud, Esq.
12                                            Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

**Exhibit "A"**

CERTIFICATE OF ELIGIBILITY
SCHEDULE 1

PROVINCIAL USE  1504 32023U1

SOCIAL INSURANCE #   ON

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

SURNAME OF STUDENT

**M U L L E Y**

GIVEN NAMES OF STUDENT

**S U S A N  J**

NAME AND MAILING ADDRESS

SUSAN J MULLEY
50 ST GEORGE ST
BRANTFORD      ONT
N3R-1V4

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | F | | | S |

PERMANENT ADDRESS (IF DIFFERENT FROM ABOVE)

MULLEY         JACK F
50 ST GEORGE ST
BRANTFORD      ONT

| INST. CODE | FAC. | CODE | YR OF STUDY | SCHEDULED TO END DATE |
|---|---|---|---|---|
| 1504 | 12 | 1 6 | Y | 04 76 |

NAME OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
GUELPH
ONTARIO   N1G 2W1

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 17 | 09 | 75 | $800 |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | $   XX |

NAME AND ADDRESS OF ISSUING AGENCY

MINISTRY OF COLLEGES AND UNIVERSITIES
STUDENT AWARDS BRANCH, PARLIAMENT BLDGS
QUEENS PARK, TORONTO, ONTARIO

| PREVIOUS LOANS CANCELLED | TOTAL AMOUNT OF LOAN | $800 |
|---|---|---|
| | DATE OF ISSUE OF THIS CERTIFICATE | 17 09 75 |

NAME OF OFFICIAL  RG DAVIDSON   TELEPHONE NO. 824-4120

TITLE  ASST. REGISTRAR

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT

*R. G. Davidson /aj*

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY EDUCATIONAL INSTITUTION

NAME OF OFFICIAL  RG DAVIDSON   TELEPHONE NO. 824-4120

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE SEMESTER/ACADEMIC YEAR DURING THE MONTHS INDICATED ABOVE.

*R. G. Davidson /aj*   | DAY 26 | MONTH 09 | YEAR 75 |

TITLE  ASST. REGISTRAR

INSTRUCTIONS, IF ANY, TO BANK
REMIT TO INSTITUTION SHOWN
University of Guelph
Susan J. Mulley

## LOAN APPLICATION AND AGREEMENT — TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR THE LOAN SHOWN AS "TOTAL AMOUNT, IF ANY, NOW BEING DISBURSED" AND CERTIFY THAT THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS MY TOTAL PRINCIPAL OUTSTANDING UNDER THE CANADA STUDENT LOANS ACT AS OF THE EFFECTIVE DATE SHOWN AND THAT I HAVE READ, UNDERSTAND AND AGREE TO COMPLY WITH THE CONDITIONS AND TERMS SUMMARIZED OVERLEAF, AND THAT I SHALL REPAY MY TOTAL INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS.

*Susan J. Mulley*

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 30 | 09 | 75 |
| AMOUNT, IF ANY, NOW BEING DISBURSED | | | $800 |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | | | NIL |
| TOTAL PRINCIPAL CARRIED FORWARD | | | $800 |

*J. Bailey*

CANADIAN IMPERIAL BANK OF COMMERCE
University of Guelph
GUELPH, ONT.

M.I.C.R. BANK TRANSIT NUMBER

COPY 1 – BANK

623625

## INSTRUCTIONS TO STUDENT

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender for negotiation (all Canadian chartered banks and designated credit unions, hereinafter referred to as "bank" or "lender"). NOTE: this certificate must be negotiated within thirty days of having been signed by the educational institution.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement you must obtain a Schedule 2 from a bank at the beginning of your second term and follow the instructions on that form.

5. If you withdraw early, your academic year end shown overleaf will be adjusted to the date of withdrawal.

6. If you do not enroll in the course and full period for which this certificate is issued it must be returned to the issuing agency with an explanatory note.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, legal proceedings may be instituted.

2. You hereby agree to provide the necessary documents as required in instructions above.

3. You hereby agree to notify the bank of any changes in your address or name as they occur.

4. You hereby agree to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with the bank within six months of the date upon which you ceased to be a full-time student as supported by your Schedule 1 or 2. NOTE: the interest charged to you on this and subsequent loans is determined at the time you complete the Consolidated Guaranteed Student Loan Agreement or become liable for repayment, whichever is the earlier date.

5. You hereby agree to attend as required by the lender, the Federal Government or its agents any meeting called for the purpose of discussing your loans.

6. You hereby authorize any educational institution that you may have attended to release to the lender holding your loans or the Federal Government or its agents such pertinent information as they may require, from time to time.

7. You hereby authorize the educational institution to apply any refund of fees which have been paid with the proceeds of a Canada Student Loan, towards that Canada Student Loan.

**WARRANT TO YOU** **OVERLEAF**

Finance  Finances
CANADA STUDENT LOANS PLAN
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

319+

| PROVINCIAL USE | | SOCIAL INSURANCE NO |
|---|---|---|
| EUAK 3154281 | 1 8 ON | |

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

SURNAME OF STUDENT — M U L L E Y

GIVEN NAMES OF STUDENT — C. I. B. C. U. of G.
S U S A N, J.

NAME AND MAILING ADDRESS

SUSAN J MULLEY
50 ST GEORGE ST
BRANTFORD       ONT
N3R 1V4

251 TUNDRA
PRAIRIE HALL
U. of A.

PERMANENT ADDRESS (IF DIFFERENT FROM ABOVE)

MULLEY          JACK F.
50 ST GEORGE ST
BRANTFORD       ONT

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
GUELPH
ONTARIO    N1G 2N1

NAME AND ADDRESS OF ISSUING AGENCY

Ministry of Colleges and Universities,
Student Award Branch,
8th Floor, Mowat Block,
Toronto, Ontario. M7A 2B4

NAME OF OFFICIAL — W.H. Clarkson    TELEPHONE NO. — 965-5241

TITLE — Director of Student Awards

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED=0 SINGLE=1 OT=0=0 | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | | F | | |

| USE. CODE | FIELD OF STUDY | CODE | YR. OF STUDY TO REG. | SERVICING TO END DATE |  S OF Y | MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| E U A K | 5 0 | | 2 0 6 | Y | 0 4 | 7 7 |

NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 0 1 | 0 9 | 7 6 | $1000 |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | |

| PREVIOUS LOANS DECLARED | TOTAL AMOUNT OF LOAN |
|---|---|
| | $1000 |

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 7 | 0 7 | 7 6 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

W.H. Clarkson
ISSUING OFFICER'S SIGNATURE

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY EDUCATIONAL INSTITUTION

NAME OF OFFICIAL — RG DAVIDSON    TELEPHONE NO. — 824-4120

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST-SECONDARY SCHOOL LEVEL IN THE SEMESTER/ACADEMIC YEAR SHOWN IN THE MONTH INDICATED ABOVE.

RG Davidson /AC
SIGNATURE OF OFFICIAL

| | DAY | MONTH | YEAR |
|---|---|---|---|
| | 0 7 | 0 9 | 7 6 |

VALID ONLY FOR 30 DAYS AFTER THIS DATE

TITLE — ASST. REGISTRAR

INSTITUTION, IF ANY, TO BANK

REMIT    TO INSTITUTION SHOWN
1800.00
Bursar University of Guelph
Susan J. Mulley
STUDENT'S SIGNATURE

## LOAN APPLICATION AND AGREEMENT — TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR THE LOAN SHOWN AS "AMOUNT, IF ANY, NOW BEING DISBURSED" AND CERTIFY THAT THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE TOTAL PRINCIPAL OUTSTANDING ON THE EFFECTIVE DATE SHOWN UNDER THE CANADA STUDENT LOANS ACT. I FURTHER CERTIFY THAT I HAVE READ AND UNDERSTOOD THE TERMS AND CONDITIONS OF SUCH LOANS SUMMARIZED ON THE REVERSE OF THIS FORM AND AGREE TO COMPLY WITH THEM AND TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

Susan J Mulley
STUDENT'S SIGNATURE

I HEREBY AUTHORIZE THE STUDENT TO RECEIVE ALL PAYMENTS. CANADA STUDENT LOANS AND NOW CERTIFY TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

J Clarkson
SIGNATURE OF AUTHORIZED OFFICER OF BANK

FULL NAME AND ADDRESS OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
UNIVERSITY OF GUELPH
GUELPH, Ont.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 15 | 09 | 76 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1000 |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOAN | $ 800 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 1800 |

| N.I.C.R. BANK TRANSIT NUMBER | 06454 N |
|---|---|

COPY 1–BANK

874719

the Canada Student Loan Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

NOTE: This certificate must be negotiated within thirty days of being issued by the educational institution.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. Once you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your bank at the beginning of the semester for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your semester/academic year end date shown overleaf will be adjusted to the date of withdrawal and your interest free period will end six months after the date on which you withdraw.

6. If you enrol in a course other than that stated on your application for this loan or you enrol for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reissuement.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose legal indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedule 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a succeeding semester, each new year, you will lodge with your bank within one month from the end of your current semester/academic year either:

   (a) this certificate if a new loan; or

   (b) a Schedule 2 (obtainable from any bank) if application for a new loan has been made but you have not received a Schedule 2 within the period shown; or

   (c) a Schedule 2 (obtainable from any bank) if you have not applied for a new loan and the semester/academic year is not ended.

3. Should you not lodge the applicable schedule by the required date it will result in the loss of your interest-free status and you will be required to pay interest due on any earlier loan. In the event on which you do promise to the bank that you are continuing your enrolment as a full-time student.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

   You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 2) with your bank within six months of the date upon which you ceased to be a full-time student.

NOTE: The interest charged to you on your Canada Student Loans is determined by the date on which you complete the required Consolidated Guaranteed Student Loan Agreement or on the date you became liable for repayment, whichever is the earlier.

5. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

6. You hereby authorize any educational institution that you may have attended to release to the bank holding your loans, or to the Federal Government or its agents, [illegible] information as they may require, from time to time.

7. You hereby authorize the educational institution [illegible] which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO** ▶ **READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1        STUDENT 9 751363900    EUAK J00692 F1        ON
PLEASE TYPE OR PRINT CLEARLY

R 4972058

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**

SURNAME OF STUDENT
H U L L E Y

GIVEN NAMES OF STUDENT
S U S A N    J

NAME AND MAILING ADDRESS
SUSAN Ji        HULLEY
13 FRANKLIN AVE
GUELPH
ONT.    E12 4H2

110-252 Stone Rd
Wellington Wood
N1G-2
PERM

FRANCES H    SENIOR
UPPER MT ALBION RD
STONEY CREEK        ONT.

CS8 3100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO        N1G-2W1.

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities.
Student Awards Branch
9th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NAME OF OFFICIAL
W.M. Clarkson

TELEPHONE NO.
965-1341

TITLE
Director of Student Awards

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|---|
| NOT BEFORE | | 0 1 | 0 5 | 8 4 | 1600 xx |
| SECOND DISBURSEMENT | | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | | xx |

PREVIOUS LOANS        TOTAL AMOUNT OF LOAN    1600 xx

DATE OF ISSUE OF THIS CERTIFICATE    2 8    0 3    8 4

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

REMIT TO INSTITUTION SHOWN

Univ of Guelph  #652.05

NAME OF INSTITUTION
LANGDON, P.V.

TELEPHONE NO.
824-4120

TITLE
BURSAR

DATE SIGNED
0 3 0 5 8 4

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**

TO BE COMPLETED BY BANK AND STUDENT AFTER READING OVERLEAF

CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVE WEST
GUELPH, ONTARIO N1G 1R7
TELEPHONE 824-9030

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THE TRANSACTION | 0 4 | 05 | 8 4 |

AMOUNT, IF ANY, NOW BEING DISBURSED    1600 xx

AMOUNT, IF ANY, BEING CARRIED FROM PREVIOUS LOANS    576 29

TOTAL PRINCIPAL CARRIED FORWARD    2176 29

M.I.C.R. BANK TRANSIT NUMBER    09952-010

COPY 1 - BANK
751363800

2702084

The Canada Student Loans Act and regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans, to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree, where there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document when you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO** ☛ **READ OVERLEAF**

CANADA STUDENT LOANS ACT 4972.5

CERTIFICATE OF ELIGIBILITY

SCHEDULE 1    STUDENT # 751368800    SLIAK 301941 81    ON

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

SURNAME OF STUDENT: MULLEY

GIVEN NAMES OF STUDENT: SUSAN JI

NAME AND MAILING ADDRESS:
SUSAN JI    MULLEY
110-252 STONEROD W.
GUELPH
ONT.    N6G-2X7    perm

NAME AND ADDRESS OF NEXT OF KIN:
FRANCES H    SENIOR
MT ALBION RD RR#1
STONEY CREEK    ONT    N1N

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
GUELPH, ONTARIO    N1G-2N1

NAME AND ADDRESS OF ISSUING AGENCY:
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario   M7A 2B4

NAME OF OFFICIAL: W. H. Clarkson    TELEPHONE NO. 965-5241

TITLE: Director of Student Awards

TOTAL AMOUNT OF LOAN: 3200

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

NAME OF OFFICIAL: LANDONEY, P. V.    TELEPHONE NO.

TITLE: BURSAR

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

EFFECTIVE DATE OF THIS TRANSACTION: 26 09 84

AMOUNT, IF ANY, NOW BEING DISBURSED: 3200

AMOUNT, IF ANY, CARRIED FORWARD FROM PREVIOUS LOANS: 2176 29

TOTAL PRINCIPAL CARRIED FORWARD: 5376 29

CANADIAN IMPERIAL BANK OF COMMERCE
13 COLLEGE AVENUE WEST
GUELPH, ONTARIO N1G 1R7
TELEPHONE 824-0630

M.I.C.R. BANK TRANSIT NUMBER: 09954-010

COPY 1 — BANK

751368800

3038176

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:
   (a) a Schedule 1 for a new loan or;
   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;
   (c) a Schedule 3 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(a) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1

CERTIFICATE OF ELIGIBILITY  H 97213
STUDENT L 751359070

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**

REASSESSMENT

SURNAME OF STUDENT: MULLEY

GIVEN NAMES OF STUDENT: SUSAN J

NAME AND MAILING ADDRESS
SUSAN J          MULLEY
112-252 STONEROAD 0
GUELPH
ONT      N1G-2V7      836-5596
pbam

NAME AND ADDRESS OF NEXT OF KIN OTHER THAN SPOUSE
FRANCIS M    MULLEY
RR ALBION RD RR01
SMITHS CREEK      ONT      G1

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO      N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities
Student Awards Branch
9th Floor, Mowat Block, Queen's Park
Toronto, Ontario    M7A 2S4

NAME OF OFFICIAL
W. H. Clarkson

TELEPHONE NO
965-5241

Director of Student Awards

NOT NEGOTIABLE AFTER THIS DATE

PREVIOUS LOANS

TOTAL AMOUNT OF LOAN

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THE CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

W. H. Clarkson

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

NIL TO INSTITUTION SHOWN

NAME OF OFFICIAL
LONDON, P.V.

TELEPHONE NO
324-9120

TITLE
NURSE

P. V. London

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**

TO BE COMPLETED BY BANK & STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

EFFECTIVE DATE OF THIS TRANSACTION: 23 01 85

AMOUNT, IF ANY, NOW BEING DISCHARGED: $ 160

PRINCIPAL, IF ANY, CARRIED FORWARD FROM PREVIOUS LOANS: $5376 29

TOTAL PRINCIPAL CARRIED FORWARD: $5536 89

CANADIAN IMPERIAL BANK OF COMMERCE
TELEPHONE

M.I.C.R. BANK TRANSIT NUMBER: 18952-010

Susan J Mulley

COPY 1 - BANK

3103752

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end, six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, Terms and conditions set out on it.

4. You hereby agree to notify the bank in any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated, Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the time of commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT — TO BE READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1     STUDENT # 751368800     ZUAK: 800641 C3
PLEASE TYPE OR PRINT CLEARLY

497 2158

LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY          REASSESSMENT

SURNAME OF STUDENT          GIVEN NAMES OF STUDENT

M U L L E Y          S U S A N   J

NAME AND MAILING ADDRESS
SUSAN JI      MULLEY
110-262 STONEROAD W
GUELPH
ONT     N1G 2V7
836-5596

NAME AND ADDRESS OF KIN OTHER THAN SPOUSE
FRANCES H          SENIOR
MT ALBION RD RR#1
STONEY CREEK          ONT     N4

CSL $100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
GUELPH, ONTARIO     N1G 2W1

Ministry of Education · Colleges and Universities,
Student Awards Branch
9th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 1B4

NAME OF OFFICIAL          TELEPHONE NO.
W.H. Clarkson          965-5241

TITLE
Director of Student Awards

NOT NEGOTIABLE AFTER THIS DATE

FIRST DISBURSEMENT          DAY  MONTH  YEAR  AMOUNT
NOT BEFORE                  2  2  0  3   8 5   1680

SECOND DISBURSEMENT          DAY  MONTH  YEAR
NOT BEFORE

PREVIOUS LOANS     TOTAL AMOUNT OF LOAN     1680

DATE OF ISSUE          DAY  MONTH  YEAR
OF THIS CERTIFICATE     2  2  0  3   8 5

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE
OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

NAME OF OFFICIAL          TELEPHONE NO.
LANDONEY B.V.          824-4120

TITLE
BURSAR

TO INSTITUTION SHOWN
NIL

LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND
STUDENT AFTER REFERRING OVERLEAF

EFFECTIVE DATE OF          DAY  MONTH  YEAR
THIS TRANSACTION     0 7  0 5   8 5

AMOUNT, IF ANY, NOW
BEING DISBURSED     1680

AMOUNT, IF ANY,
BROUGHT FORWARD
FROM PREVIOUS LOANS     5536 29

TOTAL PRINCIPAL
CARRIED FORWARD     7216 29

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO  N1G 1S2
TELEPHONE 824-6930

M.I.C.R.
BANK TRANSIT
NUMBER     08852  0180

COPY 1 — BANK

758368800

3373349

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must require your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enrol in a course other than that stated on your application for this loan or you enrol for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously detailed, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 3 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if redirected, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is the later date.

8. In the event of default of this loan, you hereby authorize the educational institution that you may have attended or provincial authority or any employer to release to the lender having your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO** ... **READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY    4972155
SCHEDULE 1    STUDENT #. 751368000    EUAR. 303521 01    ON

PROVINCIAL USE    SOCIAL INSURANCE NO.

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**    CIBC - College Ave

SURNAME OF STUDENT    GIVEN NAMES OF STUDENT

M U L L E T    S U S A N  J

NAME AND MAILING ADDRESS
SUSAN J         MULLET
110-252 STONE RD/W
GUELPH
ONT    N1G-2V7    836-5596

FRANCES M        SENIOR
RT. AEBON RC. RR.#1
STONEY CREEK         ONT

DATE OF BIRTH    MALE □  FEMALE □  F    MARRIED-2 SINGLE-1 OTHER-0    MARITAL STATUS  0

NO. DES    NO. OF STUDY    S/P    POWER OF STUDY AND DATE
E U A K  3.1    -3  .4    16    P  0 4 8 6

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

GUELPH  ONTARIO    N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario  M7A 2S4

NAME OF OFFICIAL
W. H. Clarkson

TELEPHONE NO.
965-5241

TITLE
Director of Student Awards

CSE.3100

FIRST DISBURSEMENT    NOT NEGOTIABLE AFTER THIS DATE

NOT BEFORE    DAY 5  MONTH 0.1  YEAR 8 6    AMOUNT 1680

SECOND DISBURSEMENT

NOT BEFORE

PREVIOUS LOANS    TOTAL AMOUNT OF LOAN    1680.00
YES □  NO □

DATE OF ISSUE OF THIS CERTIFICATE    DAY 2  MONTH 5  YEAR 0  8 6

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.
W. H. Clarkson

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

491.70    UNIVERSITY OF GUELPH

NAME OF OFFICIAL
LANDON2 P. V.

TELEPHONE NO.
824-4120

TITLE
BURSAR

040 186

P.V. Landon    Susan J Mulley

**LOAN APPLICATION AND AGREEMENT FOR A CANADA STUDENT LOAN**

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND UNDERSTAND THAT THIS CERTIFICATE IS NOT NEGOTIABLE AFTER THE DATE SHOWN. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THIS ACT.

B. Rahm

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (624-0825)
23 COLLEGE AVE. W.
P. O. BOX 786,
GUELPH, ONTARIO
N1H 6M8

EFFECTIVE DATE OF THIS TRANSACTION    DAY 07  MONTH 02  YEAR 86

AMOUNT, IF ANY, NOW BEING DISBURSED    1680

AMOUNT, IF ANY, ADDED FROM PREVIOUS LOANS    7216 29

TOTAL PRINCIPAL CARRIED FORWARD    8896 29

M.I.C.R. BANK TRANSIT NUMBER    1099521 0 01 3

X Susan J Mulley

COPY 1 - BANK    COPY 1 ...
751368000

3631640

The Canada Student Loans Act and regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early from your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan; or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree when there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender making your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT — READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT # 751368800    LOAN 302273 31

# 67-25562

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

SURNAME OF STUDENT: M U L L E Y

GIVEN NAMES OF STUDENT: S U S A N  J

NAME AND MAILING ADDRESS:
SUSAN J    MULLEY
110-252 STONE RD W
GUELPH
ONT.    N1G-2V7

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES M    SENIOR
MT ALBION RD RR#1
STONEY CREEK    ONT.

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

GUELPH, ONTARIO    N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY:
Ministry of Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block
Queen's Park
Toronto, Ontario
M7A 1B4

NAME OF OFFICIAL: W.H. Clarkson
TITLE: Director of Student Awards

CSL $100.

NOT NEGOTIABLE AFTER THIS DATE

PREVIOUS LOANS
TOTAL AMOUNT OF LOAN    $360.00

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMIT $    TO INSTITUTION SHOWN

NAME OF OFFICIAL: LANGDON, P.V.
TITLE: BURSAR
NIL

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

CANADA IMPERIAL BANK OF COMMERCE (824-0512)
23 COLLEGE AVE. W.
P.O. BOX 788,
GUELPH, ONTARIO

AMOUNT DISBURSED    $3360.00
TOTAL PRINCIPAL    $2256.29

COPY 1 - BANK
751368800

3883574

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:
   (a) a Schedule 1 for a new loan or;
   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made, but you have not received a Schedule 1 within the period above or;
   (c) a Schedule 3 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender, relating your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**CANADA STUDENT LOANS ACT**

**IMPORTANT TO READ OVERLEAF**

CERTIFICATE OF ELIGIBILITY

**SCHEDULE 1** STUDENT # 751366800

PROVINCIAL USE EUAK-303002-BL

PLEASE TYPE OR PRINT CLEARLY

CIBC - College Guelph

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

SURNAME OF STUDENT: MULLEY

GIVEN NAMES OF STUDENT: SUSAN J

SUSAN J MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT N1H-7N9
836-5594

FRANCES M SENIOR
RR#1 RIDGEOWN RD
STONEY CREEK ONT

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
GUELPH, ONTARIO N1G-2W1

Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NAME OF OFFICIAL: W.H. Clarkson
TELEPHONE NO.
TITLE: Director of Student Awards

TOTAL AMOUNT OF LOAN 3360.00

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

LANDONI, R.V.

TITLE: BURSAR

LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
TO INSTITUTION
524.50
Univ. of Guelph

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND
STUDENT AFTER REFERRING OVERLEAF

23 COLLEGE AVE. W.,
P. O. BOX 790,
GUELPH, ONTARIO
N1H 6M2

EFFECTIVE DATE OF THIS TRANSACTION 27 11 87

AMOUNT, IF ANY, NOW BEING DISBURSED 3360.00

AMOUNT, IF ANY, FROM PREVIOUS BANK 12256.29

TOTAL PRINCIPAL CARRIED FORWARD 15616.29

M.I.C.R. BANS TRANSIT NUMBER

COPY 1 - BANK

751366800

4444324

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:
   (a) a Schedule 1 for a new loan or;
   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;
   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree, where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree, that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall immediately become payable. The amount which shall be payable will be the outstanding principal, plus interest calculated from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

IMPORTANT – TO [   ] READ OVERLEAF

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY   STUDENT # 751368800   EVAN 801581 CB

497 2058 (09) NC

LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY      672 5562   REASSESSMENT

SURNAME OF STUDENT          GIVEN NAMES OF STUDENT

MULLEY          SUSAN J.

NAME AND MAILING ADDRESS

SUSAN J.   MULLEY
249 WESTWOOD UNIT 59C
GUELPH
ONT.   N1H-7N9.

836-5596

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)

FRANCES M   SENIOR
HR#1 MTALSION RD
STONEY CREEK   ONT.

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

GUELPH, ONTARIO   N1G-2W1

Ministry of Colleges and Universities,
Student Awards Branch
9th. Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NAME OF OFFICIAL          TELEPHONE NO.
W.H. Clarkson          998-8341

TITLE
Director of Student Awards

LOAN NOT TO EXCEED
SEVENTEEN HUNDRED DOLLARS
$1711.   TO INSTITUTION SHOWN
596 50
UNIV. OF GUELPH

CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

NAME OF OFFICIAL          TELEPHONE NO.
LANDONI, R.V.          824-4120

TITLE
BURSAR

3 005 88

LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN
TO BE COMPLETED BY BANK AND
STUDENT AFTER REFERRING OVERLEAF

EFFECTIVE DATE OF THIS TRANSACTION   30  05  88

AMOUNT, IF ANY, NOW BEING DISBURSED   1680

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0832)
23 COLLEGE AVE. W.,
P.O. BOX 785,
GUELPH, ONTARIO
N1H 6M2

AMOUNT, IF ANY, PREVIOUSLY DISBURSED   15 616 29

TOTAL PRINCIPAL CARRIED FORWARD   4 7296 29

M.I.C.R. BANK TRANSIT NUMBER   0892 1-0201

4501823

COPY 1 - BANK

751368800

NOT NEGOTIABLE AFTER THIS DATE

FIRST DISBURSEMENT

NOT BEFORE          1 3 0 5 8 8   1680

SECOND DISBURSEMENT

NOT BEFORE

PREVIOUS LOANS   TOTAL AMOUNT OF LOAN   1680

Yes [ ]  No [ ]

DATE OF ISSUE OF THIS CERTIFICATE   1 2 0 5 8 8

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for any part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously obtained, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal and interest of the loans as at the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, and interest in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

CANADA STUDENT LOANS ACT
al State of Canada    du Cana

**IMPORTANT TO YOU... READ OVERLEAF**

CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY    STUDENT # 751368800    ZUAK .303262 81

| PROVINCIAL USE | | 1 | ON | SOCIAL INSURANCE NO. |
|---|---|---|---|---|

a/c 67·25562

### LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J |

836-5598

NAME AND MAILING ADDRESS
SUSAN J. MULLEY
240 WESTWOOD UNIT 104C
GUELPH
ONT    N1H 7N9

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-2 SINGLE-1 OTHER-3 |
|---|---|---|---|---|---|---|
| | | | | | F | 0 |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES M.    SENIOR
3281 MOUNT ALBION RD    APT
STONEY CREEK    ONT

| INST. CODE | CODE | PR. OF STUDY | YR. OF STUDY | | PERIOD OF STUDY END DATE |
|---|---|---|---|---|---|
| E U A K | 8 2 | 10 | | 1P | 0 4 0 9 |

COM X100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
GUELPH ONTARIO    N1G 2W1

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | | | | |
|---|---|---|---|---|
| NOT BEFORE | | 1 4 2 8 89 | 3360 |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
6th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 1N4

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | $ 3360 |
|---|---|---|
| Yes ☐ | No ☐ | |

NAME OF OFFICIAL
F.R. Kleinen

| TELEPHONE NO. | 965-1341 |

TITLE
Director of Student Awards

| DATE OF ISSUE OF THIS CERTIFICATE | 1 4 2 8 89 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE UNDER THE MEASURE OF THE CANADA STUDENT LOANS ACT

### CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

LANDONI, P.V.

| TELEPHONE NO. | 824-4120 |

TITLE
BURSAR

P.V. Landoni Mb.

LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMIT TO INSTITUTION SHOWN
= 587.75
Univ of Guelph

### LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER READING OVERLEAF

| EFFECTIVE DATE OF THIS TRANSACTION | DAY | MONTH | YEAR |
|---|---|---|---|
| | 16 | 01 | 89 |

| AMOUNT OF AND NOT BEING DISBURSED | | 3360 XX |
|---|---|---|

| BALANCE, IF ANY, CARRIED FORWARD | $17,296·29 |
|---|---|

| TOTAL PRINCIPAL CARRIED FORWARD | $20,656·29 |
|---|---|

CANADIAN IMPERIAL BANK OF COMMERCE (624-00)
23 COLLEGE AVE. W.
P.O. BOX 786
GUELPH, ONTARIO
N1H 6M8

| M.I.C.R. BANK TRANSIT NUMBER | 089504010 |
|---|---|

4858222

COPY 1 - BANK

751368800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch, where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank, branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on this form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for redassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:
   (a) a Schedule 1 for a new loan or;
   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;
   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that, if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction, shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO READ OVERLEAF**

CANADA STUDENT LOANS ACT   497d
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1          STUDENT # 751368888   EUAK. 600863-C2

LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY   67-25363   REASSESSMENT:

SURNAME OF STUDENT          GIVEN NAMES OF STUDENT

M U L L E Y          S U S A N   J.

SUSAN J.   MULLEY
246 WESTWOOD UNIT1 15UC
GUELPH
ONT.          N1H-7N9

FRANCES M   SENIOR
RR1 MOUNT ALBION RD
STONEY CREEK          ONT.   APT.3

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

GUELPH, ONTARIO          N1G-2M1

Ministry of Colleges and Universities,
Student Awards Branch
9th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 1B6

F.R. Kleinert          TELEPHONE NO   995-9941

TITLE   Director of Student Awards

CSE #100

NOT NEGOTIABLE AFTER THIS DATE

PREVIOUS LOANS          TOTAL AMOUNT OF LOAN   1680

CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

LOAN NOT TO EXCEED
SEVENTEEN HUNDRED DOLLARS
TO INSTITUTION SHOWN

LANDONI  P.V.          824-4120

TITLE   SUSAN          0505589   NIL.

P.V. Landoni

LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVE. W.,
P.O. BOX 700,
GUELPH, ONTARIO

EFFECTIVE DATE OF THIS TRANSACTION   0505589

AMOUNT IF ANY OF BEING ENCLOSED   1680.00

TOTAL PRINCIPAL CARRIED FORWARD   m656.29 / 22336.28

C.I.C.G. BANK TRANSIT NUMBER   0985thal7

COPY 1 — BANK          4875500

751368800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time; therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that listed on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if required, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(a) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority or, any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT — READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY

SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

STUDENT # 751368800

497238

PROVINCIAL USE   EUAK 302851 B1   1   ON   SOCIAL INSURANCE NO.

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

61-25562

**SURNAME OF STUDENT**
MULLEY

**GIVEN NAMES OF STUDENT**
SUSAN J.

**NAME AND MAILING ADDRESS**
SUSAN J MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT: N1H-7W9

DATE OF BIRTH | MARRIED-M SINGLE-S OTHER-S: M

**NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)**
FRANCES M   SENIOR
2 CHERRY BLOSSOM LANE   APT:
BOX 175 VINELAND   ONT   L0R-2C0

OSL: $100

**NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION**
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

**NAME OF COURSE**
BUELPH, ONTARIO   N1G-2W1

NOT NEGOTIABLE AFTER THIS DATE

FIRST DISBURSEMENT   NOT BEFORE   05 09 90   357

SECOND DISBURSEMENT   NOT BEFORE

**NAME AND ADDRESS OF ISSUING AGENCY**
Ministry of Colleges and Universities,
Student Awards Branch
P.O. Box 4500
Thunder Bay, Ontario
P7B 6G9

PREVIOUS LOANS   Yes  No   TOTAL AMOUNT OF LOAN   357

DATE OF ISSUE OF THE CERTIFICATE   05 09 90

**NAME OF OFFICIAL**
Jan Davis

**TELEPHONE NO.**
807 - 345 - 4830

**TITLE**
Director of Student Awards

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

LOAN NOT TO EXCEED
TWENTY-SIX HUNDRED DOLLARS
REMIT $   NIL   TO INSTITUTION SHOWN

**NAME OF OFFICIAL**
LANDONI, R.V.

**TELEPHONE NO.**
824-4120

**TITLE**
BURSAR

280990

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

EFFECTIVE DATE OF THIS TRANSACTION   28 09 90

AMOUNT, IF ANY, BEING DISBURSED $ 3570 00

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS $ 22336 29

TOTAL PRINCIPAL CARRIED FORWARD $ 25906 29

CANADIAN IMPERIAL BANK OF COMMERCE (624-0832)
21 COLLEGE AVE W.,
GUELPH, ONTARIO
N1H 6M6

TRANSIT NUMBER   08852-010

COPY 1 - BANK

751368800

5569560

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks, you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of the form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree, where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT #:
PLEASE TYPE OR PRINT CLEARLY

EUAK 800861 C2

LOAN AUTHORIZATION — TO BE COMPLETED BY LENDING AUTHORITY

REASSESSMENT

SURNAME OF STUDENT

MULLEY

GIVEN NAMES OF STUDENT

SUSAN J.

SUSAN J. MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT    N1H-7M5

FRANCES H. SENIOR
2 CHERRY BLOSSOM LANE    APT.
BOX 179 VINELAND    ONT    L0R-2C0

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

GUELPH, ONTARIO    N1G-2N1

Ministry of Colleges and Universities,
Student Awards Branch
P.O. Box 4500
Thunder Bay, Ontario
P7B 6G9

Jan Denic

Director of Student Awards

CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

LANDONI, R.V.

BURSAR

LOAN NOT TO EXCEED
EIGHTEEN HUNDRED DOLLARS
REMIT $ NIL TO INSTITUTION SHOWN

LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

CANADIAN IMPERIAL BANK OF COMMERCE (424-0012)
23 COLLEGE AVE. W.
GUELPH, ONTARIO

COPY 1 - BANK

5642578

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 loan from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the bank administering your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1       STUDENT #: 751366800
PLEASE TYPE OR PRINT CLEARLY

IMPORTANT — READ OVERLEAF

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
| --- | --- | --- |
| EUAK 30271A 81 | 1 ON | 4972155 |

## LOAN AUTHORIZATION — TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT: **MULLEY**

GIVEN NAMES OF STUDENT: **SUSAN**

CURRENT ADDRESS:
SUSAN  J. MULLEY
240 WESTWOOD   APT. 20-E
GUELPH
ON   N1H-7M9
836-5596

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES  M SENIOR
2 CHERRY BLOSSOM LANE   APT.
VINELAND   ON   L0R-2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE:
GUELPH, ONTARIO   N1G-2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY:
Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario   P7B 6G9

NAME OF OFFICIAL: Jon Donie
TELEPHONE NO.: 807-343-7290
TITLE: Director of Student Support

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE F | SEX | MARRIED SINGLE OTHER | MARITAL STATUS 0 | UNITS OF STUDY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

P.O.E.
INST. CODE: E U A K   6 2
COURSE:
YR. OF PRG: 39
NO. OF YRS: 3
S/P: P   0   4   9   2   PERIOD OF STUDY END DATE

CSE. X100

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
| --- | --- | --- | --- | --- |
| NOT BEFORE | 1 6 | 1 0 | 9 1 | 3465.00 |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | |

PREVIOUSLY AUTHORIZED LOAN

TOTAL AMOUNT OF LOAN: 3465.00

DATE OF ISSUE OF THIS CERTIFICATE: 1 6  1 0  9 1

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUING OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOAN ACT.

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT...

NAME OF AUTHORIZED OFFICER: LANGONI, S.V.
TITLE: BURSAR

INSTRUCTIONS, IF ANY, TO LENDER:
LOAN NOT TO EXCEED
THIRTY-FIVE HUNDRED DOLLARS
REMIT $   TO INSTITUTION SHOWN
Univ. of Guelph

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN — TO BE COMPLETED BY LENDER AND STUDENT AFTER READING THE OVERLEAF

| | DAY | MONTH | YEAR |
| --- | --- | --- | --- |
| EFFECTIVE DATE OF THIS TRANSACTION | 1 3 | 1 1 | 9 1 |

FULL NAME, ADDRESS AND TELEPHONE NO. OF LENDER
CANADIAN IMPERIAL BANK OF COMMERCE (024-08100)
23 COLLEGE AVE W.
GUELPH, ONTARIO

TRANSIT NUMBER: 09852  010

| | |
| --- | --- |
| AMOUNT ASSISTANCE | 103.95 |
| NEW LOAN AMOUNT DISBURSED | 3465.00 |
| FEDERAL PART | 27691.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | 31,156.29 |

DISTRIBUTION — COPY 1 RETAINED BY LENDER
COPY 1 — LENDER

6084503

CROWN COPYRIGHTS RESERVED

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the issuing authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loan Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or

   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

   (c) a Schedule 2 (available from your educational institution or lender) if you have **not** applied for a new loan for your continued studies,

   within six months of this end of your current period of study or before the end of your subsequent period of study.

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular Scheduled repayments as well as a default will affect your credit rating.

11. A payment of a claim for loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

**IMPORTANT TO — READ OVERLEAF**

Department of the Secretary
of State of Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1

STUDENT # 753 0 5 9 2    EUAK 800932 C2    1 1    ON

**LOAN AUTHORIZATION** — TO BE COMPLETED BY APPROPRIATE AUTHORITY    **REASSESSMENT**

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT 3705592 |
|---|---|
| M U L L E Y | S U S A N    J |

CURRENT ADDRESS
SUSAN    J MULLEY
240 WESTWOOD    APT. 20-C
GUELPH
ON    N1H-7W9    8365596

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES    M SENIOR
2 CHERRY BLOSSOM LANE    APT.
VINELAND    ON    LOR-2E0

E,U,A,R    4 2    39    4    50    P 0 5 9 2

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

GUELPH    ONTARIO    N1G-2W1

Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario P7B 6G9

Joe Garcia
807-343-7260

Director of Student Support

**CONFIRMATION OF ENROLMENT** — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

LANDINE, P.V.

REGISTRAR

**LOAN NOT TO EXCEED
EIGHTEEN HUNDRED DOLLARS**
**$1800** TO INSTITUTION SHOWN

**LOAN APPLICATION AND AGREEMENT** — FOR A CANADA STUDENT LOAN

3705592

53.55
* 1285.00
21656.29
22941.29

8011999

COPY 1 - LENDER

**INSTRUCTIONS TO STUDENT**

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in this certificate, you must not negotiate this certificate, but return it to the lending authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

**SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS**

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loan Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:
   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.
   Within six months of the end of your current period of study or before the end of your subsequent period of study.

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular Scheduled repayments as well as a default will affect your credit rating.

11. A payment of a claim for loss to the lender by the federal government, because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

IMPORTANT — READ OVERLEAF

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT # 751346800

▶ LOAN AUTHORIZATION — TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT: NULLEY

GIVEN NAMES OF STUDENT: SUSAN

SUSAN    J NULLEY
240 WESTWOOD UNIT 20-5
GUELPH
ON    N1M-7V9

FRANCES    N. SENIOR
2 CHERRY BLOSSOM LANE
VINELAND    ON    L0R-2C0

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

GUELPH, ONTARIO    N1G-2W1

Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario    P7B 6G9

Madiya Polaub
Director of Student Support

▶ CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

LANDONS, P.V.

BURSAR

LOAN NOT TO EXCEED
THIRTY-SIX HUNDRED DOLLARS
PAY $3570 TO INSTITUTION SHOWN

▶ LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

$3570

9434521

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw and your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

### SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch; and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:
   (a) a Schedule 1 for a new loan or
   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.
   Within six months at the end of your current period of study or before the end of your subsequent period of study

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign this Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular scheduled repayments...

11. A payment of a claim for loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you; with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

**IMPORTANT** • **READ OVERLEAF**

STUDENT 0 791348300

ON

SUSAN         NULLIV

FRANCIS         SENIOR

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION

GUELPH, ONTARIO         N1G2W1

Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Canada  P7B 6G9

Director of Student Support

9863699

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw, only your "Period of Study End Date" shown, overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdraw.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan interest-free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies,

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you owe the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12. Payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Granters, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993 and which have not been consolidated after that date, and then to any remaining loans.

**IMPORTANT TO ● READ OVERLEAF**

Department of the Secretary
of State of Canada    Secrétariat d'État
du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY    STUDENT No. 751358600
SCHEDULE 1 (Version française disponible au demande)
PLEASE TYPE OR PRINT CLEARLY

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK CI | ON | |

**LOAN AUTHORIZATION** - TO BE COMPLETED BY APPROPRIATE AUTHORITY    67-25562

SURNAME OF STUDENT ............    GIVEN NAMES OF STUDENT ............

CURRENT ADDRESS

SUSAN        MULLEY
240 WESTWOOD UNIT 20-C
GUELPH
ON    N1H7H8

FRANK SR.        SENIOR
2 CHERRY BLOSSOM LANE    APT. BX175
VINELAND        ON    L0R2C0

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
FINANCE & AWARDS
GUELPH, ONTARIO    N1G2W1

Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

NAME OF OFFICIAL    B. James MacKay
TITLE    Director of Student Support
TELEPHONE NO.    807-343-7260

| | DAY | MONTH | YEAR | | MARRIED - M SINGLE - S OTHER - O | |
|---|---|---|---|---|---|---|
| DATE OF BIRTH | | | | MALE OR FEMALE F | | |

| RISK CODE | FAM. CODE | AS. FOR PR. FAM. | | | | |
|---|---|---|---|---|---|---|
| EUAK | G 2 | 2 | 2 | 48 | F | 0894 |
| CSB 2 100 | | | | | | |

FIRST DISBURSEMENT
NOT BEFORE    1 1 0 9 9 4    $1575.xx

SECOND DISBURSEMENT
NOT BEFORE

PREVIOUS AUTHORIZED LOANS    YES    NO
TOTAL AMOUNT OF LOAN    $1575.xx

DATE OF ISSUE OF THE CERTIFICATE    1 1 3 4 9

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL    B.J. Mackay

**CONFIRMATION OF ENROLMENT** - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

NAME OF AUTHORIZED OFFICER    LANDONI, P.V.
TITLE    BURSAR
TELEPHONE NO.    5198244120

LOAN NOT TO EXCEED
SIXTEEN HUNDRED DOLLARS
REMIT $773.40 TO INSTITUTION SHOWN

SIGNATURE OF AUTHORIZED OFFICER    P.V. Landoni    $1605.xx

**LOAN APPLICATION AND AGREEMENT** - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT

PROPOSED DATE OF REPAYMENT    2 7 0 5 9 4
LOAN DISBURSED    $1575.xx
INTEREST REPAYMENT    $39 976.00
TOTAL PRINCIPAL AND INTEREST    $41 551.00
TRANCHE NUMBER    09952-010

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER
CANADIAN IMPERIAL BANK OF COMMERCE
20 COLLEGE AVE. W.
GUELPH, ON

COPY 1 - LENDER
COPY 2 -
COPY 3 -
SEC 4-83 (REV. 06/93)

FED207812        9846789

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution of your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the loans by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdraw.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies,

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans in interest-free status only if you provide a new valid Schedule 1 or 2 within six to the lender, at its request. The interest rates according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate of interest as set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993 and which have not been consolidated after that date, and then to any remaining loans.

Government          Gouvernement
of Canada          du Canada

IMPORTANT TO ▶ READ OVERLEAF

**CANADA STUDENT LOANS ACT**
CERTIFICATE OF ELIGIBILITY     STUDENT # 751368800
SCHEDULE 1 (Version française disponible sur demande)
PLEASE TYPE OR PRINT CLEARLY

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK E1 | ON | |

▶ LOAN AUTHORIZATION - TO BE COMPLETED BY APPROPRIATE AUTHORITY

09952 010    62: 25562

SURNAME OF STUDENT

H U L L E Y

GIVEN NAMES OF STUDENT

S U S A N

CURRENT ADDRESS

SUSAN          HULLEY
240 WESTWOOD RD          APT. UN 20C
GUELPH
ON          N1H7W9

| DATE OF BIRTH | | MALE OR FEMALE | MARRIED - M SINGLE - S OTHER - O |
|---|---|---|---|
| | | F | O |

FRANCES          SENIOR
2 CHERRY BLOSSOM L
VINELAND          ON    L0R2C0

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
FINANCE & AWARDS
GUELPH, ONTARIO          N1G2W1

Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

NAME OF OFFICIAL
B. James MacKay

TELEPHONE NO.
807-343-7266

TITLE
Director of Student Support

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

NAME OF AUTHORIZED OFFICER
LANDONI, P.V.

TELEPHONE NO.
5198244140

TITLE
BURSAR

INSTRUCTIONS, IF ANY, TO LENDER:

LOAN NOT TO EXCEED
FIFTY-FIVE HUNDRED DOLLARS
REMIT $921.25 TO INSTITUTION SHOWN

▶ LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER READING OVERLEAF

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

CIBC National Student Loan Centre
Centre national de prêts étudiants CIBC
Postal Address  Adresse postale
P.O. Box 5059

COPY 1 - LENDER

Canada    0283999

FE0037199

000284395

# INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your specified educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negociation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negociated within thirty days of having been signed by the specified educational institution and before the end of the month shown as the "Period of Study End Date" on the document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negociated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negociate the certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY IN A SAFE PLACE FOR FUTURE REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negociate it, you must obtain a Schedule 2 form from your specified educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdrew.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negociate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or specified educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

# SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negociating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your specified educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your specified educational institution or lender) if you have not applied for a new loan for your continued studies.

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student, at the maximum rate of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate described in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any specified educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the specified educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Granting Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of a full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply such payment first toward any loan disbursed or consolidated before August 1, 1993, and which have not been consolidated after that date, and then to any remaining loans.

**IMPORTANT TO . READ OVERLEAF**

DOCUMENT UNCLEAR
DOCUMENT NON LISIBLE

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO |
| EUAK C1 | ON | |

**LOAN AUTHORIZATION**

SURNAME OF STUDENT: M U L L E Y

GIVEN NAMES OF STUDENT: S U S A N

CURRENT ADDRESS:
SUSAN      MULLEY
240 WESTWOOD RD      APT. UN 20C
GUELPH
UN    N1H7N9

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES      SENIOR
2 CHERRY BLOSSOM E
VINELAND      ON    L0R2C0

NAME AND ADDRESS OF APPROVED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
STUDENT FINANCE & AWARDS
GUELPH, ONTARIO      N1G2W1

Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G8

NAME OF OFFICER: B. James MacKay
TELEPHONE NO: 807-343-7200
TITLE: Director of Student Support

**CONFIRMATION OF ENROLMENT** - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

NAME OF AUTHORIZED OFFICER: LANGUNI, P.V.
TITLE: ASSISTANT REGISTRAR

RESTRICTIONS, IF ANY, RE LENDER:
LOAN NOT TO EXCEED
TWENTY-FIVE HUNDRED DOLLARS
REMIT $ 0      TO INSTITUTION SHOWN

**LOAN APPLICATION AND AGREEMENT** - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER (A) ABOVE COMPLETED

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER
CIBC National Student Centre

Canada      0250707

000284395  FED251955

DOCUMENT UNCLEAR
DOCUMENT NON LISIBLE

IMPORTANT - READ OVERLEAF

Human Resources
Development Canada
CANADA STUDENT LOANS PROGRAM
SCHEDULE 1
(Veuillez Remplir clairement)
TYPE OR PRINT CLEARLY

| | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| 1 2 | ON | |

▶ CERTIFICATE OF ELIGIBILITY

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N | J |

CURRENT ADDRESS
SUSAN    MULLEY
240 WESTWOOD RD
GUELPH
ON    N1H7H7

| DATE OF BIRTH | | | MALE OR FEMALE | | MARRIED - M SINGLE - S OTHER - O | | WEEKS MARRIED |
|---|---|---|---|---|---|---|---|
| | | | F | | | O | |

NAME AND ADDRESS OF NEXT OF KIN OTHER THAN SPOUSE
FRANCES    SENIOR
2 CHERRY BLOSSOM    APT. BOX175
VINELAND    ON    LOR2C0

NAME AND ADDRESS OF NON-SUBSIDIZING EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
ROOM 3B STUDENT FINANCE & AWARDS
GUELPH, ONTARIO    N1G2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Education and Training
Student Affairs
P.O. Box 4500
Thunder Bay, ON  P7B 1G9

NAME OF OFFICER
B. James MacKay
TELEPHONE NO.
807-343-7260
TITLE
Director, Student Affairs

| HGT CODE | YRS CMPL | FEE OF STUDIES | | |
|---|---|---|---|---|
| E U A K | 4 7 | 3 | 3 3 | P O 4 9 9 |

CSE 4    100

FIRST DISBURSEMENT
NOT BEFORE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| | 0 3 | 0 9 | 9 5 | $ 5445 |

SECOND DISBURSEMENT
NOT BEFORE

| TOTAL AMOUNT OF LOAN | $ 5445 |

DATE OF ISSUE OF THIS CERTIFICATE

| DAY | MONTH | YEAR |
|---|---|---|
| 2 6 | 0 7 | 9 5 |

SIGNATURE OF APPROPRIATE AUTHORITY/OFFICER

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY DESIGNATED EDUCATIONAL INSTITUTION

PERIOD OF STUDIES

| MONTHS | YEAR |
|---|---|

NAME OF ENROLMENT OFFICER
LANDONI, P.V.
TELEPHONE NO.
5198244126

LOAN NOT TO EXCEED
FIFTY-FIVE HUNDRED DOLLARS

TITLE
ASSISTANT REGISTRAR

REMIT $Q TO INSTITUTION SHOWN

SIGNATURE OF AUTHORIZED OFFICER        SIGNATURE OF AUTHORIZED OFFICER    STUDENT'S SIGNATURE

▶ CONSENT AND CERTIFICATION - TO BE COMPLETED BY STUDENT

LENDER'S SUMMARY

| ESTIMATED DATE OF DISBURSEMENT | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 4 | 09 | 9 5 |

| | $5445 |
|---|---|
| | $4971.29 |
| | $4976.29 |

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CIBC NATIONAL STUDENT
2 ROBERT SPECK PKWY
MISSISSAUGA ONT
L4Z 1H8

TRANSIT    05712-010

Canada    1200361

**Exhibit "B"**

# STUDENT LOAN CONSOLIDATION AGREEMENT
## CANADA STUDENT LOANS PROGRAM

**CIBC**
-800-883-2422

WF-26735

CUSTOMER/BORROWER INFORMATION

Bryan                    Mulley

20C-240 Westwood Road  Guelph On  N1H 7W9

| | |
|---|---|
| Amount Balance of Above loan prior to Aug. 1, 199 | $ 36911.29 |
| Amount Balance of above loan on or after August 1, 199 | $ 26440.40 |
| | $ 846.44 |
| Outstanding Loan Balance (line 1 plus 2) | $ 63847.73 |
| Annual Percentage Rate at time of Consolidation | 6.75 % |
| Amortization Period | 174 months |
| Amount of each Monthly Payment | $ 576.30 |
| Date of First Payment | 11-30-04 |
| Monthly Date at time of consolidation | 4-30-19 |

Floating Rate.  2.5

Fixed Rate

CIBC may disclose to and obtain from consumer credit grantors, credit bureaus or credit reporting agencies all particulars and information relevant to my Student Loans. If I am in default, for the purposes of locating me, CIBC may obtain information from my employer (past or present. CIBC may exchange information obtained from any source with any or the appropriate authority, any educational institution and the federal government, but solely for the purposes of the administration or enforcement of the Old Act and/or the New Act.

Disclosure is made to the borrower by CANADIAN IMPERIAL BANK OF COMMERCE, per CIBC National Student Centre.

Signature of CIBC Representative X

I have received a copy of this agreement, with all of the applicable blanks filled.

Signed at _____ 199 ___ day of _____ 199___

Borrower X _____

SEE REVERSE FOR ADDITIONAL TERMS AND CONDITIONS

**Prepayment.** I may prepay at any time, without penalty or bonus, all or any part of my Outstanding

**Application Of Payments.** CIBC will apply all loan payments first against outstanding interest and against outstanding principal.

**Outstanding Loan Balance due.** My Outstanding Loan Balance will become due and payable on the earliest of:
(a) the day after the date as of which I have failed to pay any regularly scheduled installment for two consecutive months;
(b) The Date of Insolvency; and
(c) if CIBC has contacted me following my failure to pay an installment, and has confirmed that I have not returned to full time studies, and if I have demonstrably and unequivocally refused to pay my Student Loans, the day after the date of that refusal.

1. **Interest Relief.** If I am granted a special interest-free period ("interest relief") under the New Act, the amortization period of my loan is extended by the length of the interest relief period.

5. **Return To Full Time Studies.** If at any time after the date of this Agreement I again become a full-time student (as defined in the New Act and advise CIBC in the proper manner, CIBC will suspend my obligation to pay principal and interest as provided under the New Act. (I will sign a promissory note for outstanding interest, if any, up to date of my return to full time studies.)

6. **Old Act loans.** If my Student Loans include loans made under the Old Act, I irrevocably agree that any payments I make on my Student Loans (including any prepayments) will be applied pro rata between loans made under the New Act and those made under the Old Act.

7. **Miscellaneous.** (a) I acknowledge that my Student Loans were made for the purpose of providing "necessaries" for my education and maintenance. (b) I acknowledge that I have disclosed to CIBC all the particulars and information relating to my Student Loans. (c) I acknowledge that CIBC's means (and, if I have previously received Student Loans from any other lender, the records of that lender) will be conclusive evidence as to all Student Loan amounts advanced to me. (d) Interest under this Agreement is payable before and after default, acceleration and judgment. (e) I will notify CIBC promptly of any change in my name or address. (f) The Regulations made under the New Act may affect my rights and obligations under this Agreement. Those Regulations may be changed from time to time by the federal government.

8. **Pre-Authorized Payment.** If the account identified on the front of this form is a joint account which requires more that one signature to authorize withdrawals, I warrant that all account holders have signed on the front of this form.
If I wish to cancel the Pre-Authorized Payment authorization, I must give CIBC prior written notice. This notice must be mailed to CIBC's National Student Centre, 2 Robert Speck Parkway, Mississauga Ontario L4Z 1H8 in sufficient time so that it will be received at least 10 days before the next payment date. My loan obligations will not be cancelled or reduced if I revoke this authorization.
If my account is with a financial institution other than CIBC, that other institution has no duty to determine whether the payments it debits to my account comply with my authorization.
I will notify CIBC's National Student Centre promptly of change in my account information.

9. **Definitions.** In this Agreement, the following words have the following meanings:

"CIBC" means Canadian Imperial Bank of Commerce.

(a) "Date of Insolvency" means the earliest of the day that:
(i) I attain the status of a bankrupt, (ii) I file a proposal, or a notice of intention to file a proposal, in bankruptcy, (iii) I file a consumer proposal, or (iv) I file an application for a consolidation order or any other document seeking relief under the applicable provincial law relating to the orderly payment of debts that has not been withdrawn;

(b) "New Act" means the Canada Student Financial Assistance Act; and the Regulations made under that Act, as they are each changed from time to time.

(d) "Old Act" means the Canada Student Loans Act and the Regulations made under that Act, as they are each changed from time to time;

(e) "Outstanding Loan Balance" means the principal amount of my Student Loans outstanding at any time, together with all interest (owing and accrued) on that amount.

(f) "Prime Rate" means the variable reference rate of interest per year declared by CIBC from time to time to be its prime rate for Canadian dollar loans made by CIBC in Canada. (This is the rate that CIBC uses to determine floating rate Canadian dollar demand consumer and commercial loans.)

(g) "Student Loan" means any loan made to me under either or both of the Old Act and the New Act.

c

**Exhibit "C"**

**ONTARIO SUPERIOR COURT OF JUSTICE**

BETWEEN:

**THE ATTORNEY GENERAL OF CANADA, ON BEHALF
OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA,
AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE,**

Plaintiff,

- and -

**SUSAN J. MULLEY aka SUSAN J. LEDINGHAM**

Defendant

**JUDGMENT**

ON READING THE Statement of Claim in this action and the proof of service of the statement of claim on the defendant filed, and the defendant having been noted in default,

1.         IT IS ORDERED AND ADJUDGED that the defendant, SUSAN J. MULLEY aka SUSAN J. LEDINGHAM, pay to the plaintiff the sum of $62,577.89 and the sum of $ 7,411.00 for the costs of this action as assessed by the court.

This judgment bears interest at the contractual rate of prime plus 2.5% per cent per year from its date.

Date: January 23, 2008        Signed by _____
                                             Local registrar

ENTERED AT GUELPH
in Book No 1
as Document No 107
on January 23/08
by JP

Address of court office:
74 Woolwich Street,
GUELPH, Ontario. N1H 3T9.

ATTORNEY GENERAL OF CANADA

and

MULLEY AKA LEDINGHAM

Court file no. 880/07 SR

SUPERIOR COURT OF JUSTICE
Proceeding commenced at GUELPH

JUDGMENT

Name, address and telephone
number of solicitor or party

DIANE KENNEDY SQUIRES,
SMITHVALERIOTE LAW FIRM,1 (LS# 28496H)
Barristers and Solicitors,
100-105 Silvercreek Parkway North,
P.O. Box 1240,
GUELPH, Ontario.
N1H 6N6.
(519) 837-2100
Solicitors for the Plaintiff.

# Exhibit "D"

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| H. Michael Soroy, Esq. (SBN 153 944) <br> Colin Northcutt, Esq. (SBN 251 073) <br> LAW OFFICES OF H. MICHAEL SOROY <br> 11766 Wilshire Boulevard, Suite 460 <br> Los Angeles, California 90025 <br> TELEPHONE NO. (310) 444-7750   FAX NO. *(Optional)* (310) 312-1034 <br> E-MAIL ADDRESS *(Optional):* office@soroylaw.com <br> ATTORNEY FOR *(Name):* Attorney General of Canada | **ORIGINAL FILED** <br> SEP 2 2010 <br> **LOS ANGELES SUPERIOR COURT** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS 111 North Hill Street
MAILING ADDRESS 111 North Hill Street
CITY AND ZIP CODE Los Angeles, California 90012
BRANCH NAME Central District - Stanley Mosk Courthouse

PLAINTIFF: THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER
MAJESTY THE QUEEN IN RIGHT OF CANADA
DEFENDANT: SUSAN J. MULLEY, also known as SUSAN J. LEDINGHAM

| JUDGMENT | | | CASE NUMBER |
|---|---|---|---|
| ___ By Clerk    X By Default    ___ After Court Trial <br> X By Court    X On Stipulation    ___ Defendant Did Not <br> Appear at Trial | | | BC 432 993 |

**JUDGMENT**

1. **X** BY DEFAULT
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. _____ Clerk's Judgment (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. **X** Court Judgment (Code Civ. Proc., § 585(b)). The court considered
      (1) _____ plaintiff's testimony and other evidence.
      (2) **X** plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. _____ ON STIPULATION
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. _____ the signed written stipulation was filed in the case.
   c. _____ the stipulation was stated in open court    _____ the stipulation was stated on the record.

3. _____ AFTER COURT TRIAL. The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):*
      before *(name of judicial officer):*
   b. Appearances by:
      _____ Plaintiff *(name each):*                          _____ Plaintiff's attorney *(name each):*
         (1)                                                      (1)
         (2)                                                      (2)
      _____ Continued on Attachment 3b.

      _____ Defendant *(name each):*                          _____ Defendant's attorney *(name each):*
         (1)                                                      (1)
         (2)                                                      (2)
      _____ Continued on Attachment 3b.

   c. _____ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. _____ A statement of decision (Code Civ. Proc., § 632)   _____ was not   _____ was   requested.

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**



Code of Civil Procedure, §§ 585, 664.6

| PLAINTIFF: THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA DEFENDANT: SUSAN J. MULLEY, also known as SUSAN J. LEDINGHAM | CASE NUMBER: BC 432 993 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:**   _X_ THE COURT      ___ THE CLERK

4. ___ Stipulated Judgment. Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a. _X_ for plaintiff *(name each):* THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA
and against defendant *(names):* SUSAN J. MULLEY, also known as SUSAN J. LEDINGHAM
___ Continued on Attachment 5a.

b. ___ for defendant *(name each):*

c. ___ for cross-complainant *(name each):*

and against cross-defendant *(name each):*

___ Continued on Attachment 5c.

d. ___ for cross-defendant *(name each):*

6. **Amount.**

a. _X_ Defendant named in item 5a above must pay plaintiff on the complaint:

| (1) | _X_ | Damages | $ 62,233.89 |
| (2) | _X_ | Prejudgment interest at the annual rate of prime +2.5% | $ 9,051.43 |
| (3) | ___ | Attorney fees | $ |
| (4) | _X_ | Costs | $ 544.84 |
| (5) | ___ | Other *(specify):* | $ |
| (6) | | **TOTAL** | $ 71,830.16 |

c. ___ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| (1) | ___ | Damages | $ |
| (2) | ___ | Prejudgment interest at the annual rate of  % | $ |
| (3) | ___ | Attorney fees | $ |
| (4) | ___ | Costs | $ |
| (5) | ___ | Other *(specify):* | $ |
| (6) | | **TOTAL** | $ |

b. ___ Plaintiff to receive nothing from defendant named in item 5b.
___ Defendant named in item 5b to recover costs $
and attorney fees $

d. ___ Cross-complainant to receive nothing from cross-defendant named in item 5d.
___ Cross-defendant named in item 5d to recover costs $
and attorney fees $

7. ___ Other *(specify):*

Date: SEP - 2 2010

Date: ___ Clerk, by _____, Deputy

| (SEAL) | **CLERK'S CERTIFICATE** *(Optional)* |

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy