*(handwritten, top right)* 9-21-2015 (gmy) AG v. Mulley = (Pleadings) Them>

*(handwritten, top left, circled)* KAI

1  LAW OFFICES OF DAVID S. HAGEN
   DAVID S. HAGEN - SBN 110588
2  16830 Ventura Blvd., Suite 500
   Encino, California 91436-1795
3  (818) 990-4416
   Fax: (818) 990-5680
4
   Attorney for Defendant
5

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11  In re:                        ) No. 2:15-bk-17484-RK
                                   )      Chapter 7
12  SUSAN J MULLEY,                )
                      Debtor.      )
13                                 ) Adv. 2:15-ap-01446-RK
    _____
14                                 ) **DEFENDANTS ANSWER TO COMPLAINT**
                                   ) **OBJECTING TO DISCHARGEABILITY OF**
15  THE ATTORNEY GENERAL OF CANADA ON ) **DEBT (523(A)(8))**
    BEHALF OF HER MAJESTY THE QUEEN )
16  IN RIGHT OF CANADA AS REPRESENTED )
    BY   THE   MINISTER   OF   NATIONAL ) Date: October 20, 2015
17  REVENUE, a Canadian governmental ) Time: 1:30 p.m.
    entity,                        ) Court: 1675
18                                 )
                       Plaintiff,  )
19                                 )
    v.                             )
20                                 )
    SUSAN J MULLEY,                )
21                                 )
                      Defendant.   )
22  _____)

*(handwritten, right of caption)* } Calendar ok on 9/21/15

23      Defendant Susan J Mulley ("Defendant" or "Mulley") herein answers

24  the complaint of Plaintiff as follows:

25      1.  Defendant admits the allegations contained in paragraphs 1,

26  2, 3, 4, 5, 6, 7, 12, 13, 14, 15, 16 and 17.

27      2.  In response to the allegations contained in paragraphs 8, 9,

28                              1

*(handwritten, bottom right)* Exhibit 2

1  10 and 11, Defendant denies, on information and belief, each and every

2  allegation contained therein.

3       3.   In response to the allegations contained in paragraph 18,

4  Defendant reincorporates and realleges her answers to paragraphs 1

5  through 17 as set forth above.

6       4.   Defendant denies each and every allegation contained in

7  paragraphs 19, 20 and 21.

8                      **FIRST AFFIRMATIVE DEFENSE**

9       Plaintiff has failed to state a cause of action upon which relief

10  may be granted.

11                     **SECOND AFFIRMATIVE DEFENSE**

12      Debtor contends that foreign student loans are outside the scope

13  of Section 523(a)(8) and are thus dischargeable.

14      DATED: September 16, 2015

15                         LAW OFFICES OF DAVID S. HAGEN

16

17                         By:____/s/ DAVID S. HAGEN____
                              DAVID S. HAGEN, Attorney for
18                            Defendant Susan J Mulley

19

20

21

22

23

24

25

26

27

28
                                   2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16830 Ventura Blvd., Suite 500, Encino, CA 91436-1795

A true and correct copy of the foregoing document entitled (*specify*): <u>ANSWER TO COMPLAINT OBJECTING TO</u>
<u>DISCHARGEABILITY OF DEBT (523(A)(8))</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
09/16/2015          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
    UST (LA):                                 ustpregion16.la.ecf@usdoj.gov
    Kristin A Ingulsrud (Atty for Plaintiff)       office@soroylaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*)  09/16/2015          , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Kristin A Ingulsrud c/o Law Offices of H. Michael Soroy, 11766 Wilshire Blvd, Suite 270, Los Angeles, CA 90025-6547

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/16/2015 | DAVID S. HAGEN | /S/ DAVID S. HAGEN |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

CM/ECF- U.S.Bankruptcy Court(v4.5.1 - LIVE)    Entered 12/16/15 15:36:31    Page 1 of 2
Case 2:15-ap-01446-rk    Doc 11    Filed 12/14/15
Attachment 2 of 3    Page 4 of 44

## Answer a Complaint

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from David S Hagen entered on 9/16/2015 at 11:27 AM PDT and filed on 9/16/2015

**Case Name:**        The Attorney General Of Canada On Behalf Of Her Ma v. Mulley
**Case Number:**    2:15-ap-01446-RK
**Document Number:** 6

**Docket Text:**
Answer to Complaint *to Determine Dischargeability of Debt (523)(a)(8))* Filed by Susan J Mulley. (Hagen, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Answerto523Complaint091615.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=9/16/2015] [FileNumber=80769891-0] [2d893be84a3d098ce0c2d0b9357bbe04d0e8087f73b049ef9820d0c2884377943a 3c94734e46a2a3bde9aa717ae1d731aa29de8ef1fb5202d13ff764723aa2a4]]

**2:15-ap-01446-RK Notice will be electronically mailed to:**

David S Hagen on behalf of Defendant Susan J Mulley
go4broq@earthlink.net

Brad D Krasnoff (TR)
jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:15-ap-01446-RK Notice will not be electronically mailed to:**

Kristin A Ingulsrud on behalf of Plaintiff The Attorney General Of Canada On Behalf Of Her Majesty The Queen In Right Of Canada As Represented By The Minister Of National Revenue, A Canadiangovernmental entity
Law Offices of H Michael Soroy
11766 Wilshire Blvd #270
Los Angeles, CA 90025

Michael Soroy on behalf of Plaintiff The Attorney General Of Canada On Behalf Of Her Majesty The Queen In Right Of Canada As Represented By The Minister Of National Revenue, A

Canadiangovernmental entity
11766 Wilshire Blvd. Ste 460
Los Angeles, CA 90025

Peter C Ver Halen on behalf of Plaintiff The Attorney General Of Canada On Behalf Of Her Majesty
The Queen In Right Of Canada As Represented By The Minister Of National Revenue, A
Canadiangovernmental entity
Law Offices of H Michael Soroy
11766 Wilshire Blvd Ste 270
Los Angeles, CA 90025-6547

H. Michael Soroy, Esq. (SBN 153 944)
Colin Northcutt, Esq. (SBN 251 073)
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 460
Los Angeles, California 90025-6537
Telephone: (310) 444-7750
Facsimile: (310) 312-1034
E-mail: office@soroylaw.com

Attorneys for Plaintiff,
THE ATTORNEY GENERAL OF CANADA

**ORIGINAL FILED**

SEP - 2 2010

**LOS ANGELES
SUPERIOR COURT**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES [UNLIMITED]

| | |
|---|---|
| THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN J. MULLEY, also known as SUSAN J. LEDINGHAM, an individual, and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO.: BC 432 993<br><br>**DECLARATION OF JENNIFER LEE TROTTIER IN SUPPORT OF DEFAULT JUDGMENT**<br>[PURSUANT TO C.C.P. 585] |

I, Jennifer-Lee Trottier, of the City of Gatineau, in the Province of Quebec declare as follows:

1.     I am an officer with Canada Revenue Agency (hereinafter "Agency"), which is responsible for the collection of Guaranteed student loans made pursuant to the *Canada Student Loans Act*, R.S.C. 1985, c. s-23, as amended (hereinafter "*CSLA*"), and its Regulations, as amended (hereinafter "*CSLRs*"). I make this Declaration in support of Plaintiff's Request for

1  Entry of Default Judgment. All facts recited herein are within my personal knowledge, and, if

2  called to testify thereto, I could and would do so competently.

3       2.     I have examined the records of Human Resources and Skills Development

4  Canada (previously Social Development Canada and Human Resources and Social Development

5  Canada) (hereinafter "Department") and have made appropriate enquiries of others to inform

6  myself in order to make this affidavit. This affidavit discloses, to the full extent of my

7  knowledge, information and belief, all documents relating to any matter in issue in this action

8  that are or have been in the possession, control or power of the Department.

9       3.     All accounting records made by the Department pertaining to Susan J. Mulley

10  AKA Susan J. Ledingham's ("Defendant") Guaranteed Canada student loans, monies received

11  and payments made by the Defendant herein are located at, and are under the control and

12  custody of the Department at its offices in Gatineau, Quebec, Canada. There is no office of the

13  Canada Student Loans Program in Los Angeles, California, USA, or its surrounding areas.

14       4.     I have examined the records pertaining to the Guaranteed Canada student loans

15  made to the Defendant pursuant to the *CSLA* and *CSLRs*. This examination reveals that the

16  Defendant entered into a series of Guaranteed Canada student loan agreements with the

17  Canadian Imperial Bank of Commerce (hereinafter the "Lender") under which the Lender

18  disbursed to the Defendant guaranteed student loans totaling $56,140.00. The dates and

19  amounts of the guaranteed student loan agreements are listed below:

LOANS ENTERED INTO BEFORE AUGUST 1, 1993

WHEREIN SUBSECTION 4(1) OF THE CSLA APPLY:

| DATE | AMOUNT |
|------|--------|
| September 30, 1975 | $ 800.00 |
| September 15, 1976 | $ 1,000.00 |
| May 4, 1984 | $ 1,600.00 |
| September 26, 1984 | $ 3,200.00 |
| January 23, 1985 | $ 160.00 |
| May 7, 1985 | $ 1,680.00 |

2

| | | |
|---|---|---|
| 1 | February 7, 1986 | $ 1,680.00 |
| 2 | September 15, 1986 | $ 3,360.00 |
| 3 | November 27, 1987 | $ 3,360.00 |
| 4 | May 30, 1988 | $ 1,680.00 |
| 5 | January 16, 1989 | $ 3,360.00 |
| 6 | May 5, 1989 | $ 1,680.00 |
| 7 | September 30, 1990 | $ 3,570.00 |
| 8 | May 27, 1991 | $ 1,785.00 |
| 9 | November 13, 1991 | $ 3,465.00 |
| 10 | May 27, 1992 | $ 1,785.00 |
| 11 | November 13, 1992 | $ 3,570.00 |
| 12 | | |
| 13 | TOTAL: | $37,735.00 |
| 14 | | |
| 15 | LOANS ENTERED INTO AFTER AUGUST 1, 1993 | |
| 16 | WHEREIN SUBSECTION 4(2) OF THE CSLA APPLY | |
| 17 | | |
| 18 | DATE | AMOUNT |
| 19 | October 26, 1993 | $ 3,465.00 |
| 20 | May 27, 1994 | $ 1,575.00 |
| 21 | September 8, 1994 | $ 5,445.00 |
| 22 | May 12, 1995 | $ 2,475.00 |
| 23 | September 14, 1995 | $ 5,445.00 |
| 24 | TOTAL | $18,405.00 |
| 25 | | |

26      In total, the Defendant requested and received $56,140.00 ($37,735.00 + $18,405.00) in

27   Guaranteed Canada student loans.

28

3

1   Attached hereto and marked collectively as Exhibit "A" are true copies of the Guaranteed

2   Canada student loan agreements prepared by the Lender in the normal ordinary course of

3   business with respect to the administration of Guaranteed Canada student loans.

4         5.     In signing the Guaranteed Canada student loan agreements, the Defendant

5   acknowledged receipt of the amounts referred therein, certified that she had read and understood

6   the terms and conditions and Instructions to Students Overleaf and agreed to repay her

7   indebtedness as required by the *CSLA* and *CSLRs*. A copy of the Guaranteed Canada student

8   loan agreements were delivered to the Defendant and therefore the Defendant is, or ought to

9   have been aware of the provisions therein.

10        6.     The Defendant ceased to be a full time student on the last day of April 2004.

11        7.     For loans to which 4(1) of the *CSLA* applied, namely the loans referred to in

12  paragraph 4, the Defendant became liable to pay interest accruing on her Guaranteed Canada

13  student loan from the first day of the seventh month after the month in which she ceased to be a

14  full-time student, namely, November 1, 2004.

15        8.     For loans to which subsection 4(2) of the *CSLA* applied, namely the loans

16  referred to in paragraph 4, the Defendant became liable to pay interest accruing on her

17  Guaranteed Canada student loans from the first day of the month after the month in which she

18  ceased to be a full-time student. Interest accrued at the variable rate of prime plus 2.5% per

19  annum to the last day of the sixth month after the month in which the debtor ceased to be a full-

20  time student. At the time of consolidation, the Defendant had the option to pay that interest or

21  include it in the principal amount of her Guaranteed Canada student loans. As the Defendant

22  opted to not pay or failed to pay the interest accrued in this period, it was added to and became

23  part of the principal amount of the Guaranteed Canada student loan on the first day of the

24  seventh month after the month in which the Defendant ceased to be a full-time student i.e.,

25  November 1, 2004.

26        9.     The Lender prepared a student loan consolidation agreement form (hereinafter a

27  Consolidation Agreement) in anticipation of the Defendant complying with the requirement to

28  consolidate all loans within six months after ceasing to be a full-time student. The Consolidation

4

CASE NO.: BC 432 993
DECLARATION…

1  Agreement is a document prepared by the Lender in the ordinary course of business with respect
2  to Guaranteed Canada student loans which consolidates all Guaranteed Canada student loan
3  agreements made to a borrower and sets out the terms and conditions for repayment of the
4  consolidated loans. In breach of section 7 of the *CSLRs*, the Defendant failed to enter into (i.e.,
5  sign) the Consolidation Agreement with the Lender. Pursuant to the subsection 9 (1) of the
6  *CSLRs* and the terms of each Guaranteed Canada student loan agreement, the principal amount
7  of the Guaranteed Canada student loan and interest accrued thereon became due and payable on
8  the first day of the seventh month after the month in which the Defendant ceased to be a full-
9  time student.  Attached hereto and marked as Exhibit "B" is a true copy of the unsigned
10 Consolidation Agreement.

11         10.    Because the Defendant did not enter into a Consolidation Agreement, the Lender
12 sent a formal demand by certified mail to the Defendant for payment in full of her Federal
13 Student loan in the amount of $65,328.70, plus interest at the rate of prime plus 2.5% from
14 November 1, 2004.

15         11.    The Defendant failed to maintain payments and comply with the formal demand
16 sent by the Lender, thus causing the Lender to sustain a loss.  Therefore, pursuant to section 7 or
17 7.1 of the *CSLA* and section 28 of the *CSLRs*, the Lender submitted a Claim for Loss (Schedule
18 6) to the Department dated April 14, 2005, with respect to the Guaranteed student loans
19 disbursed to the Defendant.  On or about May 12, 2005, the Crown paid the Lender the sum of
20 $51,680.91, which consisted of the principal amount of $49,885.41, plus interest in the sum of
21 $1,780.50 and costs of $15.00.

22         12.    By virtue of the Crown's payment and section 30 of the *CSLRs*, Her Majesty
23 became subrogated in and to all the rights of the Lender in respect of the outstanding Guaranteed
24 Canada student loan referred to herein.  Accordingly, the Defendant's outstanding Canada
25 student loan became a debt owing to the Crown.

26         13.    Her Majesty tasked the Attorney General of Canada with collecting the
27 Defendant's unpaid guaranteed Student Loan.

28

CASE NO.: BC 432 993
DECLARATION...

1    14.    On or about December 19, 2007, a Statement of Claim was issued by the Local

2    Registrar of the Ontario Superior Court of Justice. The Statement of Claim indicated that the

3    Defendant had been sued, by whom, for what, in what amount, before what court, that she had

4    20 days to respond (and how to do so), what a failure to respond might entail (automatic loss of

5    the lawsuit), that she could have a lawyer respond on her behalf, and who represented the

6    plaintiff (and their contact information). Attached hereto and marked as Exhibit "C" is a true

7    copy of the Statement of Claim.

8    15.    On or about December 27, 2007, and in accordance with the *Ontario Rules of*

9    *Civil Procedure*, the Statement of Claim was personally served on the Defendant at 240-20C

10    Westwood Road, Guelph, Ontario, Canada. Attached hereto and marked as Exhibit "D" is a true

11    copy Affidavit of Service.

12    16.    The Defendant did not respond to the Statement of Claim. On or about

13    January 23, 2008, Judgment was entered by the Ontario Superior Court of Justice in favor of

14    Attorney General and against Susan J. Mulley aka Susan J. Ledingham, in the amount of

15    $62,577.89 and costs of $1,411.00 in Canadian Dollars. Attached hereto and marked as Exhibit

16    "E" is a true copy of the Default Judgment.

17    17.    The proceeding before the Ontario Superior Court of Justice was not contrary to

18    an agreement between the parties under which the dispute in question was to be determined

19    otherwise than by proceedings in the Ontario Superior Court of Justice.

20    18.    To the best of my knowledge the Judgment does not conflict with another final

21    and conclusive judgment.

22    19.    A Writ of Enforcement was issued on or about February 1, 2008, in the Judicial

23    County of Wellington. However, all attempts to collect the judgment have proven fruitless. As

24    of the date of this declaration, the judgment remains unpaid in its entirety. Attached hereto and

25    marked as Exhibit "F" is a true copy of the Writ of Enforcement.

26    20.    As of the date of this declaration, no appeal has been made to this judgment, and

27    no application has been made to set it aside.

28

6

21.     As of July 30, 2010, the Defendant owes the principal amount of $63,988.89 CAD, together with interest calculated at the variable rate of prime plus 2.5% (currently 5.25%) per annum in the amount of $9,306.68 CAD for a total of $73,295.57 CAD on her Guaranteed Canada student loan (CSL1). Interest continues to accrue at the current daily rate of $9.20 CAD. Attached hereto and marked as Exhibit "G" is a Statement of Account which is a document prepared by the Department in the ordinary course of business, which reflects the balance outstanding on the Guaranteed Canada student loan (CSL1) Judgment as of July 30, 2010.

22.     As of July 30, 2010, the Defendant owes the amount of $155.00 CAD with respect to legal costs associated with the registration of the Writ of Enforcement referred to in paragraph 19 above. Attached hereto and marked as Exhibit "H" is a Statement of Account which is a document prepared by the Department in the ordinary course of business, which reflects the balance outstanding on the legal costs account as of July 30, 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed this 3rd day of August, 2010, at Ottawa Ontario

SWORN BEFORE ME
at the City of Ottawa
in the Province of Ontario,
this 3rd day of August, 2010.

_Holden_                              _Jennifer Lee Trottier_
                                      Jennifer Lee Trottier

Gaynor Marion Holden, a Commissioner etc.,
City of Ottawa, for the Government of Canada,
Canada Revenue Agency.
Expires July 18, 2013.

CASE NO.: BC 432 993
DECLARATION...

A

Attached hereto is Exhibit "A" referred
to in the Affidavit of Jennifer-Lee
Trottier

Sworn before me this 3rd day of
August, 2010.

Gaynor Marion Holden, a Commissioner etc.,
City of Ottawa, for the Government of Canada,
Canada Revenue Agency.
Expires July 18, 2013.

B

CANADA STUDENT LOANS PLAN

CERTIFICATE NO. ___

SCHEDULE 1

IMPORTANT TO YOU    READ OVERLEAF

PLEASE TYPE OR PRINT CLEARLY

1504 32023U1

| | | SOCIAL INSURANCE NO |
|---|---|---|
| ON | 4 5 8 | 9 4 9 4 4 3 |

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

SURNAME OF STUDENT

M U L L E Y

GIVEN NAMES OF STUDENT

S U S A N   J

NAME AND MAILING ADDRESS

SUSAN J MULLEY
50 ST GEORGE ST
BRANTFORD        ONT
N3R 1V4

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | 06 | 07 | 57 | | F | | S |

| INST. CODE | FIELD OF STUDY | CODE | YR OF STUDY | | SEM/ACAD YR END DATE | | |
|---|---|---|---|---|---|---|---|
| 1 5 0 4 | | 1 2 | YR. 1 | S 6 | S OR T Y | 0 4 | 76 |

PERMANENT ADDRESS (IF DIFFERENT FROM ABOVE)

MULLEY              JACK F
50 ST GEORGE ST
BRANTFORD        ONT

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
GUELPH
ONTARIO  N1G 2W1

| FIRST DISBURSEMENT | | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|---|
| NOT BEFORE | | 17 | 09 | 75 | $800 XX |
| SECOND DISBURSEMENT | | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | | $ .XX |

NAME AND ADDRESS OF ISSUING AGENCY

MINISTRY OF COLLEGES AND UNIVERSITIES
STUDENT AWARDS BRANCH, PARLIAMENT BLDGS
QUEENS PARK, TORONTO, ONTARIO

| PREVIOUS LOANS DECLARED | | TOTAL AMOUNT OF LOAN | $800 XX |
|---|---|---|---|
| | DATE OF ISSUE OF THIS CERTIFICATE | DAY 17 | MONTH 09 | YEAR 75 |

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| RG DAVIDSON | 824-4120 |

TITLE

ASST. REGISTRAR

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT

ISSUING OFFICER'S SIGNATURE

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY EDUCATIONAL INSTITUTION

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| RG DAVIDSON | 824-4120 |

INSTRUCTIONS, IF ANY, TO BANK

REMIT TO INSTITUTION SHOWN

University of Guelph

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE SEMESTER/ACADEMIC YEAR ENDING IN THE MONTH INDICATED ABOVE.

SIGNATURE OF OFFICIAL

| DAY | MONTH | YEAR |
|---|---|---|
| 26 | 09 | 75 |

VALID ONLY FOR 30 DAYS AFTER THIS DATE

TITLE

ASST. REGISTRAR

STUDENT'S SIGNATURE

## LOAN APPLICATION AND AGREEMENT — TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR THE LOAN SHOWN AS ''AMOUNT, IF ANY, NOW BEING DISBURSED'' AND CERTIFY THAT THE AMOUNT SHOWN AS ''TOTAL PRINCIPAL CARRIED FORWARD'' TRULY REPRESENTS MY TOTAL PRINCIPAL OUTSTANDING UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN AND THAT I HAVE READ, UNDERSTAND AND AGREE TO COMPLY WITH THE CONDITIONS AND TERMS SUMMARIZED OVERLEAF, AND THAT I SHALL REPAY MY TOTAL INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS.

I HAVE ASKED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS ''TOTAL PRINCIPAL CARRIED FORWARD'' TRULY REPRESENTS THE ABOVE NAMED STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME AND ADDRESS OF BANK

CANADIAN IMPERIAL BANK OF COMMERCE
University of Guelph
GUELPH, ONT.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 30 | 09 | 75 |
| AMOUNT, IF ANY, NOW BEING DISBURSED | $800 | | .XX |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | NIL | | |
| TOTAL PRINCIPAL CARRIED FORWARD | $800 | | |

| M.I.C.R. BANK TRANSIT NUMBER | 064 02 010 |
|---|---|

STUDENT'S SIGNATURE

COPY 1-BANK

PIN 270-1E (REV. 4/73)

DISTRIBUTION – COPY IS RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO DEPT. OF FINANCE AT TIME OF ISSUE (ONTARIO, TO THE INSTITUTION)
COPY 4 – TO BE GIVEN TO STUDENT BY BANK
COPY 3 – TO STUDENT    TO BE GIVEN TO EDUCATIONAL INSTITUTION
COPY 2 – BY ISSUING    TO BE SENT BY BANK TO C.S.L.A.
COPY 1 – AUTHORITY    TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

623625

## INSTRUCTIONS TO STUDENT

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender for negotiation (all Canadian chartered banks and designated credit unions, hereinafter referred to as "bank" or "lender"). NOTE: this certificate must be negotiated within thirty days of having been signed by the educational institution.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement you must obtain a Schedule 2 from a bank at the beginning of your second term and follow the instructions on that form.

5. If you withdraw early, your academic year end shown overleaf will be adjusted to the date of withdrawal.

6. If you do not enroll in the course and full period for which this certificate is issued it must be returned to the issuing agency with an explanatory note.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, legal proceedings may be instituted.

2. You hereby agree to provide the necessary documents as required in instructions above.

3. You hereby agree to notify the bank of any changes in your address or name as they occur.

4. You hereby agree to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with the bank within six months of the date upon which you ceased to be a full-time student as supported by your Schedule 1 or 2. NOTE: the interest charged to you on this and subsequent loans is determined at the time you complete the Consolidated Guaranteed Student Loan Agreement or become liable for repayment, whichever is the earlier date.

5. You hereby agree to attend as required by the lender, the Federal Government or its agents any meeting called for the purpose of discussing your loans.

6. You hereby authorize any educational institution that you may have attended to release to the lender holding your loans or the Federal Government or its agents such pertinent information as they may require, from time to time.

7. You hereby authorize the educational institution to apply any refund of fees which have been paid with the proceeds of a Canada Student Loan, towards that Canada Student Loan.

CANADIAN IMPERIAL BANK OF COMMERCE
University of Guelph
Guelph, Ont.

**IMPORTANT TO YOU — READ OVERLEAF**

FinAnce — FinAncé
CANADA STUDENT LOANS PLAN
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

3194

PROVINCIAL USE

EUAK 3154281

| | SOCIAL INSURANCE NO. |
|---|---|
| ON | 4 5 8 9 4 9 4 4 3 |

### ▶ LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

C. I. B. C.    U. of G.

SURNAME OF STUDENT

M U L L E Y,

GIVEN NAMES OF STUDENT

S U S A N J.

NAME AND MAILING ADDRESS

SUSAN J MULLEY
50 ST GEORGE ST
BRANTFORD    ONT
N3R 1V4

251 TUNDRA
PRAIRIE HALL
U. of G.

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | 0 6 | 0 7 | 5 7 | | F | | S |

PERMANENT ADDRESS (IF DIFFERENT FROM ABOVE)

MULLEY        JACK F.
50 ST GEORGE ST
BRANTFORD    ONT

| INST. CODE | FIELD OF STUDY | CODE | YR. OF STUDY | | SEM/ACAD YR END DATE | | |
|---|---|---|---|---|---|---|---|
| | | | YR | HRS | S OR F | MONTH | YEAR |
| E U A K | 5 0 | | 2 | 6 | Y | 0 4 | 7 7 |

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
GUELPH
ONTARIO  N1G 2W1

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 0 1 | 0 9 | 7 6 | $1000 .XX |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | .XX |

NAME AND ADDRESS OF ISSUING AGENCY

Ministry of Colleges and Universities,
Student Award Branch,
8th Floor, Mowat Block,
Toronto, Ontario. M7A 2B4

| PREVIOUS LOANS DECLARED | | TOTAL AMOUNT OF LOAN | $1000 .XX |
|---|---|---|---|
| | | DATE OF ISSUE OF THIS CERTIFICATE | DAY MONTH YEAR  1 7 0 7 7 6 |

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W.H. Clarkson | 965-5241 |

TITLE

Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

*W.H. Clarkson*
ISSUING OFFICER'S SIGNATURE

### ▶ CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY EDUCATIONAL INSTITUTION

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| RG DAVIDSON | 824-4120 |

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE SEMESTER/ACADEMIC YEAR ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK

REMIT  TO INSTITUTION SHOWN
1000.00

*RG Davidson /AR*
SIGNATURE OF OFFICIAL

| DAY | MONTH | YEAR |
|---|---|---|
| 07 | 09 | 76 |

*Bursar University of Guelph*

TITLE

ASST. REGISTRAR

VALID ONLY FOR 30 DAYS AFTER THIS DATE

*Susan J. Mulley*
STUDENT'S SIGNATURE

### ▶ LOAN APPLICATION AND AGREEMENT — TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR THE LOAN SHOWN AS "AMOUNT, IF ANY, NOW BEING DISBURSED" AND CERTIFY THAT THE AMOUNT SHOWN AS "TOTAL PRINCIPAL OUTSTANDING ON THE EFFECTIVE DATE SHOWN UNDER THE CANADA STUDENT LOANS ACT. I FURTHER CERTIFY THAT I HAVE READ AND UNDERSTOOD THE TERMS AND CONDITIONS OF SUCH LOANS SUMMARIZED ON THE REVERSE OF THIS FORM AND I AGREE TO COMPLY WITH THEM AND TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE ABOVE NAMED STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

*A. Clarkson*
SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME AND ADDRESS OF BANK

**CANADIAN IMPERIAL BANK OF COMMERCE**
UNIVERSITY OF GUELPH
GUELPH, ONT.

*Susan J. Mulley*
STUDENT'S SIGNATURE

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 15 | 09 | 76 |
| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1000 .XX | | |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 800 — | | |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 1800 — | | |

| M.I.C.R. BANK TRANSIT NUMBER | :064 52 010: |
|---|---|

◄ COPY 1 — BANK

DISTRIBUTION — COPY 1 IS RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO DEPT. OF FINANCE AT TIME OF ISSUE (ONTARIO, TO THE INSTITUTION)
COPY 4 TO BE GIVEN TO STUDENT AT BANK
COPY 3 — STUDENT TO BE SENT BY BANK TO SPECIFIED EDUCATIONAL INSTITUTION
COPY 2 — AT ISSUING TO BE SENT BY BANK TO C.S.L.P.
COPY 1 — AUTHORITY TO BE RETAINED BY BANK

FIN 270 1E (REV. 2/76)

CROWN COPYRIGHTS RESERVED

874719

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

NOTE: This certificate must be negotiated within thirty days of having been signed by the educational institution.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your bank at the beginning of the semester for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your semester/academic year end date shown overleaf will be adjusted to the date of withdrawal and your interest free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a succeeding semester/academic year, you will lodge with your bank within six months before the end of your current semester/academic year either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from any bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from any bank) if you have not applied for a new loan and the semester/academic year is coming to end.

NOTE: Failure to lodge the appropriate Schedule by the required date will result in the loss of your interest free status and you will become responsible for payment of interest due on any earlier loans to the date on which you do present to the bank evidence acceptable to it of continuing your enrolment as a full-time student.

3. You hereby agree to notify the bank of any changes in your name or address as they occur.

4. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full time student.

NOTE: The interest charged to you on your Canada Student Loans is determined by the date on which you complete the required Consolidated Guaranteed Student Loan Agreement or on the date you became liable for repayment, whichever is the earlier.

5. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

6. You hereby authorize any educational institution that you may have attended to release to the lender holding your loans, or to the Federal Government or its agents, such information as they may require, from time to time.

7. You hereby authorize the educational institution to forward any amounts which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

IMPORTANT TO YOU READ OVERLEAF
of Case 2:15-ap-01446-RK    Doc 141-1  Filed 12/11/15  Entered 12/16/15  15:36:07  Desc
Attachment 2 of 3    Page 20 of 44

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY

SCHEDULE 1    STUDENT 9 751368800    EUAK 300692 F1    1    ON  4 5 6 9 4 9 4 4 4
PLEASE TYPE OR PRINT CLEARLY

(R) 4 972058

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J |

NAME AND MAILING ADDRESS
SUSAN J. MULLEY
13 FRANKLIN AVE    110-252 Stone Rd
GUELPH    Wellington Woods
ONT    N1G 4H8    N1G 2W
use    PERM

BIRTH  DAY 06  MONTH 07  YEAR 57    MALE OR FEMALE  SEX F    MARRIED-M SINGLE-S OTHER-O  MARITAL STATUS 0

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H SENIOR
UPPER MT ALBION RD
STONEY CREEK    ONT

INST. CODE  E U A K    F.O.S CODE  3 1    PR. OF STUDY PR 2  PRS 0    NO. OF WKS OF STUDY 4 10    S/P P    PERIOD OF STUDY END DATE  MONTH 08  YEAR 84

CSE 6100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 0 1 | 0 5 | 8 4 | $ 1600.xx |

NAME OF COURSE
GUELPH, ONTARIO    N1G 2W1

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | $ .xx |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

PREVIOUS LOANS    TOTAL AMOUNT OF LOAN  $ 1600.xx

Yes [ ]  No [ ]  9

DATE OF ISSUE OF THIS CERTIFICATE    DAY 2 8  MONTH 0 3  YEAR 8 4

NAME OF OFFICIAL
W.H. Clarkson    TELEPHONE NO.  965-5241

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE
Director of Student Awards

ISSUING OFFICER'S SIGNATURE

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
REMIT    TO INSTITUTION SHOWN
Univ. of Guelph #652.05

NAME OF OFFICIAL
LANDONI, P.V.,    TELEPHONE NO.  824-4120

TITLE
BURSAR

DATE SIGNED  DAY 0 2  MONTH 0 5  YEAR 84

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL    SIGNATURE OF OFFICIAL    STUDENT'S SIGNATURE
Susan J Mulley

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 04 | 05 | 84 |

AMOUNT, IF ANY, NOW BEING DISBURSED  $ 1600.xx

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS  $ 576.29

TOTAL PRINCIPAL CARRIED FORWARD  $ 2176.29

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO N1G 1R7
TELEPHONE 824-0930

M.I.C.R. BANK TRANSIT NUMBER  09752 010

STUDENT'S SIGNATURE
Susan J Mulley

COPY 1 - BANK

DISTRIBUTION - COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD., ONT., MAN., ALTA. & C. SASK.)
COPY 4 - TO BE GIVEN TO STUDENT BY BANK
COPY 3 - TO STUDENT  TO BE SENT BY BANK TO SPECIFIED EDUCATIONAL INSTITUTION
COPY 2 - BY ISSUING  TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 1 - AUTHORITY  P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C8
TO BE RETAINED BY BANK
CROWN COPYRIGHT RESERVED

SEC 4-50 (REV. 83-04)
751368800

2702084

The Canada Student Loans Act and regulations define the legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO YOU — READ OVERLEAF**

Secretary   Secrétariat

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1       STUDENT # 751368800       EVAK 301941 81
PLEASE TYPE OR PRINT CLEARLY

| | SOCIAL INSURANCE NO |
|---|---|
| ON | 4 5 9 9 4 9 4 4 3 |

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N   J |

NAME AND MAILING ADDRESS
SUSAN J. MULLEY
110-252 STONE RD. W.
GUELPH
ONT.    N1G-2V7

| | DAY | MONTH | YEAR | | MARRIED-M SINGLE-S OTHER-O |
|---|---|---|---|---|---|
| DATE OF BIRTH | 0 6 | 0 7 | 5 7 | MALE OR FEMALE  F | S |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H. SENIOR
MT. ALBION RD. RR#1
STONEY CREEK          ONT.    N1

| INST CODE | POS | PR OF STUDY | NO. OF WKS. OF STUDY | B/P | MONTH | YEAR |
|---|---|---|---|---|---|---|
| E U A K | 3 1 | 3 0 | 4 | P | 0 4 | 8 5 |

CBEI $100.

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1
NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario   M7A 2B4

NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT NOT BEFORE | 0 1 | 0 9 | 8 4 | $ 3200 xx |
| SECOND DISBURSEMENT NOT BEFORE | | | | $ xx |
| PREVIOUS LOANS   Yes  No | TOTAL AMOUNT OF LOAN | | | $ 3200 xx |

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 0 1 | 0 8 | 8 4 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W. H. Clarkson | 965-5241 |

TITLE
Director of Student Awards

ISSUING OFFICER'S SIGNATURE
W. H. Clarkson

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, ON OVERLEAF
REMIT TO INSTITUTION SHOWN

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 824-4120 |

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 14 | 09 | 84 |

SIGNATURE OF OFFICIAL
P.V. Landoni

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL              STUDENT'S SIGNATURE

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO N1G 1R7
TELEPHONE 824-0930

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 26 | 09 | 84 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 3200 xx |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 2176.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 5376.29 |
| M.I.C.R. BANK TRANSIT NUMBER | 09952 010 |

SIGNATURE OF STUDENT
Susan J. Mulley

COPY 1 - BANK

DISTRIBUTION — COPY 5 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C. SASK.)
COPY 4 — TO BE GIVEN TO STUDENT BY BANK
COPY 3 — TO STUDENT — TO BE GIVEN BY BANK TO EDUCATIONAL INSTITUTION
COPY 2 — BY ISSUING — TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE, P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C6
COPY 1 — AUTHORITY — TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

SEC 4-50 (REV. 63-04)
751368800.

3038176

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

    (a) a Schedule 1 for a new loan or;

    (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

    (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

Secretary Secrétariat

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1

PLEASE TYPE OR PRINT CLEARLY

STUDENT & 751360076

| | PROVINCE | SOC. INSURANCE NO. |
|---|---|---|
| | ON | |

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

REASSESSMENT

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

NAME AND MAILING ADDRESS

SUSAN J MULLEY
110-252 STONEROAD W
GUELPH
ONT  N1G-2V7

836-5596

PERM

| DATE OF BIRTH | DAY 06 | MONTH 07 | YEAR 57 | MALE OR FEMALE F | SEX | MARRIED-M SINGLE-S OTHER-O T | MARITAL STATUS |
|---|---|---|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)

FRANCES N SENIOR
87 ALBION RD RR01
STONEY CREEK  ONT  N1-

| INST. CODE | POS CODE | PR. OF STUDY PR. | PRS. | NO. OF WKS STUDY | S/P | PERIOD OF STUDY END DATE MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| BUAK | 31 | 3 | 6 | 32 | P | 04 | 5 |

CSE 8100

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 1 | 0 | 8 5 | $ 160.XX |

NAME OF COURSE

GUELPH, ONTARIO  N1G-2V1

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | $ .XX |

NAME AND ADDRESS OF ISSUING AGENCY

Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario  M7A 2B4

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN |
|---|---|
| Yes ☐ No ☐ | $ 160.XX |

| NAME OF OFFICIAL | TELEPHONE NO |
|---|---|
| W. H. Clarkson | 965-5241 |

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | | 0 | 8 5 |

TITLE

Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE
OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

W. H. Clarkson
ISSUING OFFICER'S SIGNATURE

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT
AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE
OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING
IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK

REMIT NIL TO INSTITUTION SHOWN

| NAME OF OFFICIAL | TELEPHONE NO |
|---|---|
| LANDONI, P.V. | 824-3120 |

TITLE

BURSAR

| DATE SIGNED | DAY 08 | MONTH 01 | YEAR 85 |
|---|---|---|---|

P. V. Landoni
SIGNATURE OF OFFICIAL

VALID ONLY FOR 30
DAYS AFTER THIS DATE
BUT NOT BEYOND PERIOD
OF STUDY END DATE

BURSAR

SIGNATURE OF OFFICIAL                STUDENT'S SIGNATURE

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND
STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED
ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CER-
TIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE
DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND
UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS
TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM.
I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE
ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL
PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE
BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL
PRINCIPAL CARRIED FORWARD" THAT REPRESENTS THE STU-
DENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT
LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 23 | 01 | 85 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 160.XX |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 5376.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 5536.29 |

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK

CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO  N1G 1R7
TELEPHONE 824-0998

| M.I.C.R. BANK TRANSIT NUMBER | 89952  010 |
|---|---|

Susan J Mulley
STUDENT SIGNATURE

COPY 1 - BANK

DISTRIBUTION — COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD., ONT., MAN., ALTA, B.C., SASK.)

COPY 4 — TO BE GIVEN     TO BE GIVEN TO STUDENT BY BANK
COPY 3 — TO STUDENT      TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 2 — BY ISSUING      TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 1 — AUTHORITY       P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 5C8
                         TO BE RETAINED BY BANK

EC 4-120 (REV. 83-04)

CROWN COPYRIGHTS RESERVED

3103752

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:
   (a) a Schedule 1 for a new loan or;
   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;
   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

# IMPORTANT — TO BE READ OVERLEAF

Secretary of State / Secrétariat d'État

**CANADA STUDENT LOANS ACT**

CERTIFICATE OF ELIGIBILITY

SCHEDULE 1 — STUDENT # 751368800 — EUAK: 800641 C3

PLEASE TYPE OR PRINT CLEARLY

PROVINCIAL USE

| PROVINCE | SOCIAL INSURANCE NO |
|---|---|
| ON | 4 5 8 9 4 9 4 4 3 |

---

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

REASSESSMENT

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

NAME AND MAILING ADDRESS
SUSAN J MULLEY
140-262 STONE RD W
GUELPH
ONT N1G 2V7
836-5596

| DATE OF BIRTH | DAY 06 | MONTH 07 | YEAR 57 | MALE OR FEMALE F | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H SENIOR
MT ALBION RD RR#1
STONEY CREEK ONT N1...

| INST. CODE EUAK | F.O.S. CODE 31 | PR. OF STUDY PR. 3 | YR. 4 | NO. OF WKS OF STUDY 38 | S/P P | PERIOD OF STUDY END DATE MONTH 09 YEAR 85 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

CSE: $100

NAME OF COURSE
GUELPH, ONTARIO N1G 2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 2 2 | 0 3 | 8 5 | 1680 xx |

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | xx |

PREVIOUS LOANS
Yes ___ No ___

TOTAL AMOUNT OF LOAN $ 1680 xx

| DATE OF ISSUE OF THIS CERTIFICATE | DAY 2 2 | MONTH 0 3 | YEAR 8 5 |

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W. H. Clarkson | 965-5241 |

TITLE
Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

ISSUING OFFICER'S SIGNATURE

---

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK —
REMIT TO INSTITUTION SHOWN

NIL

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 824-4120 |

TITLE
BURSAR

| DATE SIGNED | DAY 06 | MONTH 05 | YEAR 85 |

SIGNATURE OF OFFICIAL

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL

STUDENT'S SIGNATURE

---

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK

**CANADIAN IMPERIAL BANK OF COMMERCE**
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO N1G 1R7
TELEPHONE 824-0930

STUDENT'S SIGNATURE
Susan J Mulley

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 07 | 05 | 85 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1680 xx |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 5536 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 7216 29 |

M.I.C.R. BANK TRANSIT NUMBER :09952 018:

CROWN COPYRIGHTS RESERVED

---

COPY 1 — BANK

SEC 4-30 (REV. 83-04)

751368800

DISTRIBUTION — COPY 1 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
COPY 3 —
COPY 2 —  TO BE GIVEN   TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 4 —  TO STUDENT   TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 1 —  BY ISSUING   P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C8
          AUTHORITY   TO BE RETAINED BY BANK

3373349

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form.  KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.  On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than that stated on your application for this loan or you enrol for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a). a Schedule 1 for a new loan or;

   (b). a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c). a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.  Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is the later, and calculated at the interest rate on that date.

8. In the event of default of this loan, you hereby authorize the educational institution that you may have attended or provincial authority or any employer to release to the lender administering your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

# CANADA STUDENT LOANS ACT
## CERTIFICATE OF ELIGIBILITY
### SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

497213

STUDENT #. 751368800    EUAK 303521 D1

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| 1 | ON | 458 949 443 |

## LOAN AUTHORIZATION – TO BE COMPLETED BY ISSUING AUTHORITY

CIBC - College Ave

**SURNAME OF STUDENT:** MULLEY

**GIVEN NAMES OF STUDENT:** SUSAN J.

**NAME AND MAILING ADDRESS:**
SUSAN J.   MULLEY
110-252 STONE RD W.
GUELPH
ONT    N1G 2V7
836-5596

DATE OF BIRTH: 06 07 57  SEX: F  MARITAL STATUS: 0

**NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):**
FRANCES H.   SENIOR
RT ALBION RD RR#1
STONEY CREEK.   ONT

INST. CODE: EUAK   FOS CODE: 3.1   PR. OF STUDY: -3   NO. OF WKS: 16   B/P: P   PERIOD OF STUDY END DATE: 0486

CSE 2100

**NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:**
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

**NAME OF COURSE:** GUELPH, ONTARIO   N1G 2W1

NOT NEGOTIABLE AFTER THIS DATE

FIRST DISBURSEMENT - NOT BEFORE: 15 01 86  AMOUNT: $1680.xx

SECOND DISBURSEMENT - NOT BEFORE:

**NAME AND ADDRESS OF ISSUING AGENCY:**
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario  M7A 2B4

PREVIOUS LOANS: No   TOTAL AMOUNT OF LOAN: $1680.xx

DATE OF ISSUE OF THIS CERTIFICATE: 15 01 86

**NAME OF OFFICIAL:** W. H. Clarkson   **TELEPHONE NO.:** 965-5241
**TITLE:** Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

## CONFIRMATION OF ENROLMENT – TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK: REMIT   TO INSTITUTION SHOWN
491.70   UNIVERSITY OF GUELPH

**NAME OF OFFICIAL:** LANDONI, P.V.   **TELEPHONE NO.:** 824-4120
**TITLE:** BURSAR

DATE SIGNED: 06 02 86

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

## LOAN APPLICATION AND AGREEMENT FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

EFFECTIVE DATE OF THIS TRANSACTION: 07 02 86
AMOUNT, IF ANY, NOW BEING DISBURSED: $1680.xx
AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS: $7216.29
TOTAL PRINCIPAL CARRIED FORWARD: $8896.29

**FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK:**
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE. W.,
P.O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

M.I.C.R. BANK TRANSIT NUMBER: 09952 010

SEC 4-30 (REV. 11-84)

CROWN COPYRIGHT RESERVED

COPY 1 - BANK
751368800
3631640

The Canada Student Loans Act ... guarantee set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:
   (a) a Schedule 1 for a new loan or;
   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;
   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction, shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

Secretary — Secrétariat
of State — d'État

**IMPORTANT TO YOU READ OVERLEAF**

STUDENT # 751368800    EUAK 302272 B1

PROVINCIAL USE: 1 1
PROVINCE: ON
SOCIAL INSURANCE NO: 458 949 403

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**    # 67-25562

SURNAME OF STUDENT: M U L L E Y
GIVEN NAMES OF STUDENT: S U S A N  J

NAME AND MAILING ADDRESS:
SUSAN J. MULLEY
110-252 STONE RD W
GUELPH
ONT.    N1G-2V7

DATE OF BIRTH — DAY 06 MONTH 07 YEAR 57
MALE OR FEMALE: F
MARRIED-M SINGLE-S OTHER-O: U
MARITAL STATUS

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES H    SENIOR
MT ALGION RD RR#1
STONEY CREEK    ONT

INST. CODE: E U A K
P.O.S. CODE: 3 2
PR. OF STUDY — PR 3 YRS 4
NO. OF WKS OF STUDY: 34
S/P: P
PERIOD OF STUDY END DATE: 0 4 87

CSE $100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE:
GUELPH ONTARIO    N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY:
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NAME OF OFFICIAL: W.H. Clarkson
TELEPHONE NO.: 965-5241
TITLE: Director of Student Awards

NOT NEGOTIABLE AFTER THIS DATE
FIRST DISBURSEMENT — NOT BEFORE: DAY 01 MONTH 09 YEAR 86 AMOUNT $ 3360.XX
SECOND DISBURSEMENT — NOT BEFORE: $ .XX
PREVIOUS LOANS — TOTAL AMOUNT OF LOAN $ 3360
Yes [X] No
DATE OF ISSUE OF THIS CERTIFICATE: DAY 27 MONTH 03 YEAR 86

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

ISSUING OFFICER'S SIGNATURE: W.H. Clarkson

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF OFFICIAL: LANDONI, P.V.
TELEPHONE NO.: 829-4120

INSTRUCTIONS, IF ANY, TO BANK:
LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMIT $    TO INSTITUTION SHOWN
NIL

TITLE: BURSAR
DATE SIGNED — DAY 12 MONTH 09 YEAR 86

SIGNATURE OF OFFICIAL: P.V. Landoni per dm
VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE
BURSAR SIGNATURE OF OFFICIAL
STUDENT'S SIGNATURE

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**
TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK: B. Rehu

EFFECTIVE DATE OF THIS TRANSACTION: DAY 15 MONTH 09 YEAR 86
AMOUNT, IF ANY, NOW BEING DISBURSED: $ 3360.XX
AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS: $ 8896.29
TOTAL PRINCIPAL CARRIED FORWARD: $ 12256.29

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK:
CANADIAN IMPERIAL BANK OF COMMERCE (824-032)
23 COLLEGE AVE. W.,
P.O. BOX 785,
GUELPH, ONTARIO
N1H 6M2

M.I.C.R. BANK TRANSIT NUMBER: 07952 010

STUDENT'S SIGNATURE: Susan J. Mulley

COPY 1 — BANK

DISTRIBUTION — COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 6 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 5 — TO BE GIVEN TO STUDENT
COPY 3 — TO BE GIVEN TO STUDENT
COPY 2 — TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 1 — TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE, P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 5C8
TO BE RETAINED BY BANK
BY ISSUING AUTHORITY

CROWN COPYRIGHTS RESERVED

SEC 4-30 (REV 43-04)

751368800

3883574

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

# IMPORTANT TO YOU — READ OVERLEAF

**CANADA STUDENT LOANS ACT**
**CERTIFICATE OF ELIGIBILITY**
**SCHEDULE 1**    STUDENT # 751368800    EUAK 303002 81
PLEASE TYPE OR PRINT CLEARLY

PROVINCIAL USE

| PROVINCE | SOCIAL INSURANCE NO. |
|---|---|
| ON | 4 5 8 9 4 9 4 4 3 |

▶ **LOAN AUTHORIZATION** — TO BE COMPLETED BY ISSUING AUTHORITY    C I BC - College, Guelph

acct # 69800140

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J |

NAME AND MAILING ADDRESS
SUSAN J MULLEY
240 WESTWOOD UNIT 16 C
GUELPH
ONT        N1H-7W9

836-5596

| | DAY | MONTH | YEAR | | MALE OR FEMALE | SEX | | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|---|---|
| DATE OF BIRTH | 0 6 | 0 7 | 5 7 | | | F | | | O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H SENIOR
RR#1 MTALBION RD
STONEY CREEK        ONT

| INST. CODE | F.O.S. CODE | PR. OF STUDY | NO. OF WKS. OF STUDY | B/P | PERIOD OF STUDY EKD DATE |
|---|---|---|---|---|---|
| E U A K | 4 7 | PR. 1 o | NO. 2 32 | P | 0 4 8 |

CSEI X100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO        N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 1 3 | 1 1 | 8 7 | $ 3360.XX |

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | .XX |

PREVIOUS LOANS

| | TOTAL AMOUNT OF LOAN | 3360.00 |
|---|---|---|
| Yes ☐  No ☒ | | |

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 3 | 1 1 | 8 7 |

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W.H. Clarkson | 965 - 5241 |

TITLE
Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

W.H. Clarkson
ISSUING OFFICER'S SIGNATURE

▶ **CONFIRMATION OF ENROLMENT** — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT! TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMIT'S        TO INSTITUTION

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 824-4120 |

TITLE
BURSAR

524.50
Univ of Guelph

P.V. Landoni AB

| | DATE SIGNED | | |
|---|---|---|---|
| | DAY | MONTH | YEAR |
| | 27 | 11 | 87 |

VALID FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

P.V. Landoni AB
SIGNATURE OF OFFICIAL

S.J. Mulley
STUDENT'S SIGNATURE

▶ **LOAN APPLICATION AND AGREEMENT** — FOR A CANADA STUDENT LOAN    TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

CANADIAN IMPERIAL BANK OF COMMERCE #04 0938
23 COLLEGE AVE. W.,
P. O. BOX 786.
GUELPH, ONTARIO
N1H 6M2

X Susan J Mulley
STUDENT'S SIGNATURE

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 27 | 11 | 87 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 3360.XX |
|---|---|

| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 12256.29 |
|---|---|

| TOTAL PRINCIPAL CARRIED FORWARD | $ 15616.29 |
|---|---|

| M.I.C.R. BANK TRANSIT NUMBER | 09952 010 |
|---|---|

**COPY 1 - BANK**

DISTRIBUTION — COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 4 — TO BE GIVEN TO STUDENT BY BANK
COPY 3 TO BE GIVEN TO STUDENT TO BE SENT BY BANK TO FINANCIAL INSTITUTION
COPY 2 TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE
COPY 1 FOR ISSUING AUTHORITY P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 5G6
TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

SEC 4-60 (REV. 83-94)

751368800.0

4444324

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings will be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, and at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO YOU READ OVERLEAF**

Secretary  Secrétariat

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
**SCHEDULE 1**
PLEASE TYPE OR PRINT CLEARLY

49720058(09) NC

STUDENT # 751368800  EUAK 801181 C2

| PROVINCE | SOCIAL INSURANCE NO. |
|---|---|
| ON | 4 5 8 9 4 9 4 4 3 |

1 1

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

672562  REASSESSMENT

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N   J |

NAME AND MAILING ADDRESS
SUSAN J MULLEY
240 WESTWOOD UNIT 165C
GUELPH
ONT    N1H 7W9

836-5596

| DATE OF BIRTH | DAY 06 | MONTH 01 | YEAR 57 | MALE or FEMALE F | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS O |
|---|---|---|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H   SENIOR
RR#1 MTALBION RD
STONEY CREEK    ONT

| INST. CODE | F.O.S. CODE | PR. OF STUDY PR. | PRS. | NO. OF WKS. OF STUDY | S/P | PERIOD OF STUDY END DATE MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| E U A K | 4 7 | 1 0 | 2 | 48 | P | 0 8 | 8 8 |

CSE: %100.0

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

| FIRST DISBURSEMENT NOT BEFORE | DAY 12 | MONTH 05 | YEAR 88 | AMOUNT $ 1680 XX |
|---|---|---|---|---|

NAME OF COURSE
GUELPH, ONTARIO    N1G 2W1

| SECOND DISBURSEMENT NOT BEFORE | DAY | MONTH | YEAR | .XX |
|---|---|---|---|---|

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| PREVIOUS LOANS | | TOTAL AMOUNT OF LOAN |
|---|---|---|
| Yes X | No | $ 1680 |

| | DAY 12 | MONTH 05 | YEAR 88 |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | | | |

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W.H. Clarkson | 965 - 5241 |

TITLE
Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

W. H. Clarkson
ISSUING OFFICER'S SIGNATURE

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE:

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
SEVENTEEN HUNDRED DOLLARS
REMIT 3      TO INSTITUTION SHOWN
596.10.

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, IR.V. | 824-4120 |

TITLE
BURSAR

| DATE SIGNED DAY 30 | MONTH 05 | YEAR 88 |
|---|---|---|

R. Landoni RX
SIGNATURE OF OFFICIAL

BURSAR

UNIV. OF GUELPH

R. Landoni RX
SIGNATURE OF OFFICIAL

Susan J Mulley
STUDENT'S SIGNATURE

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

| | DAY 30 | MONTH 05 | YEAR 88 |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | | | |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1680 XX |
|---|---|

| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 15616.29 |
|---|---|

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
**CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)**
23 COLLEGE AVE. W.,
P. O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

| TOTAL PRINCIPAL CARRIED FORWARD | $ 17296.29 |
|---|---|

| M.I.C.R. BANK TRANSIT NUMBER | 0952 010 |
|---|---|

Susan J Mulley
STUDENT'S SIGNATURE

**COPY 1 - BANK**

DISTRIBUTION

COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C. SASK.)
COPY 4 TO BE GIVEN TO STUDENT BY BANK
COPY 3 TO STUDENT TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 2 TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE, BY ISSUING P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 9C6
COPY 1 AUTHORITY TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED
4501823

SEC 4-30 (REV. 63-04)

751368800.0

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make, the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

    (a) a Schedule 1 for a new loan or;

    (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

    (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

Department of the Secretary    Secrétariat d'État
of State of Canada            du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

Case: 2115    ap-01440 Rider: Doc 344    16/15 exp: entered 12/16    HCS: HSBB6/12/15 LSBB

STUDENT # 751368800    2UAK 303282 B1

PROVINCIAL USE    1 1    PROVINCE    ON    SOCIAL INSURANCE NO.    4 5 8 9 4 9 4 4 3

491²  (01)

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**

a/c 67·25562

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J |

NAME AND MAILING ADDRESS

836·5568

SUSAN  J      MULLEY
240 WESTWOOD UNIT 16·C
GUELPH
ONT    N1H·7W9

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H  SENIOR
RR#1 MOUNT ALBION RD    APT
STONEY CREEK    ONT

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO    N1G·2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| F.R. Kielman | 965-5241 |

TITLE
Director of Student Awards

DATE OF BIRTH: DAY 0 6 MONTH 0 7 YEAR 5 7    MALE OR FEMALE: F    MARRIED-M SINGLE-S OTHER-O: O    MARITAL STATUS

INST. CODE  E U A K    P.O.S. CODE  6 2    PR. OF STUDY: PR 1 0  PRS 4    NO. OF WKS. OF STUDY 52    S/P  P    PERIOD OF STUDY END DATE: MONTH 0 YEAR 8 9

CSEI X100    NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT NOT BEFORE | 1 4 | 1 2 | 8 8 | 3360 |
| SECOND DISBURSEMENT NOT BEFORE | | | | XX |

PREVIOUS LOANS    TOTAL AMOUNT OF LOAN    3360

DATE OF ISSUE OF THIS CERTIFICATE    DAY 1 4  MONTH 1 2  YEAR 8 8

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT

ISSUING OFFICER'S SIGNATURE

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 824-4120 |

TITLE
BURSAR

DATE SIGNED: DAY 09  MONTH 01  YEAR 89

P.V. Landoni  KB    SIGNATURE OF OFFICIAL

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMIT $   TO INSTITUTION SHOWN

$ 587.75
Univ of Guelph

P.V. Landoni KB    SIGNATURE OF OFFICIAL    Susan J. Mulley    STUDENT'S SIGNATURE

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THE TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 16 | 01 | 89 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 3360 . XX |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $17,296.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $20,656.29 |

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0980)
23 COLLEGE AVE. W.
P. O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

M.I.C.R.
BANK TRANSIT NUMBER    09952 010

Susan J. Mulley    STUDENT'S SIGNATURE

COPY 1 - BANK

DISTRIBUTION
COPY 5 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD, ONT, MAN, ALTA, B.C., SASK)
COPY 4 — TO BE GIVEN TO STUDENT BY BANK
COPY 3 — TO STUDENT    TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 2 — OF ISSUING    TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 1 —  AUTHORITY    P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 6C6
TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

SEC #-50 (REV. 98-07)

751368800

4858222

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will and six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

    (a) a Schedule 1 for a new loan or;

    (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

    (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

Department of the Secretary    Secrétariat d'État
of State of Canada    du Canada
Canada Student Loan ap-01446 Fiber    Doc 14    Filed 05/15 Entered 12/16/xx    xx xx 36 19
Attachment 2 of 3 - Page 38 of 44
IMPORTANT TO ☐ READ OVERLEAF

CANADA STUDENT LOANS ACT

CERTIFICATE OF ELIGIBILITY

SCHEDULE 1    STUDENT # 751368800    EUAK 800883 C2
PLEASE TYPE OR PRINT CLEARLY

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| 1 1 | ON | 458 949 443 |

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**    67-25262 REASSESSMENT:

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J. |

NAME AND MAILING ADDRESS
SUSAN J. MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT    N1H-7W9

| DATE OF BIRTH | DAY 06 | MONTH 07 | YEAR 57 | MALE OR FEMALE F | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS 0 |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H    SENIOR
RR#1 MOUNT ALBION RD    APT
STONEY CREEK    ONT

| INST. CODE | F.O.S. CODE | PR. OF STUDY | NO. OF WKS. OF STUDY | | PERIOD OF STUDY END DATE |
|---|---|---|---|---|---|
| EUAK | 62 | PR. 19 YR. 4 | 40 | S/P P | 08 89 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

CSE X100    NOT NEGOTIABLE AFTER THIS DATE

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 12 | 04 | 89 | 1680 X |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | $ XX |

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | 1680 X |
|---|---|---|
| Yes ☑ | No ☐ | |

NAME OF OFFICIAL    TELEPHONE NO.
F.R. Kleiman    965-5241

| DATE OF ISSUE OF THIS CERTIFICATE | DAY 12 | MONTH 04 | YEAR 89 |

TITLE
Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT

ISSUING OFFICER'S SIGNATURE

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF OFFICIAL    TELEPHONE NO.
LANDONI, P.V.    824-4120

TITLE
BURSAR

| DATE SIGNED | DAY 05 | MONTH 05 | YEAR 89 |

SIGNATURE OF OFFICIAL    P.V. Landoni

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
SEVENTEEN HUNDRED DOLLARS
REMIT $    TO INSTITUTION SHOWN

NIL.

SIGNATURE OF OFFICIAL    STUDENT'S SIGNATURE

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**    TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

| EFFECTIVE DATE OF THIS TRANSACTION | DAY 05 | MONTH 05 | YEAR 89 |
|---|---|---|---|
| AMOUNT, IF ANY, NOW BEING DISBURSED | | 1680 | 00 XX |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | | 20,656 | 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | | 22,336 | 29 |

STUDENT'S SIGNATURE

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (00-00002)
23 COLLEGE AVE. W.,
P. O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

| M.I.C.R. BANK TRANSIT NUMBER | 09952 010 |

COPY 1 - BANK    CROWN COPYRIGHTS RESERVED
4875500

DISTRIBUTION
COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 4 - TO BE GIVEN TO STUDENT BY BANK
COPY 3 - TO STUDENT    TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 2 - BY ISSUING    TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE
COPY 1 - AUTHORITY    P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 5G5
COPY 1 -    TO BE RETAINED BY BANK

SEC 4-80 (REV. 86-02)

751368800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time; therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority; or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

Department of the Secretary    Secrétariat d'État

**IMPORTANT TO READ OVERLEAF**

**CANADA STUDENT LOANS ACT**
CERTIFICATE OF ELIGIBILITY        497 8        PROVINCIAL USE   1   1   ...VINCE   SOCIAL INSURANCE NO.
SCHEDULE 1        STUDENT # 751368800   EUAK 302881 B1        ON   4 5 8 9 4 9 4 4 3
PLEASE TYPE OR PRINT CLEARLY

▶ **LOAN AUTHORIZATION** — TO BE COMPLETED BY ISSUING AUTHORITY    N (09    67-25562

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J |

NAME AND MAILING ADDRESS
SUSAN J  MULLEY   (use)
240 WESTWOOD UNIT 16-C
GUELPH
ONT:  N1H-7W9

| DATE OF BIRTH | DAY 06 | MONTH 07 | YEAR 57 | MALE OR FEMALE  F | SEX | MARRIED-M SINGLE-S OTHER-O  M | MARITAL STATUS |
|---|---|---|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H  SENIOR
2 CHERRY BLOSSOM LANE   APT.
BOX 175 VINELAND    ONT   L0R-2C0

| INST. CODE E U A K | F.O.S. CODE 17 | PR. OF STUDY PR. 20 PRS. 5 | NO. OF WKS. OF STUDY 34 | S/P  P | PERIOD OF STUDY END DATE MONTH 04 YEAR 91 |
|---|---|---|---|---|---|

C8E. %100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 05 | 09 | 90 | $ 357.0X |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | $ .XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
P.O. Box 4500
Thunder Bay, Ontario
P7B 6G9

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | $ 357.0X |
|---|---|---|
| Yes X OS   No | | |

| DATE OF ISSUE OF THIS CERTIFICATE | DAY 05 | MONTH 09 | YEAR 0 |
|---|---|---|---|

NAME OF OFFICIAL    TELEPHONE NO.
Jan Donio    807 - 345 - 4830
TITLE
Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

*J Donio*
ISSUING OFFICER'S SIGNATURE

▶ **CONFIRMATION OF ENROLMENT** — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST-SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF OFFICIAL    TELEPHONE NO.
LANDONI, R.V.    824-4120
TITLE
BURSAR

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
THIRTY-SIX HUNDRED DOLLARS
REMIT $    NIL    TO INSTITUTION SHOWN

| DATE SIGNED | DAY 28 | MONTH 09 | YEAR 90 |
|---|---|---|---|

*P.V. Landoni 10X*
SIGNATURE OF OFFICIAL

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

*P.V. Landoni*
SIGNATURE OF OFFICIAL

*S. Mulley*
STUDENT'S SIGNATURE

▶ **LOAN APPLICATION AND AGREEMENT** — FOR A CANADA STUDENT LOAN    TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 30 | 09 | 90 |

| AMOUNT, IF ANY NOW BEING DISBURSED | $ 3570.00 |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 22336.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | 25906.29 |

SIGNATURE OF OFFICER RESPONSIBLE OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE W.,
GUELPH, ONTARIO
N1H 6M2

| TRANSIT NUMBER | 09952 010 |
|---|---|

*S. Mulley*
STUDENT'S SIGNATURE

DISTRIBUTION
COPY 4 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 2 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 4 — TO BE GIVEN    TO BE GIVEN TO STUDENT BY BANK
COPY 3 —  TO STUDENT  TO BE SENT TO EDUCATIONAL INSTITUTION
COPY 2 —  BY ISSUING   TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 1 —  AUTHORITY    P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 5C5
                       TO BE RETAINED BY BANK
CROWN COPYRIGHTS RESERVED

COPY 1 - BANK

751368800

5569560

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form.   KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.   On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.   Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest accrued, from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

| Department of the Secretary | Secrétariat d'Etat | | | | | | **IMPORTANT TO — READ OVERLEAF** |

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

497

STUDENT #: 751368800    EUAK 800861 C2

| | PROVINCIAL USE | | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|---|---|
| | 1 | 1 | ON | 458 949 443 |

► **LOAN AUTHORIZATION** — TO BE COMPLETED BY ISSUING AUTHORITY

REASSESSMENT
07-25562

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L G Y | S U S A N  J |

NAME AND MAILING ADDRESS
SUSAN J    MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT    N1H-7W9

836-5596

| DATE OF BIRTH | DAY 06 | MONTH 07 | YEAR 57 | MALE OR FEMALE F | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS M |
|---|---|---|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H    SENIOR
2 CHERRY BLOSSOM LANE    APT
BOX 175 VINELAND    ONT    L0R-2C0

| INST. CODE | F.O.S. CODE | PR. OF STUDY | NO. OF WKS. OF STUDY | | PERIOD OF STUDY END DATE |
|---|---|---|---|---|---|
| E U A K | 147 | PR. 2 | PRS. 5 | S/P P | DAY 08 MONTH 91 YEAR |

CSEI X100.0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 10 | 04 | 91 | 1785 |

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | $ .XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
P.O. Box 4500
Thunder Bay, Ontario
P7B 6G9

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | 1785 |
|---|---|---|
| Yes | No | |

| | DATE OF ISSUE OF THIS CERTIFICATE | DAY 10 | MONTH 04 | YEAR 91 |
|---|---|---|---|---|

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| Jan Donio | 807 - 345 - 4830 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE
Director of Student Awards

ISSUING OFFICER'S SIGNATURE

► **CONFIRMATION OF ENROLMENT** — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST-SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS IF ANY TO BANK
LOAN NOT TO EXCEED
EIGHTEEN HUNDRED DOLLARS
REMIT $ NIL TO INSTITUTION SHOWN

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 824-4120 |

TITLE
BURSAR

| DATE SIGNED | DAY 27 | MONTH 05 | YEAR 91 |
|---|---|---|---|

PV Londoni    BURSAR
SIGNATURE OF OFFICIAL

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

PV Londoni    BURSAR
SIGNATURE OF OFFICIAL

STUDENT'S SIGNATURE

► **LOAN APPLICATION AND AGREEMENT** — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK

CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE. W.,
GUELPH, ONTARIO

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 27 | 05 | 91 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1785 00 |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | 25906 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | 27691 29 |

STUDENT'S SIGNATURE

TRANSIT NUMBER    09852-010

DISTRIBUTION
COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 4 — TO BE GIVEN TO STUDENT BY BANK
COPY 3 — TO STUDENT — TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 2 — BY ISSUING — TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE, P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C6
COPY 1 — AUTHORITY — TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

COPY 1 - BANK

751368800

5642578

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period, above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

Department of the Secretary    Secrétariat d'état
CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT # 751368800    EUAK 30271A B1
PLEASE TYPE OR PRINT CLEARLY

IMPORTANT TO — READ OVERLEAF

PROVINCIAL USE    11    ONCE    SOCIAL INSURANCE NO.    ON    4 5 8 9 4 9 4 4 3

497215 5 (1)

## LOAN AUTHORIZATION — TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT    GIVEN NAMES OF STUDENT

M U L L E Y    S U S A N    J.

CURRENT ADDRESS
SUSAN    J. MULLEY
240 WESTWOOD    APT. 20-C
GUELPH
ON    N1H-7W9
836-5596

| | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH | 06 | 07 | 57 | | F | | O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES    H    SENIOR
2 CHERRY BLOSSOM LANE    APT.
VINELAND    ON    L0R-2C0

| INST. CODE | F.O.S. CODE | PR. OF STUDY PR. | PRS. | NO. OF WKS. OF STUDY | S/P | PERIOD OF STUDY END DATE MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| E U A K | 6 2 | 3 F | 4 | 33 | P | 04 | 92 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

CSE %100    NOT NEGOTIABLE AFTER THIS DATE

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT NOT BEFORE | 16 | 09 | 91 | 3465 xx |
| SECOND DISBURSEMENT NOT BEFORE | | | | xx |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

PREVIOUS AUTHORIZED LOANS    Yes    No

| TOTAL AMOUNT OF LOAN | $ 3465 xx |
|---|---|

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 16 | 09 | 91 |

NAME OF OFFICIAL
Jan Donlo

TELEPHONE NO.
807-343-7260

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE
Director of Student Support

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
THIRTY-FIVE HUNDRED DOLLARS
REMIT $    TO INSTITUTION SHOWN
Univ. of Guelph
$552.74

NAME OF AUTHORIZED OFFICER
LANDONI, P.V.

TELEPHONE NO.

TITLE
BURSAR

CERTIFIED CORRECT

| | DATE SIGNED DAY | MONTH | YEAR |
|---|---|---|---|
| | 11 | 20 | 91 |

P.V. Landoni per dm    SIGNATURE OF AUTHORIZED OFFICER

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND END OF STUDY END DATE

P.V. Landoni per dm    SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER    Susan J Mulley    STUDENT'S SIGNATURE

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "INSTRUCTIONS TO STUDENTS" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 13 | 11 | 91 |

| CSL GUARANTEE FEE (3% OF NEW LOAN AMOUNT) (ATTACH REMITTANCE TO SCHEDULE) | $ 103.95 xx |
|---|---|
| NEW LOAN AMOUNT DISBURSED | $ 3465.00 xx |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | 27691.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | 31,156.29 |

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME AND TELEPHONE NO. OF LENDER
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE. W.,
GUELPH, ONTARIO
N1H 6M2

STUDENT'S SIGNATURE

TRANSIT NUMBER    09952    010

DISTRIBUTION — COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF LOAN
COPY 1    COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE BRANCH
COPY 4    TO BE GIVEN TO STUDENT BY LENDER
COPY 2 —    TO BE GIVEN TO STUDENT    TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 1 —    BY ISSUING AUTHORITY    TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH WITH REMITTANCE TO GUARANTEE FEE
P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 6C8
TO BE RETAINED BY LENDER.

CROWN COPYRIGHTS RESERVED

COPY 1 - LENDER

751368880.0

6084503