1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. **KEEP THIS COPY SAFE FOR REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the issuing authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loan Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or

   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.

   Within six months of the end of your current period of study or before the end of your subsequent period of study

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular Scheduled repayments as well as a default will affect your credit rating.

11. A payment of a claim for loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| 1 | ON | 4 5 8 9 4 9 4 4 3 |

STUDENT # 751240200 EUAK 800932 C2

REASSESSMENT

## LOAN AUTHORIZATION - TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT
MULLEY

GIVEN NAMES OF STUDENT
SUSAN J

CURRENT ADDRESS
SUSAN J MULLEY
240 WESTWOOD APT. 20-C
GUELPH
ON N1H-7H9
8365596

| DATE OF BIRTH | DAY 06 | MONTH 07 | YEAR 57 | MALE OR FEMALE F | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS O |
|---|---|---|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H SENIOR
2 CHERRY BLOSSOM LANE APT.
VINELAND ON L0R-2C0

| INST. CODE | P.O.S. CODE | PR OF STUDY | NO OF YRS STUDY | S/P | PERIOD OF STUDY END DATE |
|---|---|---|---|---|---|
| EUAK | G 2 | FR 3° | PREL 4 | 50 | P | MONTH 08 | YEAR 92 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO N1G-2W1

CSE 8100

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 30 | 04 | 92 | 1785.00 |

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario P7B 6G9

| PREVIOUS AUTHORIZED LOANS | | TOTAL AMOUNT OF LOAN | 1785.00 |
|---|---|---|---|

| | DATE OF ISSUE OF THIS CERTIFICATE | DAY 30 | MONTH 04 | YEAR 92 |
|---|---|---|---|---|

NAME OF OFFICIAL
Jan Donio

TELEPHONE NO.
807 - 343 - 7260

TITLE
Director of Student Support

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

## CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
EIGHTEEN HUNDRED DOLLARS
REMIT $ 666.81 TO INSTITUTION SHOWN

NAME OF AUTHORIZED OFFICER
LANDONI, P.V.

TELEPHONE NO.
824-4120

TITLE
BURSAR

| DAY 22 | MONTH 05 | YEAR 92 |
|---|---|---|

SIGNATURE OF AUTHORIZED OFFICER
P. V. Landoni / Amarcon

SIGNATURE OF AUTHORIZED OFFICER
P. V. Landoni / Amarcon

B

STUDENT'S SIGNATURE

## LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS UNDER LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENTS" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN, AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 27 | 05 | 92 |

| CSL GUARANTEE FEE (3% OF NEW LOAN AMOUNT) (ATTACH REMITTANCE TO SCHEDULE) | $ 53.55 |
|---|---|

| NEW LOAN AMOUNT DISBURSED | $ 1785.00 |
|---|---|

| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | 31,156.29 |
|---|---|

| TOTAL PRINCIPAL CARRIED FORWARD | 32,941.29 |
|---|---|

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

NAME AND ADDRESS OF LENDER
CANADIAN IMPERIAL BANK OF COMMERCE (CIBC)
23 COLLEGE AVE. W.,
GUELPH, ONTARIO
N1H 0M2

| TRANSIT NUMBER | 09952 "b/d": |
|---|---|

STUDENT'S SIGNATURE

INSTRUCTIONS
COPY 1 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 2 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE BRANCH
COPY 2 - TO BE GIVEN TO STUDENT BY LENDER
COPY 2 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 2 - TO BE SENT BY LENDER TO GUARANTEE FEE
WITH REMITTANCE TO GUARANTEE FEE
P.O. BOX 1090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 9C6
COPY 1 - TO BE RETAINED BY LENDER

CROWN COPYRIGHTS RESERVED

COPY 1 - LENDER

8011999

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:**  This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the issuing authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loan Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

    (a) a Schedule 1 for a new loan; or

    (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

    (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.

    Within six months of the end of your current period of study or before the end of your subsequent period of study.

**NOTE:**  Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:**  You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular Scheduled repayments as well as a default will affect your credit rating.

11. A payment of a claim for loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

**IMPORTANT — READ OVERLEAF**

Department of the Secretary of State of Canada

CANADA STUDENT LOANS ACT

CERTIFICATE OF ELIGIBILITY

SCHEDULE 1

PLEASE TYPE OR PRINT CLEARLY

AP-0144...

STUDENT # 751368800  EUAK 302878 B1

PROVINCE: ON  SOCIAL INSURANCE NO. 4 5 9 9 4 9 4 4 3

67-25562

## ▶ LOAN AUTHORIZATION — TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT: MULLEY

GIVEN NAMES OF STUDENT: SUSAN  J

CURRENT ADDRESS
SUSAN    J MULLEY
240 WESTWOOD UNIT 20-C
GUELPH
ON    N1H-7W9    836-5596

| DATE OF BIRTH | DAY 06 | MONTH 07 | YEAR 57 | SEX MALE OR FEMALE: F | MARRIED-M SINGLE-S OTHER-O: S | MARITAL STATUS |
| INST. CODE | | P.O.S. CODE | PR. OF STUDY: PR / PRE | NO. OF MO. OF STUDY | | PERIOD OF STUDY END DATE: MONTH / YEAR |
| EUAK | 67 | | 49 4 | 34 | P | 04 93 |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES    H    SENIOR
2 CHERRY BLOSSOM LANE
VINELAND    ON    L0R-2C0

CSE 1100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

NAME OF OFFICIAL
Marilyn Feenak

TELEPHONE NO.
807-343-7260

TITLE
Director of Student Support

NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 14 | 10 | 92 | 3570 .XX |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | .XX |
| PREVIOUS AUTHORIZED LOANS | | | | |
| TOTAL AMOUNT OF LOAN | | | | 3570 |
| DATE OF ISSUE OF THIS CERTIFICATE | DAY 14 | MONTH | YEAR 92 |

DOS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

## ▶ CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDY AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF AUTHORIZED OFFICER
LANDONI, P.V.

TELEPHONE NO.
826-4120

TITLE
BURSAR

| | DAY | MONTH | YEAR |
| | 06 | 92 | |

SIGNATURE OF AUTHORIZED OFFICER

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
THIRTY-SIX HUNDRED DOLLARS
REMIT $1863 TO INSTITUTION SHOWN

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF AUTHORIZED OFFICER    STUDENT SIGNATURE

## ▶ LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF STUDENT'S OBLIGATIONS" AND "INSTRUCTIONS TO STUDENTS" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME, ADDRESS AND TELEPHONE NO. OF LENDER
CANADIAN IMPERIAL BANK OF COMMERCE (694-0093)
23 COLLEGE AVE. W.
GUELPH, ONTARIO
N1H 6M2

STUDENT'S SIGNATURE

| | DAY | MONTH | YEAR |
| EFFECTIVE DATE OF THIS TRANSACTION | 13 | 11 | 92 |

| CSL GUARANTEE FEE (5% OF NEW LOAN AMOUNT) | $ 107.10 |
| (ATTACH REMITTANCE TO SCHEDULE) | |
| NEW LOAN AMOUNT DISBURSED | $ 3570 .XX |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | 32 941.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | 36 511.29 |
| TRANSIT NUMBER | 09931 010 |

CROWN COPYRIGHTS RESERVED

9434521

DISTRIBUTION
COPY 1 - LENDER    RETAINED BY APPROPRIATE AUTHORITY AT TIME OF ISSUE
COPY 2 - TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE BRANCH
COPY 3 - TO BE GIVEN TO STUDENT BY LENDER
COPY 4 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 5 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
   TO BE GIVEN    WITH REMITTANCE FOR GUARANTEE FEE
   TO STUDENT    P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 6C6
   BY ISSUING
   AUTHORITY
COPY 1 -    TO BE RETAINED BY LENDER

COPY 1 - LENDER

751368800

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:**  This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a)  a Schedule 1 for a new loan; or

   (b)  a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

   (c)  a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.

   Within six months of the end of your current period of study or before the end of your subsequent period of study

**NOTE:**  Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:**  You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular scheduled repayments will be a factor which will affect your credit rating.

11. A payment of a claim for loss to the lender by the federal government by reason of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

# CANADA STUDENT LOANS ACT

CERTIFICATE OF ELIGIBILITY — STUDENT @ 751360300
**SCHEDULE 1** (Version française disponible sur demande)
PLEASE TYPE OR PRINT CLEARLY

PROVINCIAL USE: BUAK W1

| PROVINCE | SOCIAL INSURANCE NO. |
|---|---|
| ON | 4 5 8 9 4 9 4 4 3 |

▶ **LOAN AUTHORIZATION** - TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT: H U L L E Y

GIVEN NAMES OF STUDENT: S U S A N    J

CURRENT ADDRESS:
SUSAN    HULLEY
246 WESTWOOD UNIT 2C-C
GUELPH
ON    N1H7W3

| DATE OF BIRTH | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 6 | 0 7 | 3 7 |

MALE OR FEMALE: F

MARRIED - M / SINGLE - S / OTHER - O: D

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE):
FRANCES    SENIOR
2 CHERRY BLOSSOM LANE    APT. BX175
VINELAND    ON    L0R2C0

| INST. CODE | F.O.S. CODE | YR OF STUDY PR / PRE | NO OF WKS OF STUDY | EP | PERIOD OF STUDY END DATE DAY |
|---|---|---|---|---|---|
| B U A K | 6 2 | 2  2 | 33 | P | 0 4 9 4 |

CSE S 100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION:
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
STUDENT STREAM - AWARDS
GUELPH, ONTARIO    N1G2W1

NAME OF COURSE:

NOT NEGOTIABLE AFTER THIS DATE

FIRST DISBURSEMENT — NOT BEFORE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| | 1 3 | 1 0 | 93 | $3465.XX |

SECOND DISBURSEMENT — NOT BEFORE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| | | | | $.XX |

PREVIOUS AUTHORIZED LOANS

| | TOTAL AMOUNT OF LOAN | $3465 |
|---|---|---|

NAME AND ADDRESS OF APPROPRIATE AUTHORITY:
Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

☒ YES  ☐ NO

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 2 | 1 0 | 93 |

NAME OF OFFICIAL: B. James MacKay
TELEPHONE NO.: 807-343-7260

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE: Director of Student Support

SIGNATURE OF APPROPRIATE AUTHORITY/OFFICIAL: *BJMackay*

▶ **CONFIRMATION OF ENROLMENT** - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AND REGULATIONS AT THIS INSTITUTION IN A PROGRAM OF STUDIES AT A POST-SECONDARY SCHOOL LEVEL, FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF AUTHORIZED OFFICER: LANDESI, P.V.
TELEPHONE NO.: 5196242172

TITLE: BURSAR

| DATE ENTERED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 26 | 10 | 93 |

VALID ONLY FOR 30 DAYS FROM THE DATE OF CONFIRMATION OF ENROLMENT OR BEFORE THE PERIOD OF STUDY END DATE

SIGNATURE OF AUTHORIZED OFFICER

INSTRUCTIONS, IF ANY, TO LENDER:
LOAN NOT TO EXCEED
THIRTY-FIVE HUNDRED DOLLARS
REMIT $ Ø TO INSTITUTION SHOWN

SIGNATURE OF AUTHORIZED OFFICER

STUDENT'S SIGNATURE

▶ **LOAN APPLICATION AND AGREEMENT** - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENT" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES, ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN, IN THE EVENT THAT I DEFAULT ON THE LOAN. I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR ANY EMPLOYER, TO RELEASE TO THE LENDER HOLDING MY LOAN, OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| EFFECTIVE DATE OF THIS TRANSACTION | DAY | MONTH | YEAR |
|---|---|---|---|
| | 26 | 10 | 93 |

| NEW LOAN AMOUNT DISBURSED | $3465.XX |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $36511.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $39,976.29 |

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER:
**CANADIAN IMPERIAL BANK OF COMMERCE**
23 COLLEGE AVE. W.
GUELPH, ON
N1G 1R7

| TRANSIT NUMBER | 09952-010 |
|---|---|

STUDENT'S SIGNATURE

COPY 1 — LENDER
COPY 2 — RETAINED BY APPROPRIATE AUTHORITY AT TIME OF ISSUE
COPY 3 — TO BE SENT BY APPROPRIATE AUTHORITY TO THE STUDENT ASSISTANCE BRANCH
COPY 4 — TO BE GIVEN TO STUDENT BY LENDER
COPY 5 — TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 6 — TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 — TO BE RETAINED BY LENDER
SEC 4-50 (REV. 03/05)
CROWN COPYRIGHTS RESERVED

9863699

FED138687

# INSTRUCTIONS TO ST...

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdrew.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies,

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or, by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993 and which have not been consolidated after that date, and then to any remaining loans.

Department of the Secretary Secrétariat
of State of Canada d'État du Canada

**CANADA STUDENT LOANS ACT**
**CERTIFICATE OF ELIGIBILITY**
**SCHEDULE 1** (Version française disponible sur demande)
PLEASE TYPE OR PRINT CLEARLY

STUDENT No. 751358800

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK C1 | 1 ON | 4 5 8 9 4 9 4 4 3 |

▶ **LOAN AUTHORIZATION** - TO BE COMPLETED BY APPROPRIATE AUTHORITY          67-25562

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N              J |

CURRENT ADDRESS

SUSAN          MULLEY
240 WESTWOOD UNIT 20-C
GUELPH
ON          N1H7H9

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED - M SINGLE - S OTHER - O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | 06 | 07 | 57 | | F | | O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)

FRANCES          SENIOR
2 CHERRY BLOSSOM LANE    APT. BX175
VINELAND          ON    L0R2C0

| INST. CODE | F.O.S. CODE | PR. OF PR. | STUDY PRS. | NO. OF WKS. OF STUDY | SP | PERIOD OF STUDY END DATE MONTH YEAR |
|---|---|---|---|---|---|---|
| E U A K | 62 | 2 | 2 | 48 | P | 08 94 |

CSE % 100                    NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
STUDENT FINANCE & AWARDS
GUELPH, ONTARIO          N1G2W1

| | | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|---|
| FIRST DISBURSEMENT | NOT BEFORE | 11 | 04 | 94 | $1575.XX |
| SECOND DISBURSEMENT | NOT BEFORE | | | | $ .XX |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY

Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

| PREVIOUS AUTHORIZED LOANS | ☒ YES ☐ NO | TOTAL AMOUNT OF LOAN | $1575.XX |
|---|---|---|---|
| | DATE OF ISSUE OF THIS CERTIFICATE | DAY MONTH YEAR | 11 04 94 |

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| B. James MacKay | 807-343-7260 |

TITLE
Director of Student Support

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

*BJMackay*
SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

▶ **CONFIRMATION OF ENROLMENT** - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AND REGULATIONS AT THIS INSTITUTION IN A PROGRAM OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

**INSTRUCTIONS, IF ANY, TO LENDER**

LOAN NOT TO EXCEED
SIXTEEN HUNDRED DOLLARS
REMIT $773.90 TO INSTITUTION SHOWN

| NAME OF AUTHORIZED OFFICER | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 5198244120 |

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 10 | 05 | 94 |

*PV Landoni/a*
SIGNATURE OF AUTHORIZED OFFICER

VALID ONLY FOR 30 DAYS FROM THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

*PV Landoni/a*
SIGNATURE OF AUTHORIZED OFFICER

*BJ Mulley*
STUDENT'S SIGNATURE

▶ **LOAN APPLICATION AND AGREEMENT** - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENT" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND AGREEMENT OF MY CANADA STUDENT LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN. IN THE EVENT THAT I DEFAULT ON THIS LOAN, I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR ANY EMPLOYER, TO RELEASE TO THE LENDER HOLDING MY LOAN, OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS TOTAL PRINCIPAL CARRIED FORWARD TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 27 | 05 | 94 |

| NEW LOAN AMOUNT DISBURSED | $1575.XX |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $39,976.00 .29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $41,551.29 |

*Davies*
SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

BANK NAME, ADDRESS AND TELEPHONE NUMBER OF THE LENDER
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVE. W.
GUELPH , ON
N1G 1R7

| TRANSIT NUMBER | 09952-010 |
|---|---|

*BJ Mulley*
STUDENT'S SIGNATURE

CROWN COPYRIGHTS RESERVED

COPY 1 - LENDER

COPY 6 - RETAINED BY APPROPRIATE AUTHORITY AT TIME OF ISSUE
COPY 5 - TO BE SENT BY APPROPRIATE AUTHORITY TO THE STUDENT ASSISTANCE BRANCH
COPY 4 - TO BE GIVEN TO STUDENT BY LENDER
COPY 3 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 2 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER

SEC 4-60 (REV. 93/05)          FED207812

9846789

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdrew.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies,

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993 and which have not been consolidated after that date, and then to any remaining loans.

Government | Gouvernement
of Canada | du Canada

**IMPORTANT TO LENDER READ OVERLEAF**

**CANADA STUDENT LOANS ACT**

CERTIFICATE OF ELIGIBILITY

SCHEDULE 1 *(Version française disponible sur demande)*

PLEASE TYPE OR PRINT CLEARLY

STUDENT # 751368800

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK E1  1 | ON | 4 5 1 8 9 4 9 4 4 3 |

0952·010   (GX·25562)

▶ **LOAN AUTHORIZATION** - TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT: MULLEY

GIVEN NAMES OF STUDENT: SUSAN

CURRENT ADDRESS:
SUSAN    MULLEY
240 WESTWOOD RD    APT. UN 20C
GUELPH
ON    N1H7H9

| DATE OF BIRTH | DAY 06 | MONTH 07 | YEAR 57 | MALE OR FEMALE | SEX F | MARRIED - M SINGLE - S OTHER - O | MARITAL STATUS O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES    SENIOR
2 CHERRY BLOSSOM L
VINELAND    ON    L0R2C0

| INST. CODE | P.O.S. CODE | PR. OF PR. | NO. OF WKS. OF STUDY | SP | PERIOD OF STUDY END DATE MONTH YEAR |
|---|---|---|---|---|---|
| EUAK | 62 | 2 2 | 33 | P | 04 95 |

CSE % 100

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
NAME MCLAUGHLIN FINANCE & AWARDS
GUELPH, ONTARIO    N1G2W1

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT NOT BEFORE | 03 | 8 | 94 | $ 5445.XX |
| SECOND DISBURSEMENT NOT BEFORE | | | | $ .XX |

PREVIOUS AUTHORIZED LOANS ☐ YES ☐ NO

TOTAL AMOUNT OF LOAN $ 5445.XX

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 25 | 07 | 94 |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

*B J MacKay*

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

NAME OF OFFICIAL: B. James MacKay    TELEPHONE NO.

TITLE: Director of Student Support    807-343-7260

▶ **CONFIRMATION OF ENROLMENT** - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AND REGULATIONS AT THIS INSTITUTION IN A PROGRAM OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO LENDER

**LOAN NOT TO EXCEED
FIFTY-FIVE HUNDRED DOLLARS
REMIT $ 921.2 TO INSTITUTION SHOWN**

NAME OF AUTHORIZED OFFICER: LANDONI, P.V.    TELEPHONE NO. 5198244120

TITLE: BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 7 | 08 | 09 |

VALID ONLY FOR 30 DAYS FROM THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF AUTHORIZED OFFICER        SIGNATURE OF AUTHORIZED OFFICER        STUDENT'S SIGNATURE

▶ **LOAN APPLICATION AND AGREEMENT** - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENT OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN, IN THE EVENT THAT I DEFAULT ON THIS LOAN, I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR MY EMPLOYER, TO RELEASE TO THE LENDER HOLDING MY LOAN, OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS 'TOTAL PRINCIPAL CARRIED FORWARD' TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 08 | 09 | 94 |

NEW LOAN AMOUNT DISBURSED  $ 5445.XX

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS  $ 41,551.29

TOTAL PRINCIPAL CARRIED FORWARD  $ 46,996.29

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FIRM NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CIBC National Student Loan Centre
Centre national de prêts étudiants CIBC
Postal Address  Adresse postale
P. O. Box 5055

STUDENT'S SIGNATURE

| TRANSIT NUMBER | 0 3 1 1 2 1 - 0 1 1 0 |

CROWN COPYRIGHTS RESERVED

COPY 1 - RETAINED BY APPROPRIATE AUTHORITY N7 C P5 L7B 4P3
COPY 1 - TO BE SENT BY APPROPRIATE AUTHORITY N7 THE STUDENT ASSISTANCE BRANCH
COPY 2 - TO BE GIVEN TO STUDENT BY LENDER
COPY 3 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 4 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER

**COPY 1 - LENDER**

SDE 0001 (05/94) E

000284395

Canada

FED037199

0283999

**INSTRUCTIONS TO STUDENTS**

1.   Take all four copies of this form to your specified educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2.   This certificate must be negotiated within thirty days of having been signed by the specified educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3.   You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4.   When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY IN A SAFE PLACE FOR FUTURE REFERENCE.

5.   If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your specified educational institution or lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6.   If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdraw.

7.   If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or specified educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1.   The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2.   You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3.   If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

(a) a Schedule 1 for a new loan; or
(b) a Schedule 2 (available from your specified educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
(c) a Schedule 2 (available from your specified educational institution or lender) if you have not applied for a new loan for your continued studies,

within that same period or before the end of your subsequent period of study.

4.   Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5.   You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6.   You agree to notify the lender promptly of any change in your name or address.

7.   You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8.   You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9.   You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10.   If you default on this loan, you authorize any specified educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11.   You authorize the specified educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12.   A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13.   You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14.   You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993 and which have not been consolidated after that date, and then to any remaining loans.

DOCUMENT UNCLEAR
DOCUMENT NON LISIBLE

CANADA STUDENT LOAN
CERTIFICATE OF ELIGIBILITY          STUDENT No. 751368800
SCHEDULE 1 (Y953)
PLEASE TYPE OR PRINT

| | PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO |
|---|---|---|---|
| | EUAK C1 | ON | 4 5 8 9 4 9 4 4 3 |

▶ LOAN AUTHORIZATION

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N    J |

CURRENT ADDRESS

SUSAN        MULLEY
240 WESTWOOD RD        APT. UN 20C
GUELPH
ON      N1H7N9

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES      SENIOR
2 CHERRY BLOSSOM L
VINELAND        ON    L0R2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
STUDENT FINANCE & AWARDS
GUELPH, ONTARIO        N1G2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| B. James MacKay | 807-343-7260 |

TITLE
Director of Student Support

| | DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|---|
| | | 06 | 07 | 57 | | F | | O |

| INST. CODE | F.O.S. CODE | PR OF STUDY PR | # OF MOS OF STUDY PRS | EP | PERIOD OF STUDY END DATE MONTH YEAR |
|---|---|---|---|---|---|
| E U A K | 6 2 | 2 | 48 | P | 08 95 |
| CSE % 100 | | | | | |

NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 19 | 04 | 95 | $ 2475.XX |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | $ .XX |
| PREVIOUS AUTHORIZED LOANS | TOTAL AMOUNT OF LOAN | | | $ 2475.XX |
| ☑ YES   ☐ NO | DATE OF ISSUE OF THIS CERTIFICATE | 19 | 04 | 95 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL     B J MacKay

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AND REGULATIONS AT THIS INSTITUTION IN A PROGRAM OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

| NAME OF AUTHORIZED OFFICER | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 5190240120 |

TITLE
ASSISTANT REGISTRAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 09 | 05 | 95 |

VALID ONLY FOR 30 DAYS FROM THIS DATE BUT NOT BEYOND THE END OF PERIOD OF STUDY

SIGNATURE OF AUTHORIZED OFFICER

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
TWENTY-FIVE HUNDRED DOLLARS
REMIT $ 0    TO INSTITUTION SHOWN

SIGNATURE OF AUTHORIZED OFFICER        STUDENT'S SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND CERTIFY THAT ALL INFORMATION ON THE CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENT OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN IN THE EVENT THAT I DEFAULT ON THE LOAN. I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR ANY EMPLOYER, TO RELEASE TO THE LENDER HOLDING MY LOAN, OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

STUDENT'S SIGNATURE

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS TOTAL PRINCIPAL CARRIED FORWARD TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CIBC National Student Centre
Centre national CIBC pour étudiants
Postal Address  Adresse postale
Box 5055

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 12 | 05 | 95 |
| NEW LOAN AMOUNT DISBURSED | | | $2475.XX |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | | | $46,996.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | | | $49,471.29 |
| TRANSIT NUMBER | | | 03112-010 |

COPY 1 - LENDER

COPY 1 - RETAINED BY APPROPRIATE AUTHORITY AT TIME OF ISSUE
COPY 1 - TO BE SENT BY APPROPRIATE AUTHORITY TO THE ELIGIBILITY RECORDS CENTRE
COPY 1 - TO BE GIVEN TO STUDENT
COPY 1 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 1 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER

SDE 0001 (05/94) E

CROWN COPYRIGHTS RESERVED

Canada

0250707

000284395        FED251955

Human Resources
Development Canada

Développement Canada

**DOCUMENT UNCLEAR**
**DOCUMENT NON LISIBLE**

CANADA STUDENT LOANS PROGRAM

SCHEDULE 1
(Version française disponible sur demande)
TYPE OR PRINT CLEARLY

STUDENT LOAN CERTIFICATE

| | PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|---|
| | B1 | 1 2 ON | 4 5 8 9 4 9 4 4 3 |

▶ CERTIFICATE OF ELIGIBILITY    ◀ DOCUMENT CANADA - READ OVERLEAF

SURNAME OF STUDENT
MULLEY

GIVEN NAMES OF STUDENT
SUSAN                    J

CURRENT ADDRESS

SUSAN          MULLEY
240 WESTWOOD RD
GUELPH
ON        N1H7W7

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF BIRTH | 0 6 | 0 7 | 5 7 |

MALE OR FEMALE: F    SEX: F

MARRIED - M / SINGLE - S / OTHER - O    MARITAL STATUS: G

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)

FRANCES     SENIOR
2 CHERRY BLOSSOM     APT. BOX175
VINELAND          ON      L0R2C0

| INST CODE | P.O.S. CONF. | PR. OF STUDIES YR | SCH. | NO. OF STUDIES | S.P. | PERIOD OF STUDIES END DATE |
|---|---|---|---|---|---|---|
| E U A K | 4 7 | 2 | 3 | 3 3 | P | 0 4 9 6 |
| CSE 2 100 | | | | | | |

FIRST DISBURSEMENT

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 2 6 | 0 9 | 9 5 | $ 5445 xx |

SECOND DISBURSEMENT

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | | | | $ .x |

NAME AND ADDRESS OF DESIGNATED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
STUDENT FINANCE & AWARDS
GUELPH, ONTARIO        N1G2W1

TOTAL AMOUNT OF LOAN    $ 5445 xx

☐ YES    ☐ NO

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 2 6 | 0 7 | 9 5 |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Education and Training
Student Affairs
P.O. Box 4500
Thunder Bay, ON P7B 6G9

This certifies that the above named student qualifies for the issuance of this certificate in accordance with the Canada Student Financial Assistance Act & Regulations.

NAME OF OFFICIAL
B. James MacKay

TELEPHONE NO.
807-343-7260

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

TITLE
Director, Student Affairs

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY DESIGNATED EDUCATIONAL INSTITUTION

This is to confirm that the above named is enrolled as a full-time student as required by the CSFAA & CSFAR in respect of CSFALs and CSLA & CSLR in respect of CSLs at the institution shown above in a program of studies at a post secondary school level for the period of studies ending in the month indicated above.

PERIOD OF STUDIES
Commencement Date

NAME OF AUTHORIZED OFFICER
LANDONI, P.V.

TELEPHONE NO.
5198244120

| MONTH | YEAR |
|---|---|

TITLE
ASSISTANT REGISTRAR

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE ISSUED | 0 6 | 09 | 95 |

LOAN NOT TO EXCEED
FIFTY-FIVE HUNDRED DOLLARS
REMIT $282 TO INSTITUTION SHOWN

SIGNATURE OF AUTHORIZED OFFICER

SIGNATURE OF AUTHORIZED OFFICER        STUDENT'S SIGNATURE

▶ CONSENT AND CERTIFICATION - TO BE COMPLETED BY STUDENT

I certify that all the information on this document is correct as of the date indicated below. I certify that I have read and I understand the "Instructions to Student" overleaf and agree to comply with them.

[consent text]

Do you intend to apply for a determination as a person with a disability?
☐ Yes    ☒ No

STUDENT'S SIGNATURE

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CIBC NATIONAL STUDENT
2 ROBERT SPECK PARKWAY
MISSISSAUGA ONT
L4Z 1H8
010 04110

▶ LENDER'S SUMMARY

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF TRANSACTION | 14 | 09 | 95 |

NEW LOAN AMOUNT DISBURSED    $ 5445 xx

AMOUNT, IF ANY, SPOUSAL FORWARD FROM PREVIOUS LOANS    $ 49471 29

TOTAL PRINCIPAL CURRENTLY OWING    $ 54916 29

TRANSIT NUMBER    03113 010

COPY 1 - RETAINED BY APPROPRIATE AUTHORITY AT THE END OF ISSUE
COPY 2 - TO BE SENT BY APPROPRIATE AUTHORITY TO THE EDUCATION SUPPORT/STUDENT ASSISTANCE BRANCH
COPY 3 - TO BE GIVEN TO STUDENT BY LENDER
COPY 4 - TO BE SENT BY STUDENT TO EDUCATIONAL INSTITUTION
COPY 5 - TO BE SENT BY LENDER TO THE EDUCATION SUPPORT/STUDENT ASSISTANCE BRANCH
COPY 6 - TO BE RETAINED BY LENDER

SDE 0001 (06-95) E ON

Canada    1200361

Attached hereto is Exhibit "B" referred
to in the Affidavit of Jennifer-Lee
Trottier

Sworn before me this 3rd day of
August, 2010.

Gaynor Marion Holden, a Commissioner etc.,
City of Ottawa, for the Government of Canada,
Canada Revenue Agency.
Expires July 18, 2013.

# STUDENT LOAN CONSOLIDATION AGREEMENT
## CANADA STUDENT LOANS PROGRAM

CIBC
IC National Student Centre
1-800-563-2422

Postal Address
P.O. Box 5055
Burlington, ON
L7R 4P3

LN#1-285735

**CUSTOMER/BORROWER INFORMATION**

| Mr, Mrs, Ms, Etc. | Legal First Name | Legal Middle Name | Legal Last Name | SIN | Date of Birth MM DD YYYY |
|---|---|---|---|---|---|
| | Susan | | Mulley | 458 749 443 | 07 05 1957 |

Present Address (Street number, Street, Lot/Concession)  20C - 240 Westwood Road
Apt number  Town/City Province  Guelph On  Postal Code  N1H 7W9  Home telephone number  Work telephone number

I AGREE to pay CIBC the **OUTSTANDING LOAN BALANCE** (line 4) with interest calculated monthly on the daily balance of my loan. I will pay CIBC interest at a rate equal to:

☑ **Floating Rate**  The Prime Rate plus 2.5 % per year. (The interest rate as of today's date is disclosed in line 5.) The rate of interest on my loan will change when the Prime Rate changes.

☐ **Fixed Rate**  ___ % per year (line 5.) This rate is fixed for the entire amortization period of my loan.

| | | |
|---|---|---|
| Principal Balance of all loans granted prior to August 1, 1993 | $ 36511.29 | 1 |
| Principal Balance of all loans granted on/after August 1, 1993 | $ 26490.00 | 2 |
| Interest accrued and unpaid during the 6 month grace period for loans on line 2 | $ 846.44 | 3 |
| Outstanding Loan Balance (lines 1+2+3) | $ 63847.73 | 4 |
| Annual Percentage Rate at time of consolidation | 6.75 % | 5 |
| Amortization Period | 174 months | 6 |
| Amount of each Monthly Payment | $ 576.30 | 7 |
| Date of First Payment | 11-30-04 | 8 |
| Maturity Date at time of consolidation | 4-30-19 | 9 |

I will make monthly payments, beginning on the Date of First Payment (line 8), and continuing on the same day each month until the Maturity Date (line 9), when I will ALSO pay the remaining balance, if any. I certify that I have read and understood the Additional Terms and Conditions on the reverse of this form, which form a part of this Agreement, and I agree to comply with them.

(Quebec only) I declare that I have required that this Agreement be drawn up in the English language. (français) ... contrat soit rédigé en langue anglaise.

**DOCUMENT UNCLEAR**
**DOCUMENT NON LISIBLE**

**PRE-AUTHORIZED PAYMENT**

I authorize the Canadian Imperial Bank of Commerce to debit (charge) my regular loan payments to my Bank Account as follows:

Name of Financial Institution ___  Branch Address ___

| Transit number and bank identification | | | | | | | | Account number | |
|---|---|---|---|---|---|---|---|---|---|
| | Transit Number | | | Bank ID | | | | (Refer to the bottom of your Personal Cheque) | |

Signature(s) of Account holder(s): ___

My personal cheque marked VOID as attached.

CIBC may disclose to and obtain from consumer credit grantors, credit bureau or credit reporting agencies all particulars and information relevant to my Student Loans. If I am in default, for the purposes of locating me, CIBC may obtain information from my employer (past or present). CIBC may exchange information obtained from any source with any of the appropriate authority, my educational institution and the federal government, but solely for the purposes of the administration or enforcement of the Old Act and/or the New Act.

Disclosure is made to the borrower by CANADIAN IMPERIAL BANK OF COMMERCE, per CIBC National Student Centre.

Signature of CIBC Representative  X ___

I have received a copy of this statement with all of the applicable blanks filled.

Signed at ___ this ___ day of ___ 199 ___

Borrower X ___

**SEE REVERSE FOR ADDITIONAL TERMS AND CONDITIONS**

Prepayment. I may prepay at any time, without penalty or premium, all or part of the Outstanding Loan Balance.

Application Of Payments. CIBC will apply all loan payments first against outstanding interest and against outstanding principal.

Outstanding Loan Balance due. My Outstanding Loan Balance will become due and payable on the earliest of:

(a)  the day after the date as of which I have failed to pay any regularly scheduled installment for two consecutive months;

(b)  The Date of Insolvency; and

(c)  If CIBC has contacted me following my failure to pay an installment and has confirmed that I have not returned to full time studies, and if I have demonstrably and unequivocally refused to pay my Student Loans, the day after the date of that refusal.

3. Interest Relief. If I am granted a special interest-free period ("interest relief") under the New Act, the amortization period of my loan is extended by the length of the interest relief period.

5. Return To Full Time Studies. If at any time after the date of this Agreement I again become a full-time student (as defined in the New Act) and advise CIBC in the proper manner, CIBC will suspend my obligation to pay principal and interest as provided under the New Act. (I will sign a promissory note for outstanding interest, if any, up to date of my return to full time studies.)

6. Old Act loans. If my Student Loans include loans made under the Old Act, I irrevocably agree that any payments I make on my Student Loans (including any prepayments) will be applied pro rata between loans made under the New Act and those made under the Old Act.

7. Miscellaneous. (a) I acknowledge that my Student Loans were made for the purpose of providing "necessaries" for my education and maintenance. (b) I acknowledge that I have disclosed to CIBC all the particulars and information relating to my Student Loans. (c) I acknowledge that CIBC's records (and, if I have previously received Student Loans from any other lender, the records of that lender) will be conclusive evidence as to all Student Loan amounts advanced to me. (d) Interest under this Agreement is payable before and after default, acceleration and judgment. (e) I will notify CIBC promptly of any change in my name or address. (f) The Regulations made under the New Act may affect my rights and obligations under this Agreement. Those Regulations may be changed from time to time by the federal government.

8. Pre-Authorized Payment. If the account identified on the front of this form is a joint account which requires more that one signature to authorize withdrawals, I warrant that all account holders have signed on the front of this form.

If I wish to cancel the Pre-Authorized Payment authorization, I must give CIBC prior written notice. This notice must be mailed to CIBC's National Student Centre, 2 Robert Speck Parkway, Mississauga Ontario  L4Z 1H8 in sufficient time so that it will be received at least 10 days before the next payment date. My loan obligations will not be cancelled or reduced if I revoke this authorization.

If my account is with a financial institution other than CIBC, that other institution has no duty to determine whether the payments it debits to my account comply with my authorization.

I will notify CIBC's National Student Centre promptly of change in my account information.

9. Definitions. In this Agreement the following words have the following meanings:

"CIBC" means Canadian Imperial Bank of Commerce.

(a) "Date of Insolvency" means the earliest of the day that:

(i) I attain the status of a bankrupt, (ii) I file a proposal, or a notice of intention to file a proposal, in bankruptcy, (iii) I file a consumer proposal, and (iv) I file an application for a consolidation order or any other document seeking relief under the applicable provincial law relating to the orderly payment of debts that has not been withdrawn.

(b) "New Act" means the Canada Student Financial Assistance Act; and the Regulations made under that Act, as they are each changed from time to time.

(d) "Old Act" means the Canada Student Loans Act and the Regulations made under that Act, as they are each changed from time to time.

(e) "Outstanding Loan Balance" means the principal amount of my Student Loans outstanding at any time, together with all interest (owing and accrued) on that amount.

(f) "Prime Rate" means the variable preference rate of interest per year declared by CIBC from time to time to be its prime rate for Canadian dollar loans made by CIBC in Canada. (This is the rate that CIBC uses to determine floating rate Canadian dollar demand consumer and commercial loans.)

(g) "Student Loan" means any loan made to me under either or both of the Old Act and the New Act.

C

Attached hereto is Exhibit "C" referred
to in the Affidavit of Jennifer-Lee
Trottier

Sworn before me this 3ʳᵈ day of
August, 2010.

_____

Gaynor Marion Holden, a Commissioner etc.,
City of Ottawa, for the Government of Canada,
Canada Revenue Agency.
Expires July 18, 2013.

Court File No.: 8 50/07
                              SR

## ONTARIO SUPERIOR COURT OF JUSTICE

BETWEEN:

### THE ATTORNEY GENERAL OF CANADA, ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA, AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE

Plaintiff

and

### SUSAN J. MULLEY aka SUSAN J. LEDINGHAM

Defendant

## STATEMENT OF CLAIM

TO THE DEFENDANT:

A LEGAL PROCEEDING HAS BEEN COMMENCED AGAINST YOU by the Plaintiff. The claim made against you is set out in the following pages.

IF YOU WISH TO DEFEND THIS PROCEEDING, you or an Ontario lawyer acting for you must prepare a Statement of Defence in Form 18A prescribed by the Rules of Civil Procedure, serve it on the Plaintiff's lawyer, or where the Plaintiff does not have a lawyer, serve it on the Plaintiff and file it, with proof of service, in this court office, **WITHIN TWENTY DAYS** after this Statement of Claim is served on you, if you are served in Ontario.

If you are served in another province or territory of Canada or in the United States of America, the period for serving and filing your Statement of Defence is forty days. If you are served outside Canada and the United States of America, the period is sixty days.

Instead of serving and filing a Statement of Defence, you may serve and file a Notice of Intent to Defend in Form 18B prescribed by the Rules of Civil Procedure. This will entitle you to ten more days within which to serve and file your Statement of Defence.

IF YOU FAIL TO DEFEND THIS PROCEEDING, JUDGMENT MAY BE GIVEN AGAINST YOU IN YOUR ABSENCE AND WITHOUT FURTHER NOTICE TO YOU. If you wish to defend this proceeding but are unable to pay legal fees, legal aid may be available to you by contacting a local legal aid office.

-2-

**IF YOU PAY THE PLAINTIFF'S CLAIM**, and $500.00 for costs, within the time for serving and filing your statement of defense, you may move to have this proceeding dismissed by the court. If you believe the amount claimed for costs is excessive, you may pay the plaintiff's claim and $400.00 for costs and have the costs assessed by the court.

DATE: *December 19/07*          Issued by  *Bonnie Koszell.*
                                              Local Registrar

Address of
Court Office:     74 Woolwich Street
                  Guelph, Ontario
                  N1H 3T9


TO:   **SUSAN J. MULLEY,**
      240 - 20C WESTWOOD ROAD,
      GUELPH, ONTARIO.
      N1H 7W9.


**THIS ACTION IS BROUGHT AGAINST YOU UNDER THE SIMPLIFIED PROCEDURE PROVIDED IN RULE 76 OF THE RULES OF CIVIL PROCEDURE.**

-3-

CLAIM

1.    The Plaintiff claims against the Defendant:

(a)    For the repayment of a Guaranteed Student Loan, the sum of $49,885.41, inclusive of principal and capitalized interest, which is due and owing to Her Majesty the Queen in Right of Canada for monies loaned to the defendant as set out below;

(b)    With respect to the guaranteed student loans, pre-judgment interest from November 1, 2004 to the date of payment or judgment in full at the contractual variable rate of prime plus 2.5% per annum; or alternatively, at the rate of interest provided for in the *Courts of Justice Act*, R.S.O.1990, c.C.43, as amended, s.128;

(c)    With respect to the guaranteed student loans, post judgment interest at the contractual variable rate of prime plus 2.5% per annum; or alternatively, at the rate of interest provided for in the *Courts of Justice Act*, R.S.O.1990, c.C43, as amended, s.129;

(d)    its costs of this action on a substantial indemnity basis; and

(e)    such other relief as Counsel submits and this Honourable Court deems just.

2.    The plaintiff is the Attorney General of Canada, who has been appointed by Her Majesty the Queen in Right of Canada. The plaintiff administers and has carriage of loans made pursuant to the Canada Student Loans Act, R.S.C.1985, as amended (hereinafter "CSLA") and its Regulations, as amended (hereinafter "CSLR's"). The CSLA and CSLR's apply to loans made before August 1, 1995 (hereinafter referred to as "guaranteed student loans"). Additionally, the plaintiff administers and has carriage

-4-

of loans pursuant to the Canada Student Financial Assistance Act , S.C. 1994. c.12. as amended (hereinafter "CSFAA") and its Regulations. as amended (hereinafter "CSFAR's"), which apply to loans made after August 1. 1995 (hereinafter referred to as "risk shared loans).

3.    The plaintiff brings this action on behalf of Her Majesty the Queen in Right of Canada who has suffered the loss claimed or is otherwise entitled to the relief sought.

4.    The defendant, Susan J. Mulley aka Susan J. Ledingham is an individual who was last known to reside in the City of Mississauga, and in the Province of Ontario. At all material times the defendant requested and obtained Canadian Student Loans that are administered by the plaintiff.

5.    The defendant entered into a series of guaranteed student loan agreements. in writing with the Canadian Imperial Bank of Commerce (hereinafter "the Bank") under which the Bank advanced to the defendant the total amount of $56,140.00. The dates and amounts of the guaranteed student loan agreements are listed below:

### GUARANTEED STUDENT LOANS ENTERED INTO BEFORE AUGUST 1, 1993, WHEREIN SUBSECTION 4(1) OF THE CSLA APPLY

| DATE | AMOUNT |
| --- | --- |
| September 30, 1975 | $    800.00 |
| September 15, 1976 | $ 1,000.00 |
| May 4, 1984 | $ 1,600.00 |
| September 26, 1984 | $ 3,200.00 |
| January 23, 1985 | $    160.00 |
| May 7, 1985 | $ 1,680.00 |
| February 7, 1986 | $ 1,680.00 |
| September 15, 1986 | $ 3,360.00 |
| November 27, 1987 | $ 3,360.00 |

-5-

| May 30, 1988 | $ 1,680.00 |
| January 16, 1989 | $ 3,360.00 |
| May 5, 1989 | $ 1,680.00 |
| September 30, 1990 | $ 3,570.00 |
| May 27, 1991 | $ 1,785.00 |
| November 13, 1991 | $ 3,465.00 |
| May 27, 1992 | $ 1,785.00 |
| November 13, 1992 | $ 3,570.00 |
| TOTAL | $37,735 |

## GUARANTEED STUDENT LOANS ENTERED INTO AFTER AUGUST 1, 1993, WHEREIN SUBSECTION 4(2) OF THE CSLA APPLY

| DATE | AMOUNT |
| --- | --- |
| October 26, 1993 | $ 3,465.00 |
| May 27, 1994 | $ 1,575.00 |
| September 8, 1994 | $ 5,445.00 |
| May 12, 1995 | $ 2,475.00 |
| September 14, 1995 | $ 5,445.00 |
| TOTAL | $18,405.00 |

6.   In total, the defendant requested and received $56,140.00 ($37,735.00 + $18,405.00) in guaranteed student loans.

7.   The defendant signed and received copies of the loan agreements referred to in paragraph 5 and is, or ought to be aware of the provisions thereof.

8.   The defendant ceased to be a full time student during the month of April 2004.

9.   With respect to guaranteed student loans wherein subsection 4(1) of the CSLA applied, the defendant became liable to pay interest accruing on her guaranteed student loan

-6-

from the first day of the seventh month after the month in which he ceased to be a full-time student (i.e., November 2004).

10.  With respect to guaranteed student loans wherein subsection 4(2) of the CSLA applied, the defendant became liable to pay interest accruing on her guaranteed student loans from the first day of the month after the month in which she ceased to be a full-time student. Interest accrued at the variable rate of prime plus 2.5% per annum to the last day of the sixth month after the month in which the debtor ceased to be a full-time student. At that time (date of consolidation) the defendant had the option to pay that interest or include it in the principal amount of her guaranteed student loans. As the defendant opted to not pay the interest accrued in this period, it was capitalized and became a part of the principal amount of the guaranteed student loan on the first day of the seventh month after the month in which the defendant ceased to be a full-time student (i.e., November 2004).

11.  The Bank prepared a consolidation agreement in anticipation of the defendant complying with the requirement to consolidate all loans within six months after ceasing to be a full-time student. The consolidation agreement is a document prepared by the Bank with respect to Canadian Student Loans, which consolidates all Canadian Student Loans (including guaranteed student loans and risk-shared loans) and sets out the terms and conditions for repayment of the consolidated loans. The defendant failed to enter into (i.e., sign) the Consolidation Agreement with the Bank. Pursuant to the CSLA, the principal amount of the guaranteed student loans and risk-shared loans and interest accrued thereon became due and payable on the first day of the seventh month after the month in which the defendant ceased to be a full-time student.

12.  As of November 1, 2004, the amounts owing on the defendant's student loans were as follows:

-7-

GUARANTEED STUDENT LOANS MADE BEFORE AUGUST 1, 1993 (SECTION 4(1) OF CSLA)

Principal:            $36,511.29

Capitalized Interest:      $0

Total:                $36,511.29


GUARANTEED STUDENT LOANS MADE AFTER AUGUST 1, 1993 (SECTION 4(2) OF CSLA)

Principal:            $12,960.00

Capitalized Interest:   $   414.12

Total:                $13,374.12


13.   With respect to the guaranteed student loans, the defendant failed to comply with the formal written demands sent by the Bank, thus causing the Bank to sustain a loss. On or about April 14, 2005, the Bank submitted a claim for loss to the Crown and the Crown subsequently paid to the Bank the total amount owed by the defendant, including interest for his guaranteed student loans (not risk-shared loans). Thereafter, the Crown became subrogated in and to all rights of the Royal Bank with respect to the guaranteed student loan.

14.   To assist in the recovery of the defendant's defaulted student loans, the plaintiff retained the services of a collection agency. As the defendant failed to make payments to the collection agency, the matter was referred to the Attorney General of Canada for legal action.

15.   The plaintiff has demanded payment from the defendant of the outstanding principal and interest but to date the defendant has refused, neglected or failed and continues to refuse, neglect or fail to pay the same. The defendant has failed to make any voluntary payment toward his Canadian Student Loans.

-8-

16.    As of December 14, 2007, the defendant is in arrears for his Canadian Student Loans
       as follows:


       GUARANTEED STUDENT LOAN

       Principal (and capitalized interest):          $49,885.41

       Pre-Judgment Interest:                         $12,216.75

       TOTAL:                                         $62,102.16


17.    With respect to the defendant's guaranteed student loans, interest will continue to
       accrue on the outstanding principal at the contractual variable rate of prime plus 2.5%
       per annum to the date of payment or judgment.


18.    The plaintiff proposes that this action be tried at the City of Guelph, Ontario.


Date of issue: December/2007                SmithValeriote Law Firm LLP
                                            Barristers and Solicitors
                                            105 Silvercreek Pkwy. N., Suite 100
                                            Guelph, Ontario
                                            N1H 6N6

                                            **DIANE KENNEDY SQUIRES**
                                            LSUC# 28496H
                                            Phone: (519) 837-2100
                                            Fax: (519) 837-1617
                                            Solicitors for the Plaintiff

MULLEY AKA LEDINGHAM

and

THE ATTORNEY GENERAL OF CANADA

DEFENDANT(S)

(Short title of proceeding)

Court file no.  880   /07 SR

ONTARIO SUPERIOR COURT OF JUSTICE

Proceeding commenced at GUELPH

STATEMENT OF CLAIM

DIANE KENNEDY SQUIRES,
LSUC #28496H
SMITHVALERIOTE
Barristers and Solicitors,
100 - 105  Silvercreek Parkway North.
P.O. Box 1240
GUELPH, Ontario.
N1H 6N6,
(519) 837-2100
Solicitors for the Plaintiff.

D

Attached hereto is Exhibit "D" referred
to in the Affidavit of Jennifer-Lee
Trottier

Sworn before me this 3rd day of
August, 2010.

Gaynor Marion Holden, a Commissioner etc.,
City of Ottawa, for the Government of Canada,
Canada Revenue Agency.
Expires July 18, 2013.

Court File No.   880/07

## ONTARIO SUPERIOR COURT OF JUSTICE

B E T W E E N:

THE ATTORNEY GENERAL OF CANADA, ON BEHALF OF
HER MAJESTY THE QUEEN IN RIGHT OF CANADA, AS
REPRESENTED BY THE MINISTER OF NATIONAL REVENUE

Plaintiff

and

SUSAN J. MULLEY aka SUSAN J. LEDINGHAM

Defendant

### AFFIDAVIT OF SERVICE

I, KIMBERLY MILLER, of the City of Cambridge, in the Regional Municipality of

Waterloo, MAKE OATH AND SAY AS FOLLOWS:

1.      I served SUSAN J. MULLEY aka SUSAN J. LEDINGHAM on December 27,

2007, at 1:00 p.m. with the Statement of Claim by leaving a copy with SUSAN J.

MULLEY aka SUSAN J. LEDINGHAM at 240-20C Westwood Road, Guelph,

Ontario.

2.      I identified the said person by:

(a)     She advised that she was the person named herein.

| | |
|---|---|
| SWORN before me at the City<br>of Cambridge, in the Regional<br>Municipality of Waterloo,<br>this 31st day of December, 2007. | )<br>)<br>)<br>) |

_Kimberley Miller_
Kimberley Miller

_A Commissioner, etc._

Goretti Maria Madeiros, a Commissioner, etc.,
Regional Municipality of Waterloo, for Alliance Process
Servers of Ontario Inc., and for Paralegal Services only.
Expires February 3, 2008.

E

Attached hereto is Exhibit "E" referred
to in the Affidavit of Jennifer-Lee
Trottier

Sworn before me this ___3ʳᵈ___ day of
August, 2010.

Gaynor Marion Holden, a Commissioner etc.,
City of Ottawa, for the Government of Canada,
Canada Revenue Agency.
Expires July 18, 2013.

No. 880/07  SR

## ONTARIO SUPERIOR COURT OF JUSTICE



BETWEEN:

### THE ATTORNEY GENERAL OF CANADA, ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA, AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE,

Plaintiff,

- and -

### SUSAN J. MULLEY aka SUSAN J. LEDINGHAM

Defendant

### JUDGMENT

**ON READING THE** Statement of Claim in this action and the proof of service of the statement of claim on the defendant filed, and the defendant having been noted in default,

1.　　　IT IS ORDERED AND ADJUDGED that the defendant, SUSAN J. MULLEY aka SUSAN J. LEDINGHAM, pay to the plaintiff the sum of $62,577.89 and the sum of $ 1,411.00 for the costs of this action as assessed by the court.

This judgment bears interest at the contractual rate of prime plus 2.5% per cent per year from its date.

Date: January 23, 2008

Signed by _Susan J. Owens_

Local registrar

ENTERED AT GUELPH

in Book No 1

as Document No 107

on January 23/08

by TP

Address of court office:
74 Woolwich Street,
GUELPH, Ontario. N1H 3T9.

THE ATTORNEY GENERAL OF CANADA

and

MULLEY AKA LEDINGHAM

(Short title of proceeding)

Court file no. 880/07 SR

SUPERIOR COURT OF JUSTICE
Proceeding commenced at GUELPH

JUDGMENT

Name, address and telephone
number of solicitor or party

DIANE KENNEDY SQUIRES,
SMITHVALERIOTE LAW FIRM,} (LS# 28496H)
Barristers and Solicitors,}
100-105 Silvercreek Parkway North,
P.O. Box 1240,
GUELPH, Ontario.
N1H 6N6.
(519) 837-2100
Solicitors for the Plaintiff.

F

Attached hereto is Exhibit "F" referred
to in the Affidavit of Jennifer-Lee
Trottier

Sworn before me this 3rd day of
August, 2010.

Gaynor Marion Holden, a Commissioner etc.,
City of Ottawa, for the Government of Canada,
Canada Revenue Agency.
Expires July 18, 2013.

Main Identity

From:        <writsfiling@bar-ex.com>
To:          <susan.keller@sympatico.ca>
Sent:        Friday, February 01, 2008 2:10 PM
Subject:     Sent Receipt: Fri Feb 01, 2008, 14:10:33 EST

Ms Diane Squires

SmithValeriote Law Firm LLP

Request Number: 26634 Firm Matter Number: CSL - MULLEY

Teranet successfully processed your request for this writ filing.
Writ File Number: 08-0000056
Enforcement Office: GUELPH
Expiry Date: 2014/1/31 (YYYY/MM/DD)


Debtor (Personal): MULLEY AKA LEDINGHAM, SUSAN J


Your credit card/deposit account was charged $181.20, comprised of statutory fees in the amount of $155.00, non-statutory
charges of $24.95 and GST of $1.25.

(GST# 858 632 003 RT0001)
Includes statutory services supplied on behalf of the Ontario Government
under exclusive license, if applicable.

Notes:
FULL NAME OF PLAINTIFF

THE ATTORNEY GENERAL OF CANADA,
ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA,
AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE,

BAR-eX membership is open to all Ontario lawyers and their support staff.
Simply visit our BAR-eX site http://www.bar-ex.com


Numéro de demande : 26634 Numéro de dossier du cabinet : CSL - MULLEY


Teranet a traité avec succès votre demande pour le dépôt de ce bref.
W Numéro de dossier du bref: 08-0000056
Bureau d'exécution: GUELPH
Date d'expiration: 2014/1/31 (YYYY/MM/JJ)


Débiteur (Particulier): MULLEY AKA LEDINGHAM, SUSAN J


La somme de 181.20$ a été imputée à votre carte de crédit/compte de dépôt. Ce montant est composé des frais de 155.00$
prévus par la loi, des frais 24.95$ non prévus par la loi et d'un montant de 1.25$ représentant la TPS.


2/1/2008

(Numéro de TPS : 858 632 003 R T0001)
Comprend les services prévus par la loi fournis au nom du gouvernement
de l'Ontario en vertu d'une licence exclusive.

Notes:
FULL NAME OF PLAINTIFF

THE ATTORNEY GENERAL OF CANADA,
ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA,
AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE.

L'inscription auprès de BAR-eX est ouverte à tous les avocats de l'Ontario et leurs employés de soutien.
Visitez simplement le site de  BAR-eX à http ://www.bar-ex.com

2/1/2008

G

Attached hereto is Exhibit "G" referred
to in the Affidavit of Jennifer-Lee
Trottier

Sworn before me this __3__ $^{rd}$ day of
August, 2010.

Gaynor Marion Holden, a Commissioner etc.,
City of Ottawa, for the Government of Canada,
Canada Revenue Agency.
Expires July 18, 2013.

## CLIENT ACCOUNT ACTIVITY REPORT (DC005)

| Client ID | 453949443 | Seq#0  MULLEY | | SUSAN | |
|---|---|---|---|---|---|
| Account Type | 40100 | Description  CIBC - FT (C) | | CCU Date | |
| Occur Date | 31102004 | — Interest — | | — Outstanding Balance — | |
| | (ddmmyyyy) | Interest Type | VARIABLE | Principal | 63988.89  + |
| Invoice # | 0 | Interest Rate | 5.25000 | Interest | 9306.68  + |
| No of Copies | 1 | Per Diem Amt. | 9.20  + | Total | 73295.57  +   Page   1 of  6 |

| Transaction | Effective Date | Transaction Amount | Interest | Principal | Account Balance / Calculation of Interest | |
|---|---|---|---|---|---|---|
| NEW ACCT | 13052005 | 51665.91+ | 1780.50 + | 49885.41+ | | 51665.91+ |
| INTEREST | 07092005 | 1088.60+ | 1088.60 + | | | 52754.51+ |
| | | | | | 49885.41  *113  /365* | 6.75000% |
| INTEREST | 18102005 | 392.25+ | 392.25 + | | | 53146.76+ |
| | | | | | 49885.41  *  41  /365* | 7.00000% |
| INTEREST | 06122005 | 485.52+ | 485.52 + | | | 53632.28+ |
| | | | | | 49885.41  *  49  /365* | 7.25000% |
| INTEREST | 08122005 | 20.50+ | 20.50 + | | | 53652.78+ |
| | | | | | 49885.41  *   2  /365* | 7.50000% |
| INTEREST | 08012006 | 317.76+ | 317.76 + | | | 53970.54+ |
| | | | | | 49885.41  *  31  /365* | 7.50000% |

Option : MORE

OK

DC005T00116030JUL10     VER 1.24-1.X

# CLIENT ACCOUNT ACTIVITY REPORT (DC005)

| Client ID | 453949443 | Seq# 0  MULLEY | | SUSAN | |
|---|---|---|---|---|---|
| Account Type | 40100 | Description  CIBC - FT (C) | | CCU Dat | |
| Occur Date | 31102004 | ___ Interest ___ | | ___ Outstanding Balance ___ | |
| | (ddmmyyyy) | Interest Type | VARIABLE | Principal | 63988.89  * |
| Invoice # | 0 | Interest Rate | 5.25000 | Interest | 9306.68  * |
| No of Copies | 1 | Per Diem Amt. | 9.20  * | Total | 73295.57  *  Page  2 of  6 |

| Transaction | Effective Date | Transaction Amount | Interest | Principal | Account Balance / Calculation of Interest | |
|---|---|---|---|---|---|---|
| INTEREST | 24012006 | 164.01+ | 164.01  + | | | 54134.55+ |
| | | | | | 49885.41  *  16  / 365* | 7.50000% |
| INTEREST | 07032006 | 444.87+ | 444.87  + | | | 54579.42+ |
| | | | | | 49885.41  *  42  / 365* | 7.75000% |
| INTEREST | 25042006 | 535.75+ | 535.75  + | | | 55115.17+ |
| | | | | | 49885.41  *  49  / 365* | 8.00000% |
| INTEREST | 24052006 | 326.99+ | 326.99  + | | | 55442.16+ |
| | | | | | 49885.41  *  29  / 365* | 8.25000% |
| INTEREST | 08122006 | 2300.18+ | 2300.18  + | | | 57742.34+ |
| | | | | | 49885.41  * 198  / 365* | 9.50000% |
| INTEREST | 08012007 | 360.13+ | 360.13  + | | | 58102.47+ |
| | | | | | 49885.41  *  31  / 365* | 8.50000% |

Option : MCPE

OK

DCaesTee119730JUL10    VER 1.24-1.X

## CLIENT ACCOUNT ACTIVITY REPORT (DC005)

| Client ID | 453949443 | Seq# 0 MULLEY | | SUSAN | |
|---|---|---|---|---|---|
| Account Type | 40100 | Description CIBC - FT (C) | | CCU Det | |
| Occur Date | 31102004 | **Interest** | | **Outstanding Balance** | |
| | (ddmmyyyy) | Interest Type | VARIABLE | Principal | 63988.89 + |
| Invoice # | 0 | Interest Rate | 5.25000 | Interest | 9306.68 + |
| No of Copies | 0 | Per Diem Amt. | 9.20 + | Total | 73295.57 + Page 3 of 6 |

| Transaction | Effective Date | Transaction Amount | Interest | Principal | Account Balance / Calculation of Interest | |
|---|---|---|---|---|---|---|
| INTEREST | 11072007 | 2137.54+ | 2137.54 + | | | 60240.01+ |
| | | | | | 49885.41 *184 /365* | 8.50000% |
| INTEREST | 04122007 | 1745.98+ | 1745.98 + | | | 61985.99+ |
| | | | | | 49885.41 *146 /365* | 8.75000% |
| INTEREST | 31122007 | 313.66+ | 313.66 + | | | 62299.65+ |
| | | | | | 49885.41 * 27 /365* | 8.50000% |
| INTEREST | 22012008 | 254.88+ | 254.88 + | | | 62554.53+ |
| | | | | | 49885.41 * 22 /366* | 8.50000% |
| JUDGMENT | 23012008 | 1434.36+ | 12669.12 - | 14103.48+ | | 63988.89+ |
| INTEREST | 06032008 | 634.64+ | 634.64 + | | | 64623.53+ |
| | | | | | 63988.89 * 44 /366* | 8.25000% |

Option : MORE

OK

DCeeeTee119ze0JUL10    VER 1.24-1.X

## CLIENT ACCOUNT ACTIVITY REPORT (DC005)

| Client ID | 453949443 | Seq# 0  MULLEY | | SUSAN | |
|-----------|-----------|----------------|---|-------|---|
| Account Type | 40100 | Description  CIBC - FT (C) | | | CCU Dat |
| Occur Date | 31102004 | ___ Interest ___ | | ___ Outstanding Balance ___ | |
| | (ddmmyyyy) | Interest Type | VARIABLE | Principal | 63988.89  + |
| Invoice # | 0 | Interest Rate | 5.25000 | Interest | 9306.68  + |
| No of Copies | 1 | Per Diem Amt. | 9.20  + | Total | 73295.57  +  Page   4 of  6 |

| Transaction | Effective Date | Transaction Amount | Interest | Principal | Account Balance / Calculation of Interest | |
|-------------|----------------|--------------------|----------|-----------|--------------------------------|---|
| INTEREST | 22042008 | 636.83+ | 636.83  + | | | 65260.36+ |
| | | | | | 63988.89  *  47  /366* | 7.75000% |
| INTEREST | 08102008 | 2142.15+ | 2142.15  + | | | 67402.51+ |
| | | | | | 63988.89  *169  /366* | 7.25000% |
| INTEREST | 14102008 | 73.43+ | 73.43  + | | | 67475.94+ |
| | | | | | 63988.89  *   6  /366* | 7.00000% |
| INTEREST | 21102008 | 83.83+ | 83.83  + | | | 67559.77+ |
| | | | | | 63988.89  *   7  /366* | 6.85000% |
| INTEREST | 09122008 | 556.83+ | 556.83  + | | | 68116.60+ |
| | | | | | 63988.89  *  49  /366* | 6.50000% |
| INTEREST | 31122008 | 230.78+ | 230.78  + | | | 68347.38+ |
| | | | | | 63988.89  *  22  /366* | 6.00000% |

Option : MORE

OK

DCaseToo11opooJUL1o     VER 1.24-1.X

### CLIENT ACCOUNT ACTIVITY REPORT (DC005)

| Client ID | 453949443 | Seq# 0 MULLEY | | SUSAN | | |
|---|---|---|---|---|---|---|
| Account Type | 40100 | Description CIBC - FT (C) | | | CCU Dat | |

| | Interest | | Outstanding Balance | | |
|---|---|---|---|---|---|
| Occur Date | 31102004 (ddmmyyyy) | Interest Type | VARIABLE | Principal | 63988.89 + |
| Invoice # | 0 | Interest Rate | 5.25000 | Interest | 9306.68 + |
| No of Copies | 0 | Per Diem Amt. | 9.20 + | Total | 73295.57 + Page 5 of 6 |

| Transaction | Effective Date | Transaction Amount | Interest | Principal | Account Balance / Calculation of Interest |
|---|---|---|---|---|---|
| INTEREST | 20012009 | 210.37+ | 210.37 + | | 68557.75+ |
| | | | | 63988.89 * 20 / 365* | 6.00000% |
| INTEREST | 04032009 | 414.61+ | 414.61 + | | 68972.36+ |
| | | | | 63988.89 * 43 / 365* | 5.50000% |
| INTEREST | 21042009 | 420.74+ | 420.74 + | | 69393.10+ |
| | | | | 63988.89 * 48 / 365* | 5.00000% |
| INTEREST | 08122009 | 1923.62+ | 1923.62 + | | 71316.72+ |
| | | | | 63988.89 *231 / 365* | 4.75000% |
| INTEREST | 08012010 | 258.15+ | 258.15 + | | 71574.87+ |
| | | | | 63988.89 * 31 / 365* | 4.75000% |
| INTEREST | 01062010 | 1199.14+ | 1199.14 + | | 72774.01+ |
| | | | | 63988.89 *144 / 365* | 4.75000% |

Option : MCRE

OK

DC005T00111030JUL10    VER 1.24-1.X

## CLIENT ACCOUNT ACTIVITY REPORT (DC005)

| Client ID | 453949443 | Seq# 0  MULLEY | | SUSAN |
|---|---|---|---|---|

| Account Type | 40100 | Description  CIBC - FT (C) | | CCU Dat |
|---|---|---|---|---|

| | | Interest | | Outstanding Balance | |
|---|---|---|---|---|---|
| Occur Date | 31102004 | Interest Type | VARIABLE | Principal | 63988.89  + |
| | (ddmmyyyy) | Interest Rate | 5.25000 | Interest | 9306.68  + |
| Invoice # | 0 | Per Diem Amt. | 9.20  + | Total | 73295.57  +  Page   6 of   6 |
| No of Copies | 0 | | | | |

| Transaction | Effective Date | Transaction Amount | Interest | Principal | Account Balance / Calculation of Interest |
|---|---|---|---|---|---|
| INTEREST | 08072010 | 324.33+ | 324.33  + | | 73098.34+ |
| | | | | | 63988.89  *  37  / 365*    5.00000% |

Option : END

END OF INQUIRY     OK

## INTEREST QUERY (DW010)

| | | | |
|---|---|---|---|
| SIN/ID# 458949443 | Seq # | 0 | |
| Account Type 40100 | Occurrence Date 31102004 (ddmmyyyy) | Invoice # 0 | |

### Current Information

**Anniversary Date**
- ○ 1st of the month
- ◉ 8th of the month
- ○ 15th of the month
- ○ 22nd of the month

**Interest Type**
- ○ Compound
- ◉ Simple

Interest Rate 5.25000

Fixed or Variable    V

**Calculating Period:** Daily ▼

**Compounding Period:** ▼

Grace End Date 12052005 (ddmmyyyy)

### Future Calculations

Settlement Date _____ (ddmmyyyy)

Payment Start Date

Payment Amount    0

Frequency: ▼

Number of Payments

Approximate Payout

Remaining Balance

Total Negociated Interest

### Outstanding as of Today

| | |
|---|---|
| Principal | 63988.89 |
| Interest | 9306.68 |
| Total | 73295.57 |

Option:

OK

DW010T00111330JUL10    VER 1.2 - 1.F

H

Attached hereto is Exhibit "H" referred
to in the Affidavit of Jennifer-Lee
Trottier

Sworn before me this 3rd day of
August, 2010.

Gaynor Marion Holden, a Commissioner etc.,
City of Ottawa, for the Government of Canada,
Canada Revenue Agency.
Expires July 18, 2013.

## CLIENT ACCOUNT ACTIVITY REPORT (DC005)

| Client ID | 458949443 | Seq# 0  MULLEY | | SUSAN |
|---|---|---|---|---|
| Account Type | 12 | Description  LEGAL COSTS - JUDGMENT | | |

| Occur Date | 01022008 (ddmmyyyy) | Interest | Outstanding Balance | CCU Date |
|---|---|---|---|---|

| | | Interest Type | FIXED | Principal | 155.00 + |
| Invoice # | 0 | Interest Rate | .00001 | Interest | |
| No of Copies | 0 | Per Diem Amt. | | Total | 155.00 + | Page  1 of  1 |

| Transaction | Effective Date | Transaction Amount | Interest | Principal | Account Balance / Calculation of Interest |
|---|---|---|---|---|---|
| NEW ACCT | 01022008 | 155.00+ | | 155.00+ | 155.00+ |
| INTEREST | 01022008 | .03+ | .03 + | | 155.03+ |
| | | | | | 155.00 *  1  / 366*  7.42000% |
| JUDGMENT | 02022008 | .03- | .03 - | | 155.00+ |

Option : END

END OF INQUIRY    OK

DCaesToo111c3eJUL1e    VER 1.24-1.X

## INTEREST QUERY (DW010)

SIN/ID# 458949443          Seq # 0

Account Type 12          Occurrence Date 01022008 (ddmmyyyy)    Invoice # 0

### Current Information

| Anniversary Date | Interest Type |
|---|---|
| ○ 1st of the month | ○ Compound |
| ● 8th of the month | ● Simple |
| ○ 15th of the month | |
| ○ 22nd of the month | |

Interest Rate .00001       Calculating Period: Daily ▾

Fixed or Variable    F

Compounding Period: ▾

Grace End Date  31012008 (ddmmyyyy)

### Outstanding as of Today

Principal       155.00       —
Interest        0
Total           155.00

### Future Calculations

Settlement Date
                          (ddmmyyyy)

Payment Start Date

Payment Amount                   0

Frequency :              ▾

Number of Payments

Approximate Payout

Remaining Balance

Total Negociated Interest

Option :

OK

DW010T00111720JUL10    VER 1.3 - 1.F

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd. #270
Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF MOTION AND MOTION FOR
SUMMARY JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST FOR JUDICIAL NOTICE;
STATEMENT OF UNDISPUTED FACTS; PROPOSED ORDER

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   12/14/2015        , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

Law Offices of David S. Hagen
16830 Ventura Blvd., Suite 500
Encino, CA 91436-1795

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   12/14/2015       , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

JUDGE ROBERT KWAN          Brad D. Krasnoff, Trustee
255 E. Temple Street        jmcdaniel@dgdk.com; bkrasnoff@ecf.epiqsystems.com
SUITE 1682, Courtroom 1675
Los Angeles, CA 90012       United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/14/2015 | Kristin Ingulsrud | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**