```
LAW OFFICES OF DAVID S. HAGEN
DAVID S. HAGEN - SBN 110588
16830 Ventura Blvd., Suite 500
Encino, California 91436-1795
(818) 990-4416
Fax: (818) 990-5680

Attorney for Defendant
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SUSAN J MULLEY,<br>　　　　　　　Debtor.<br>_____<br><br>THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity,<br>　　　　　　　Plaintiff,<br>v.<br><br>SUSAN J MULLEY,<br>　　　　　　　Defendant.<br>_____ | No. 2:15-bk-17484-RK<br>　　Chapter 7<br><br>Adv. 2:15-ap-01446-RK<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S AMENDED PROPOSED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>Date: March 15, 2016<br>Time: 3:00 p.m.<br>Court: 1675 |

　　Defendant Susan Mulley herein responds to Plaintiff's Proposed Statement of Uncontroverted Facts and Conclusions of Law as follows:

　　1.　Defendant does not dispute the recitation of facts set forth in the Plaintiff's Proposed Statement of Uncontroverted Facts and Conclusions of Law but disputes the conclusions as set forth in her

1

own Motion for Summary Judgment (docket *8) and her Proposed Findings of Fact and Conclusions of Law in Support of Motion for Summary Judgment (docket 19) on the grounds that the law does not support the nondischargeability of the foreign student loans.

DATED: February 23, 2016

                                   LAW OFFICES OF DAVID S. HAGEN

                                   BY: /s/ DAVID S. HAGEN
                                        DAVID S. HAGEN, Attorney for
                                        Defendant Susan J Mulley

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16830 Ventura Blvd., Suiute 500, Encino, CA 91436-1795

A true and correct copy of the foregoing document entitled (*specify*): DEFENDANT'S RESPONSE TO PLAINTIFF'S AMENDED PROPOSED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/23/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brad Krasnoff, Trustee            jmcdaniel@dgdk.com
UST (LA)                          ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  02/23/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kristin A Ingulsrud, Law Offices of H Michael Soroy, 11766  Wilshire Blvd. #270, Los Angeles, CA 90025

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/23/2016 | DAVID S. HAGEN | /S/ DAVID S. HAGEN |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**