H. Michael Soroy, Esq. (SBN 153 944)
Kristin A. Ingulsrud, Esq. (SBN 294 532)
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 270
Los Angeles, California 90025-6537
Telephone: (310) 444-7750
Facsimile: (310) 312-1034
E-mail: office@soroylaw.com

Attorneys for Plaintiff,
THE ATTORNEY GENERAL OF CANADA

FILED
FEB 23 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: MM  Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SUSAN J. MULLEY,<br><br>Debtor.<br><br>THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN J. MULLEY,<br><br>Defendant. | Case No.: 2:15-bk-17484-RK<br>Chapter 7<br><br>Adv. Case No.: 2:15-ap-01446-RK<br><br>**PLAINTIFF'S STATEMENT OF GENUINE ISSUES IN RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Date:    March 15, 2016<br>Time:   3:00 p.m.<br>Court:  1675<br>Judge:  Hon. Robert Kwan |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEY(S) OF RECORD:

///

1

PLAINTIFF' STATEMENT OF GENUINE ISSUES

Plaintiff submits the following Statement of Genuine Issues in Response to Defendant's Proposed Findings of Fact and Conclusions of Law in Support of Motion for Summary Judgment

1. Plaintiff does not dispute the facts recited in Defendant's Proposed Findings of Fact and Conclusions of Law in Support of Motion for Summary Judgment filed on January 25, 2016.
2. Plaintiff does not dispute Defendant's Conclusions of Law numbers one and two.
3. Plaintiff disputes Defendant's Conclusions of Law numbers three and four. Plaintiff contends that the Defendant's student loans are not dischargeable pursuant to 11 U.S.C. 523(a)(8)(A)(i), regardless of Defendant's status as a taxpayer.

DATED: February 23, 2016        LAW OFFICES OF H. MICHAEL SOROY


By: _____
H. Michael Soroy, Esq.
Kristin A. Ingulsrud, Esq.
Attorneys for Plaintiff,
THE ATTORNEY GENERAL OF CANADA

2

PLAINTIFF' STATEMENT OF GENUINE ISSUES

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd. #270
Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (specify): PLAINTIFF'S STATEMENT OF GENUINE ISSUES IN RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) __02/23/2016__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Law Offices of David S. Hagen
16830 Ventura Blvd., Suite 500
Encino, CA 91436-1795

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __01/12/2016__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE ROBERT KWAN          Brad D. Krasnoff, Trustee
255 E. Temple Street       jmcdaniel@dgdk.com
SUITE 1682, Courtroom 1675
Los Angeles, CA 90012      United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/23/2016 | Kristin Ingulsrud | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                           F 9013-3.1.PROOF.SERVICE