FILED & ENTERED

APR 11 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SUSAN J. MULLEY,<br><br>            Debtor.<br> | Case No. 2:15-bk-17484-RK<br><br>Chapter 7<br><br>Adv. No. 2:15-ap-01446-RK |
| THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity,<br><br>            Plaintiff,<br>vs.<br><br>SUSAN J. MULLEY,<br><br>            Defendant. | **JUDGMENT** |

    Having granted the motion of Plaintiff, The Attorney General of Canada on behalf of Her Majesty the Queen in Right of Canada as Represented by the Minister of National Revenue, a Canadian government entity, for summary judgment,

    IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff and against Defendant Susan J. Mulley, Debtor, on Plaintiff's claim for relief under 11

1

1  U.S.C. § 523(a)(8) that Defendant's debts from the Canada Guaranteed student
2  loans are excepted from the discharge entered in this case without prejudice to
3  Defendant's rights to seek a determination of undue hardship in the future pursuant
4  to 11 U.S.C. § 523(a)(8).
5     IT IS SO ORDERED.
6                                      ###

Date: April 11, 2016

_____
Robert Kwan
United States Bankruptcy Judge

2