United States Bankruptcy Court
Central District of California

The Attorney General Of Canada On Behalf,
    Plaintiff

Adv. Proc. No. 15-01446-RK

Mulley,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1      Date Rcvd: Apr 11, 2016
                      Form ID: pdf031    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2016.
```
aty            +Kristin A Ingulsrud,   Law Offices of H Michael Soroy,    11766 Wilshire Blvd #270,
                 Los Angeles, CA 90025-6566
aty            +Michael Soroy,    11766 Wilshire Blvd. Ste 460,    Los Angeles, CA 90025-6547
aty            +Peter C Ver Halen,   Law Offices of H Michael Soroy,    11766 Wilshire Blvd Ste 270,
                 Los Angeles, CA 90025-6566
dft            +Susan J Mulley,    1835 N. Oxford Ave.,    Pasadena, CA 91104-1519
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
pla             The Attorney General Of Canada On Behalf Of Her Ma
```
                                                                                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2016                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2016 at the address(es) listed below:
```
              Brad D Krasnoff (TR)    jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com
              David S Hagen    on behalf of Defendant Susan J Mulley go4broq@earthlink.net
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
```
                                                                                                                                                         TOTAL: 3

FILED & ENTERED

APR 11 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SUSAN J. MULLEY,<br><br>　　　　Debtor.<br><br>THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE, a Canadian governmental entity,<br><br>　　　　Plaintiff,<br>　vs.<br><br>SUSAN J. MULLEY,<br><br>　　　　Defendant. | Case No. 2:15-bk-17484-RK<br><br>Chapter 7<br><br>Adv. No. 2:15-ap-01446-RK<br><br>**JUDGMENT** |

　　　Having granted the motion of Plaintiff, The Attorney General of Canada on behalf of Her Majesty the Queen in Right of Canada as Represented by the Minister of National Revenue, a Canadian government entity, for summary judgment,

　　　IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff and against Defendant Susan J. Mulley, Debtor, on Plaintiff's claim for relief under 11

1  U.S.C. § 523(a)(8) that Defendant's debts from the Canada Guaranteed student
2  loans are excepted from the discharge entered in this case without prejudice to
3  Defendant's rights to seek a determination of undue hardship in the future pursuant
4  to 11 U.S.C. § 523(a)(8).
5      IT IS SO ORDERED.
6                                    ###

Date: April 11, 2016

Robert Kwan
United States Bankruptcy Judge

2